IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PROFIT POINT TAX TECHNOLOGIES, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> DPAD GROUP, LLP, JOHN MANNING, and DANIEL STEELE, <br><br> *Defendants.* | Civil Action No. 2:19-cv-698 <br><br> Hon. William S. Stickman IV <br> Hon. Maureen P. Kelly |

### PARTIAL JUDGMENT ORDER

AND NOW, this **27**, IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 58, judgment is entered in favor of Defendants John Manning ("Manning") and Daniel Steele ("Steele") and against Plaintiff Profit Point Tax Technologies, Inc. ("PPTT") as to Counts I and II of the First Amended Complaint, in favor of Defendant DPAD Group, LLP ("DPAD") and against Plaintiff PPTT as to Count III of the First Amended Complaint, and in favor of Defendants Manning, Steele, and DPAD and against Plaintiff PPTT as to Counts VI and VII in the First Amended Complaint.

IT IS FURTHER ORDERED that the breach of contract counterclaims – Counts I and II – will proceed to trial.

BY THE COURT:

/s/ William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE