IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PROFIT POINT TAX TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DPAD GROUP, LLP, JOHN MANNING and DANIEL STEELE, <br><br> Defendants. <br><br> DPAD GROUP, LLP, JOHN MANNING and DANIEL STEELE, <br><br> Counter-Plaintiffs, <br><br> v. <br><br> PROFIT POINT TAX TECHNOLOGIES, INC. and PATRICK J. SWEET, <br><br> Counter-Defendants. | Case No. 2:19-cv-00698-WSS-MPK <br><br> Filed Electronically |

## ORDER

AND NOW, this ___ day of _____, 2023, upon consideration of Defendants DPAD Group, LLP, John Manning, and Daniel Steele's ("Defendants") Motion for Attorneys' Fees and Costs (the "Motion") and briefing and argument of counsel it is hereby ORDERED that the Motion is GRANTED. Defendants are awarded their reasonable attorneys' fees and costs in defending against the First Amended Complaint ("FAC") in the amount of $976,710.37, payable by Plaintiff Profit Point Tax Technologies, Inc. ("PPTT") within sixty (60) days of this Order.

BY THE COURT:

_____, J.