# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PROFIT POINT TAX TECHNOLOGIES, INC., | Case No. 2:19-cv-00698-WSS-MPK |
| Plaintiff, | Filed Electronically |
| v. | |
| DPAD GROUP, LLP, JOHN MANNING and DANIEL STEELE, | |
| Defendants. | |
| DPAD GROUP, LLP, JOHN MANNING and DANIEL STEELE, | |
| Counter-Plaintiffs, | |
| v. | |
| PROFIT POINT TAX TECHNOLOGIES, INC. and PATRICK J. SWEET, | |
| Counter-Defendants. | |

## DECLARATION OF BRAD A. FUNARI

I, Brad A. Funari, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am a partner and a member of the Global Commercial Disputes Group at Reed Smith LLP ("Reed Smith").   Reed Smith represents Defendants DPAD Group, LLP, John Manning, and Daniel Steele (collectively, the "Defendants") in this case.  I am familiar with the work performed by Reed Smith on behalf of Defendants.

2.      I submit this Declaration in support of the Defendants' Motion for Attorneys' Fees and Costs (the "Motion").  This Declaration is based upon my personal knowledge and if called upon to do so, I can testify regarding my personal knowledge.

3.     Defendants retained Reed Smith to defend the Defendants' interests in connection with the claims raised by Plaintiff Profit Point Tax Technologies, Inc. ("PPTT").

4.     Reed Smith has represented Defendants throughout this case.

## I.     BACKGROUND AND EXPERIENCE.

1.     Reed Smith is an international law firm founded in Pittsburgh with thirty-one (31) offices across the United States, Europe, the Middle East, and Asia.

2.     Reed Smith has significant and specialized experience in representing clients in commercial  and business disputes.

3.     I served as lead counsel for Defendants in this case, handling it from its inception through judgment.  I graduated from the University of Pittsburgh School of Law in 2002 as a member of the Law Review and have been in private practice since that time.  I represent clients in complex and commercial litigation surrounding misappropriation of trade secrets, breach of restrictive covenants and other business competition matters, energy litigation, shareholder disputes, and business and contract litigation.  I continuously have been selected through peer review for inclusion in The Best Lawyers in America for Commercial Litigation since 2020.  I have litigated before many federal and state courts across the country, and have handled jury trials, bench trials, evidentiary hearings, arbitrations, and administrative proceedings through verdict.  I am licensed to practice law in all state and federal courts in Pennsylvania and West Virginia and the United States Courts of Appeal for the Third, Sixth, and Ninth Circuits.  I am the U.S. Co-Chair of Reed Smith's Emergency Injunctions and Temporary Relief Group.

4.     At the outset of the case, Reed Smith and Defendants negotiated rates for attorneys working on this matter.  The rates which were negotiated reflect discounted hourly rates which are substantially less than the hourly rates Reed Smith has established for my work and those of the

attorneys assisting me. These negotiated rates were discounted due to Daniel Steele's good friendship with a former partner at Reed Smith.

5.      I billed 742.50 hours on this case at the highest hourly rate of $600.00 (much of the work I performed on this case was at the hourly rate of $545.00), which is less than my current standard hourly rate of $835.00.

6.      Other current and former Reed Smith attorneys provided significant services in connection with its representation of the Defendants.

7.      Alex G. Mahfood is Counsel at Reed Smith and a member of the Global Commercial Disputes Group who graduated *cum laude* from the University of Wisconsin Law School in 2012.[1] Mr. Mahfood represents clients in commercial litigation, including contract and lease disputes, trade secret and non-competition claims, property and business torts, and requests for expedited injunctive relief. Mr. Mahfood billed 602.50 hours on this case at the highest hourly rate of $400.00 (much of the work he performed on this case was at the hourly rate of $350.00), which is less than his current standard hourly rate of $680.00.

8.      A summary of the hours that Reed Smith's current and former attorneys and other timekeepers worked on this case and the fees they billed, which the Defendants seek to recover through the Motion, is contained in the following table:

| Name | Title | Current Negotiated Rate for Matter | Billed Hours | Billed Amount |
|------|-------|-----------|------------|-------------|
| Funari, Brad A. | Partner | 600.00 | 742.50 | 410,179.00 |
| Mahfood, Alex G. | Counsel | 400.00 | 602.50 | 217,330.00 |
| Del Greco, Ryan R. | E-Discovery Attorney | 275.00 | 84.20 | 21,050.00 |
| Ridenour, Melissa A. | E-Discovery Attorney | 195.00 | 61.10 | 11,303.50 |
| Worobij, John | Other Timekeeper | 200.00 | 45.30 | 9,074.00 |
| Alperstein, Daniel E. | Associate | 450.00 | 31.80 | 14,310.00 |

[1] When this case began, Mr. Mahfood was an Associate at Reed Smith and was promoted to Counsel during its pendency.

| | | | | | |
|---|---|---|---|---|---|
| Crawford, Mandy | Case Assistant | 250.00 | 29.20 | 6,852.50 |
| Whitecap, Bradley | E-Discovery Attorney | 375.00 | 26.00 | 7,762.50 |
| Richman, Rob | Other Timekeeper | 160.00 | 23.50 | 3,525.00 |
| Fairman, Todd | E-Discovery Attorney | 375.00 | 21.10 | 6,330.00 |
| Mihalich, Michael | Other Timekeeper | 200.00 | 19.10 | 3,820.00 |
| Hages, Ted A. | Associate | 300.00 | 15.90 | 4,770.00 |
| Caplan, Matthew A. | Associate | 425.00 | 10.80 | 4,590.00 |
| Costantinou, Emily C. | Associate | 300.00 | 9.90 | 2,970.00 |
| Tritschler, Robert J. | Associate | 350.00 | 7.50 | 2,465.00 |
| Cohen, David | Partner | 900.00 | 6.70 | 6,431.00 |
| Martin, James | Partner | 990.00 | 6.60 | 6,534.00 |
| Kelly, Shelley H. | Case Assistant | 200.00 | 6.50 | 1,300.00 |
| Licata, Tara | Paralegal | 310.00 | 1.00 | 310.00 |
| Sanroman, Enrique | Case Assistant | 200.00 | 0.60 | 120.00 |
| | | | **1,751.80** | **$741,026.50** |

## II.  SUMMARY OF THE WORK PERFORMED.

9.  I and the other current and former Reed Smith attorneys performed extensive work on this case throughout the entirety of its pendency.

10.  This work was effectively coordinated among Reed Smith attorneys and professional staff and included drafting pleadings, motions, briefs, and other papers, conducting legal research, propounding and responding to written discovery, managing discovery projects, including the review and analysis of a voluminous number of documents, preparing for and participating in depositions, and preparing for and participating in mediation, and preparing for and participating in Court-ordered conferences and arguments, among other work.

## III.  REED SMITH'S RATES AND BILLING PROCESS.

11.  Defendants engaged Reed Smith to represent them in this case under the terms of an engagement agreement.  The terms of the engagement of Reed Smith include approved staffing and negotiated rates.

12.  In connection with our engagement, Reed Smith and the Defendants agreed that Reed Smith would charge for its services on an hourly basis for the work performed.  The Defendants were billed for fees and costs by Reed Smith on a monthly basis throughout this case.

13. In preparing this Declaration, I have followed the same terms that governed the Defendants' engagement of Reed Smith at the commencement of this case.

14. The rates set forth in this Declaration and in the concurrently filed invoices represent the hourly rates that were billed to the Defendants.

15. Reed Smith customarily bills its clients monthly for services rendered and expenses incurred in the prior month. The firm charges its clients for legal services based primarily on the time taken to perform the services.

16. To provide the information for the monthly bills, each attorney and staff member maintains records showing the work he or she performs on behalf of clients. These records, which include the client, the matter, the date, the task(s) performed and the time taken to perform such task(s), are regularly recorded in Reed Smith's accounting data base. In addition, costs incurred on behalf of clients are regularly recorded in Reed Smith's accounting database. These records include the billing attorney, the client, the matter, the date and the reason for the charge.

17. From this information, the accounting department periodically prints out a pre-bill for each matter Reed Smith handles for a given client. The pre-bill lists all of the attorney and support services performed during the relevant period, the date on which each service was performed, the attorney or staff member who performed the service, the time required to perform the service, the dollar value of the service at the hourly rate for the person performing the service, the total dollar value of all services performed and other information. The pre-bill also lists all costs and expenses incurred by attorneys in the provision of legal services for that month.

18. From these pre-bills, the responsible attorney prepares an invoice that is then forwarded to the client for payment.

19.     To prepare the Motion, which seeks attorneys' fees and costs in this case, I relied on the invoices Reed Smith submitted to Defendants for payment. I have edited the time entries in order to redact entries that include matters subject to the attorney-client privilege or information that would reveal counsel's mental impressions, conclusions, opinions or legal theories concerning this litigation. Reed Smith's adjusted billing records, which reflect all of the fees included in this Declaration, are attached to this Declaration.

20.     Throughout the duration of this case, Reed Smith has billed Defendants a total of 1,751.8 hours of work, amounting to $741,026.50 in fees.

## IV.     COSTS AND EXPENSES INCURRED BY REED SMITH.

21.     Throughout the duration of this case, Reed Smith has incurred costs and expenses of $147,197.37 in connection with the defense of the Defendants in this matter.

22.     Pursuant to Defendants' engagement of Reed Smith, Reed Smith paid the costs incurred on behalf of the Defendants and then sought reimbursement for such costs in the monthly invoices submitted to the Defendants.

23.     These invoices that are being concurrently filed with this Declaration and the Motion reflect all expenses associated with this case which were incurred by Reed Smith and invoiced to Defendants.

24.     The expenses incurred pertaining to this case are reflected in the books and records of Reed Smith and are an accurate record of the costs and expenses incurred. All of these costs and expenses were reasonable and necessary to the defense of this case and include costs for document review, business travel, deposition transcripts, mediation services, and data hosting fees

## V.  DEFENDANTS HAVE PAID THEIR INVOICES.

25.    Defendants have paid these fees, with the exception of the most recently issued invoices dated January 17, 2023 for $200.00 in fees and dated February 16, 2023 for $1,280.00 in fees and $5,005.28 in costs.

Dated: March 13, 2022

*/s/ Brad A. Funari*
Brad A. Funari



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| DPAD Group, LLC | Invoice Number: **3188128** |
| 1507 Cambridge Drive | Invoice Date: **8/19/2019** |
| Presto, PA 15142 | Client Number: **394378** |
| | Matter Number: **394378.60001** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees.................................................................................$   17,544.50

Total Current Expenses and Other Charges .....................................$              4.05

**Total Due This Invoice:**                                    **$      17,548.55**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



*Pittsburgh, PA*

**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
1507 Cambridge Drive
Presto, PA 15142

| | |
|---|---|
| Invoice Number: | **3188128** |
| Invoice Date: | **8/19/2019** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees................................................................................$    17,544.50

Total Current Expenses and Other Charges ......................................$        4.05

**Total Due This Invoice:** **$    17,548.55**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



*Pittsburgh, PA*

**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| DPAD Group, LLC | Invoice Number: **3188128** |
| 1507 Cambridge Drive | Invoice Date: **8/19/2019** |
| Presto, PA 15142 | Client Number: **394378** |
| | Matter Number: **394378.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH July 31, 2019**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/02/19 | A. G. Mahfood | Conduct legal research re ███████████ review and analyze allegations and claims in complaint; conduct legal research re ███████████ draft joint stipulation regarding extension of time to respond to complaint and draft notices of appearance and transmit to B. Funari | 3.20 | 350.00 | 1,120.00 |
| 07/03/19 | A. G. Mahfood | Review correspondence from B. Funari and opposing counsel re stipulation for extension of time to respond to complaint; revise stipulation per same; correspond w/ B. Funari re filing stipulation and discussing strategy for responding to complaint; finish conducting preliminary analysis of complaint and legal research re claims asserted in same | 0.30 | 350.00 | 105.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 07/05/19 | A. G. Mahfood | Discuss drafting outline of arguments to raise in partial motion to dismiss in anticipation of client meeting w/ B. Funari; conduct legal research and draft outline of arguments to raise in partial motion to dismiss and transmit to B. Funari | 2.40 | 350.00 | 840.00 |
| 07/08/19 | A. G. Mahfood | Discuss strategy for partial motion to dismiss w/ B. Funari and correspond w/ B. Funari re meeting w/ client to discuss same; internal correspondence and discussion re filing notices of appearance and joint stipulation re extension of time to respond to complaint | 0.20 | 350.00 | 70.00 |
| 07/09/19 | A. G. Mahfood | Meet w/ B. Funari re analyzing complaint and strategy for responding to same in advance of client meeting; draft list of documents for client to gather and provide and transmit to B. Funari; draft associate budget and transmit to B. Funari | 0.90 | 350.00 | 315.00 |
| 07/09/19 | B.A. Funari | Review and analysis of complaint; confer with A. Mahfood re: same; email to clients re: requested documents. | 1.60 | 545.00 | 872.00 |
| 07/09/19 | B.A. Funari | Review and analysis of complaint; confer with A. Mahfood re: same; email to clients re: requested documents. | 1.60 | 545.00 | 872.00 |
| 07/10/19 | A. G. Mahfood | Prepare for and participate in | 3.30 | 350.00 | 1,155.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | meeting w/ J. Manning, D. Steele, and B. Funari re factual background and strategy for responding to complaint; draft corporate disclosure statement and transmit to B. Funari; draft preservation letter to R. Trachtenberg and transmit to B. Funari | | | |
| 07/10/19 | B.A. Funari | Meeting J. Manning and D. Steele; begin review of materials from client; confer with A. Mahfood re: research. | 3.50 | 545.00 | 1,907.50 |
| 07/11/19 | A. G. Mahfood | Review correspondence from J. Manning re ▮▮▮▮ review master fee splitting agreement and release; conduct legal research re ▮▮▮▮ draft summary and analysis of same, and transmit to B. Funari; correspond w/ B. Funari re recent W.D. Pa. order on motion to dismiss asserting statute of limitations | 0.30 | 350.00 | 105.00 |
| 07/12/19 | B.A. Funari | Revise Rule 7.1 disclosure; confer with A. Mahfood re: motion to dismiss research; revise Trachtenberg letter; finalize same. | 1.80 | 545.00 | 981.00 |
| 07/12/19 | A. G. Mahfood | Correspond w/ J. Manning re ▮▮▮▮ revise draft letter to R. Trachtenberg re subpoena and duty to | 0.10 | 350.00 | 35.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | preserve and discuss same w/ B. Funari | | | |
| 07/15/19 | B.A. Funari | Review and analysis of legal research; meeting with A. Mahfood to discuss motion to dismiss. | 0.60 | 545.00 | 327.00 |
| 07/15/19 | A. G. Mahfood | Review correspondence and related materials from J. Manning re potential counterclaims and timeline and correspond w/ B. Funari re same; internal correspondence re filing corporate disclosure statement; begin drafting motion to dismiss and brief in support of motion to dismiss and conducting legal research for same | 2.00 | 350.00 | 700.00 |
| 07/16/19 | A. G. Mahfood | Continue researching and drafting brief in support of motion to dismiss | 1.00 | 350.00 | 350.00 |
| 07/17/19 | A. G. Mahfood | Continue researching and drafting brief in support of motion to dismiss | 4.30 | 350.00 | 1,505.00 |
| 07/18/19 | A. G. Mahfood | Continue researching and drafting brief in support of motion to dismiss and transmit draft to B. Funari w/ cover e-mail summarizing same | 3.70 | 350.00 | 1,295.00 |
| 07/19/19 | A. G. Mahfood | Prepare for and participate in motion to dismiss strategy conference call w/ B. Funari, J. Manning, and D. Steele; discuss next steps w/ B. Funari | 0.70 | 350.00 | 245.00 |
| 07/19/19 | B.A. Funari | Prepare for and participate in | 1.20 | 545.00 | 654.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | call with clients and A. Mahfood re: litigation strategy; begin review of brief in support of motion to dismiss. | | | |
| 07/22/19 | B.A. Funari | Review documents from client. | 1.70 | 545.00 | 926.50 |
| 07/24/19 | B.A. Funari | Begin revising brief in support of motion to dismiss. | 1.30 | 545.00 | 708.50 |
| 07/24/19 | A. G. Mahfood | Discuss potential revisions to brief in support of motion to dismiss w/ B. Funari | 0.20 | 350.00 | 70.00 |
| 07/25/19 | B.A. Funari | Draft and revise brief in support of motion to dismiss; review legal authorities in support of same. | 3.50 | 545.00 | 1,907.50 |
| 07/25/19 | A. G. Mahfood | Discuss revisions to brief in support of motion to dismiss w/ B. Funari and internally; revise brief in support of motion to dismiss per comments and revisions from B. Funari | 0.90 | 350.00 | 315.00 |
| 07/29/19 | B.A. Funari | Complete review of client documents. | 0.30 | 545.00 | 163.50 |
| **Totals** | | | **40.60** | | **17,544.50** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|-----------|-------|------|-------|
| Brad A. Funari | 17.10 hrs @ $ | 545.00 / hr | 9,319.50 |
| Alex G. Mahfood | 23.50 hrs @ $ | 350.00 / hr | 8,225.00 |
| **Total Professional Services** | | | **17,544.50** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Duplicating/Printing/Scanning | 27.00 @ 0.15 | 4.05 |
| | **Total Expenses and Other Charges** | | **4.05** |

### INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 17,544.50 |
| Total Expenses and Other Charges | $ | 4.05 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **17,548.55** |
| **Total Amount Due** | **$** | **17,548.55** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
1507 Cambridge Drive
Presto, PA 15142

| | |
|---|---|
| Invoice Number: | **3195973** |
| Invoice Date: | **9/13/2019** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees.................................................................................$ 2,183.00

Total Current Expenses and Other Charges .....................................$ 1.00

**Total Due This Invoice:** **$ 2,184.00**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| DPAD Group, LLC | Invoice Number: **3195973** |
| 1507 Cambridge Drive | Invoice Date: **9/13/2019** |
| Presto, PA 15142 | Client Number: **394378** |
| | Matter Number: **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees.............................................................................$      2,183.00

Total Current Expenses and Other Charges .....................................$      1.00

             **Total Due This Invoice:**      **$      2,184.00**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
1507 Cambridge Drive
Presto, PA 15142

| | |
|---|---|
| Invoice Number: | **3195973** |
| Invoice Date: | **9/13/2019** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH August 31, 2019**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/05/19 | A. G. Mahfood | Incorporate revisions to brief in support of motion to dismiss from J. Manning, internal correspondence re finalizing same; finish drafting motion to dismiss; transmit motion to dismiss, brief in support, and exhibit to brief in support to J. Manning and D. Steele | 0.50 | 350.00 | 175.00 |
| 08/06/19 | A. G. Mahfood | Review and revise final draft of brief in support of motion to dismiss w/ table of authorities and table of contents, internal correspondence and discussion re same; transmit draft motion to dismiss, brief in support, and exhibit to J. Manning and D. Steele and correspond w/ J. Manning and B. Funari re same | 0.20 | 350.00 | 70.00 |
| 08/19/19 | B.A. Funari | Confer with A. Mahfood re: letter to opposing counsel; review emails re: same. | 0.40 | 545.00 | 218.00 |
| 08/19/19 | A. G. Mahfood | Review documents provided by client to locate e-mail from PPTT identifying Exelon/Constellation; discuss and correspond re same w/ B. Funari for purposes of possible letter to opposing | 0.20 | 350.00 | 70.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | counsel | | | |
| 08/20/19 | B.A. Funari | Revise letter to opposing counsel; email client. | 1.10 | 545.00 | 599.50 |
| 08/20/19 | A. G. Mahfood | Discuss drafting letter to opposing counsel re PPTT's knowledge of Exelon prior to executing the release w/ B. Funari; draft same letter and transmit to and discuss w/ B. Funari; review and revise letter per comments from B. Funari | 1.30 | 350.00 | 455.00 |
| 08/21/19 | B.A. Funari | Finalize letter to opposing counsel; review comments from client. | 0.20 | 545.00 | 109.00 |
| 08/21/19 | A. G. Mahfood | Revise attorneys' fees and sanctions letter per comments from J. Manning and prepare for and arrange service of same | 0.30 | 350.00 | 105.00 |
| 08/30/19 | B.A. Funari | Receipt and preliminary analysis of brief in opposition to motion to dismiss. | 0.70 | 545.00 | 381.50 |
| **Totals** | | | **4.90** | | **2,183.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brad A. Funari | 2.40 hrs @ $ | 545.00 / hr | 1,308.00 |
| Alex G. Mahfood | 2.50 hrs @ $ | 350.00 / hr | 875.00 |
| **Total Professional Services** | | | **2,183.00** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|---|---|---|
| | Postage Expense | 1.00 |
| | **Total Expenses and Other Charges** | **1.00** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 2,183.00 |
| Total Expenses and Other Charges | $ | 1.00 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **2,184.00** |
| **Total Amount Due** | **$** | **2,184.00** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| DPAD Group, LLC | Invoice Number: **3207153** |
| 7919 Greentree Road | Invoice Date: **10/14/2019** |
| Bethesda, MD 20817 | Client Number: **394378** |
| | Matter Number: **394378.60001** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees.............................................................................$     3,817.50

Total Current Expenses and Other Charges ......................................$_____ 12.00

**Total Due This Invoice:**     **$_____ 3,829.50**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH**
**NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3207153** |
| Invoice Date: | **10/14/2019** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees.............................................................................$        3,817.50

Total Current Expenses and Other Charges ......................................$            12.00

**Total Due This Invoice:**                                         **$        3,829.50**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3207153** |
| Invoice Date: | **10/14/2019** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH September 30, 2019**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/03/19 | B.A. Funari | Receipt of order re: consent to magistrate; email with client re: reply brief. | 0.30 | 545.00 | 163.50 |
| 09/04/19 | B.A. Funari | Analysis of opposition brief and confer with A. Mahfood re: same. | 1.30 | 545.00 | 708.50 |
| 09/06/19 | A. G. Mahfood | Review response in opposition to motion to dismiss; research and draft reply brief in support of motion to dismiss; draft consent to magistrate judge; transmit reply brief and consent to magistrate judge to B. Funari | 3.60 | 350.00 | 1,260.00 |
| 09/12/19 | A. G. Mahfood | Discuss reply brief in support of motion to dismiss w/ B. Funari and incorporate revisions to meet page limitation; revise reply brief in support of motion to dismiss per comments from J. Manning and correspond w/ B. Funari re same | 0.30 | 350.00 | 105.00 |
| 09/12/19 | B.A. Funari | Revise reply brief; confer with client re: same. | 1.30 | 545.00 | 708.50 |
| 09/13/19 | B.A. Funari | Finalize and file reply brief; email with opposing counsel regarding consent to majistrate judge | 1.60 | 545.00 | 872.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| **Totals** | | | **8.40** | | **3,817.50** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|-----------|-------|------|-------|
| Brad A. Funari | 4.50 hrs @ $ | 545.00 / hr | 2,452.50 |
| Alex G. Mahfood | 3.90 hrs @ $ | 350.00 / hr | 1,365.00 |
| **Total Professional Services** | | | **3,817.50** |

**DISBURSEMENTS AND OTHER CHARGES**

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Duplicating/Printing/Scanning | 80.00 @ 0.15 | 12.00 |
| | **Total Expenses and Other Charges** | | **12.00** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 3,817.50 |
| Total Expenses and Other Charges | $ | 12.00 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **3,829.50** |
| **Total Amount Due** | **$** | **3,829.50** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3216022** |
| Invoice Date: | **11/11/2019** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## *REMITTANCE PAGE*
### *PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees................................................................................$           938.00

**Total Due This Invoice:**                                        **$           938.00**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3216022** |
| Invoice Date: | **11/11/2019** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees............................................................................................$_____ 938.00

**Total Due This Invoice:** **$_____ 938.00**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



*Pittsburgh, PA*

**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| DPAD Group, LLC | Invoice Number: **3216022** |
| 7919 Greentree Road | Invoice Date: **11/11/2019** |
| Bethesda, MD 20817 | Client Number: **394378** |
| | Matter Number: **394378.60001** |

### DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH October 31, 2019

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/10/19 | B.A. Funari | Receipt and analysis of correspondence and supporting documents from opposing counsel. | 0.60 | 545.00 | 327.00 |
| 10/14/19 | B.A. Funari | Receipt and analysis of response and associated documents from opposing counsel; emails with clients regarding same; confer with A. Mahfood regarding same. | 0.80 | 545.00 | 436.00 |
| 10/14/19 | A. G. Mahfood | Review correspondence and enclosures from opposing counsel responding to demand letter and discuss same w/ B. Funari | 0.30 | 350.00 | 105.00 |
| 10/15/19 | A. G. Mahfood | Discuss possible reply to response letter re sanctions from D. Willis w/ B. Funari; review comments from J. Manning on same response letter | 0.20 | 350.00 | 70.00 |
| **Totals** | | | **1.90** | | **938.00** |

### SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brad A. Funari | 1.40 hrs @ $ | 545.00 / hr | 763.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Alex G. Mahfood | 0.50 hrs @ $ | 350.00 / hr | 175.00 |
| **Total Professional Services** | | | **938.00** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 938.00 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **938.00** |
| **Total Amount Due** | **$** | **938.00** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| DPAD Group, LLC | | |
| --- | --- | --- |
| 7919 Greentree Road | Invoice Number: | **3248757** |
| Bethesda, MD 20817 | Invoice Date: | **2/17/2020** |
| | Client Number: | **394378** |
| | Matter Number: | **394378.60001** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees.................................................................................$_____770.50

**Total Due This Invoice:** **$_____770.50**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3248757** |
| Invoice Date: | **2/17/2020** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees............................................................................................$        770.50

**Total Due This Invoice:**                        **$        770.50**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3248757** |
| Invoice Date: | **2/17/2020** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH January 31, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/29/20 | B.A. Funari | Receipt and initial review of report and recommendations to DPAD's motion to dismiss. | 0.60 | 545.00 | 327.00 |
| 01/29/20 | A. G. Mahfood | Review and analyze report and recommendation on motion to dismiss; draft e-mail to clients re same and transmit to B. Funari | 0.80 | 350.00 | 280.00 |
| 01/30/20 | B.A. Funari | Emails with client re: report and recommendation from Magistrate Judge Kelly. | 0.30 | 545.00 | 163.50 |
| **Totals** | | | **1.70** | | **770.50** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brad A. Funari | 0.90 hrs @ $ | 545.00 / hr | 490.50 |
| Alex G. Mahfood | 0.80 hrs @ $ | 350.00 / hr | 280.00 |
| **Total Professional Services** | | | **770.50** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 770.50 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **770.50** |
| **Total Amount Due** | **$** | **770.50** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON



---

File No. 394378.60001          Invoice No. 3248757          Page 2



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| DPAD Group, LLC | Invoice Number: **3259213** |
| 7919 Greentree Road | Invoice Date: **3/18/2020** |
| Bethesda, MD 20817 | Client Number: **394378** |
| | Matter Number: **394378.60001** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees.................................................................................$ 12,108.00

Total Current Expenses and Other Charges ......................................$_____ 0.60

**Total Due This Invoice:** **$_____ 12,108.60**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3259213** |
| Invoice Date: | **3/18/2020** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees...............................................................................$      12,108.00

Total Current Expenses and Other Charges .....................................$      0.60

     **Total Due This Invoice:**      **$      12,108.60**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3259213** |
| Invoice Date: | **3/18/2020** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH February 29, 2020

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/03/20 | A. G. Mahfood | Prepare for and participate in conference call w/ B. Funari, J. Manning, and D. Steele re ██████████████ | 0.90 | 350.00 | 315.00 |
| 02/03/20 | B.A. Funari | Prepare for and participate in call with client regarding ██████████████. | 1.20 | 545.00 | 654.00 |
| 02/14/20 | A. G. Mahfood | Correspond w/ J. Manning, and B. Funari re ████████████████; review order adopting report and recommendation; research response deadline and discuss and correspond re same w/ B. Funari and internally | 0.30 | 350.00 | 105.00 |
| 02/14/20 | B.A. Funari | Receipt of order adopting report and recommendations of magistrate judge; confer with clients regarding same. | 0.20 | 545.00 | 109.00 |
| 02/15/20 | A. G. Mahfood | Review J. Manning memo re ████████████ | 0.30 | 350.00 | 105.00 |
| 02/17/20 | A. G. Mahfood | Begin drafting answer, affirmative defenses, and | 1.50 | 350.00 | 525.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | counterclaim and discuss same w/ B. Funari | | | |
| 02/18/20 | B.A. Funari | Prepare for and participate in conference call with clients regarding ██████████ ██████████; review and revise responsive pleading. | 2.30 | 545.00 | 1,253.50 |
| 02/18/20 | A. G. Mahfood | Discuss counterclaim w/ B. Funari in preparation for meeting w/ J. Manning and D. Steele; participate in conference call w/ B. Funari, J. Manning, and D. Steele re ██████████; correspond w/ J. Manning re ██████████████ ██████████; review tolling agreement; discuss tolling agreement and impact on counterclaim w/ B. Funari; begin drafting counterclaim portion of responsive pleading | 4.70 | 350.00 | 1,645.00 |
| 02/19/20 | A. G. Mahfood | Review correspondence from J. Manning re ██████████ continue drafting counterclaim portion of responsive pleading | 4.10 | 350.00 | 1,435.00 |
| 02/20/20 | A. G. Mahfood | Continue drafting counterclaim portion of responsive pleading and review and revise same; transmit responsive pleading to B. Funari | 1.40 | 350.00 | 490.00 |
| 02/24/20 | A. G. Mahfood | Discuss answer, affirmative defenses and counterclaim w/ B. Funari and transmit same w/ cover e-mail to J. Manning | 0.40 | 350.00 | 140.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | and D. Steele | | | |
| 02/24/20 | B.A. Funari | Conference with A. Mahfood regarding answer, affirmative defenses and counterclaims; prepare for same. | 0.50 | 545.00 | 272.50 |
| 02/26/20 | A. G. Mahfood | Revise answer, affirmative defenses, and counterclaim per comments and revisions from B. Funari and correspond w/ J. Manning and D. Steel re same; preliminary review of revisions to same from J. Manning and correspond and discuss same w/ B. Funari and J. Manning; draft summons to P. Sweet | 1.50 | 350.00 | 525.00 |
| 02/26/20 | B.A. Funari | Review and revise answer, affirmative defenses and counterclaims; confer with A. Mahfood regarding same. | 3.20 | 545.00 | 1,744.00 |
| 02/27/20 | A. G. Mahfood | Prepare for and participate in conference call w/ J. Manning and D. Steele re ████████ ████████████; revise per same | 1.90 | 350.00 | 665.00 |
| 02/27/20 | B.A. Funari | Conference call with clients regarding ████████ ████████ prepare for same; review revised answer. | 2.20 | 545.00 | 1,199.00 |
| 02/28/20 | A. G. Mahfood | Correspond and discuss w/ J. Manning, D. Steele, and B. Funari re ████████ ████████; discuss and incorporate revisions and | 1.40 | 350.00 | 490.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | comments to answer, affirmative defenses, and counterclaim from J. Manning and D. Steele and discuss same w/ B. Funari | | | |
| 02/28/20 | B.A. Funari | Emails finalizing answer, affirmative defenses and counterclaims. | 0.80 | 545.00 | 436.00 |
| **Totals** | | | **28.80** | | **12,108.00** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|-----------|-------|------|-------|
| Brad A. Funari | 10.40 hrs @ $ | 545.00 / hr | 5,668.00 |
| Alex G. Mahfood | 18.40 hrs @ $ | 350.00 / hr | 6,440.00 |
| **Total Professional Services** | | | **12,108.00** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | | Amount |
|------|-------------|--|--------|
| | Duplicating/Printing/Scanning | 4.00 @ 0.15 | 0.60 |
| | **Total Expenses and Other Charges** | | **0.60** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 12,108.00 |
| Total Expenses and Other Charges | $ | 0.60 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **12,108.60** |
| **Total Amount Due** | **$** | **12,108.60** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON



File No. 394378.60001          Invoice No. 3259213                    Page 5



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3272047** |
| Invoice Date: | **4/22/2020** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees.................................................................$     14,605.50

Total Current Expenses and Other Charges ......................................$         0.45

**Total Due This Invoice:**                                    **$     14,605.95**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3272047** |
| Invoice Date: | **4/22/2020** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees..................................................................................$     14,605.50

Total Current Expenses and Other Charges ......................................$              0.45

**Total Due This Invoice:**                            **$     14,605.95**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | | |
|---|---|---|
| DPAD Group, LLC | Invoice Number: | **3272047** |
| 7919 Greentree Road | Invoice Date: | **4/22/2020** |
| Bethesda, MD 20817 | Client Number: | **394378** |
| | Matter Number: | **394378.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH March 31, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/02/20 | A. G. Mahfood | Review order setting initial case management conference; discuss same w/ B. Funari; correspond re same w/ opposing counsel and J. Manning and D. Steele | 0.20 | 350.00 | 70.00 |
| 03/06/20 | A. G. Mahfood | Prepare for and participate in conference call w/ B. Funari, J. Manning, and D. Steele re ███████████████ ████████ draft e-mail to J. Manning and D. Steele re potential mediators; preliminary review of amended complaint, discuss same w/ B. Funari, and correspond w/ J. Manning and D. Steel re same; begin drafting initial disclosure statement | 1.60 | 350.00 | 560.00 |
| 03/06/20 | B.A. Funari | Conference call with clients regarding ████████████ ████████ receipt and analysis of first amended complaint; review Court's ADR and Rule 26f report forms; prepare for Rule 26 f conference with opposing counsel. | 2.40 | 545.00 | 1,308.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 03/09/20 | A. G. Mahfood | Prepare for and participate in Rule 26(f) conference w/ B. Funari and D. Willis; correspond w/ B. Funari, J. Manning, and D. Steele re ███████; review order re meet and confer on motions to dismiss; continue drafting initial disclosure statement and transmit to B. Funari | 1.50 | 350.00 | 525.00 |
| 03/09/20 | B.A. Funari | Prepare for call with opposing counsel regarding Rule 26F report and ADR stipulation; review same; confer with A. Mahfood regarding same. | 1.20 | 545.00 | 654.00 |
| 03/10/20 | A. G. Mahfood | Prepare for and participate in conference call w/ J. Manning and D. Steele re ████████ discuss same w/ B. Funari; begin researching and drafting brief in support of motion to dismiss the first amended complaint | 2.50 | 350.00 | 875.00 |
| 03/10/20 | B.A. Funari | Prepare for call with clients regarding ███████ | 0.60 | 545.00 | 327.00 |
| 03/11/20 | A. G. Mahfood | Continue researching and drafting brief in support of motion to dismiss first amended complaint and transmit to B. Funari | 0.70 | 350.00 | 245.00 |
| 03/12/20 | A. G. Mahfood | Correspond and discuss Rule 26(f) report and ADR stipulation w/ B. Funari and D. Willis | 0.10 | 350.00 | 35.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/14/20 | A. G. Mahfood | Review and revise draft Rule 26(f) report and ADR stipulation provided by D. Willis and correspond and discuss same w/ B. Funari; transmit revised drafts to opposing counsel; begin drafting motion to dismiss | 1.30 | 350.00 | 455.00 |
| 03/16/20 | B.A. Funari | Confer with A. Mahfood regarding client's revisions to Rule 26(f) report and ADR stipulation; confer with opposing counsel regarding same. | 0.50 | 545.00 | 272.50 |
| 03/16/20 | A. G. Mahfood | Correspond and discuss Rule 26(f) report and ADR Stipulation w/ B. Funari and D. Willis; review revisions to same from D. Willis and correspond and discuss same revisions w/ B. Funari and D. Willis; review filed versions of Rule 26(f) report and ADR Stipulation | 0.40 | 350.00 | 140.00 |
| 03/17/20 | B.A. Funari | Revise brief in support of motion to dismiss; confer with A. Mahfood regarding same. | 1.90 | 545.00 | 1,035.50 |
| 03/17/20 | A. G. Mahfood | Revise brief in support of motion to dismiss first amended complaint per comments and revisions from B. Funari; draft correspondence transmitting same to J. Manning and D. Steele; correspond w/ D. Willis and B. Funari re meet and confer | 0.50 | 350.00 | 175.00 |
| 03/18/20 | B.A. Funari | Confer with A. Mahfood regarding brief in support of | 0.30 | 545.00 | 163.50 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | MTD | | | |
| 03/18/20 | A. G. Mahfood | Participate in meet and confer w/ B. Funari and D. Willis; review revisions to brief in support of motion to dismiss from D. Manning and J. Steele and correspond w/ D. Manning, J. Steele, and B. Funari re same | 0.20 | 350.00 | 70.00 |
| 03/19/20 | B.A. Funari | Finalize motion and brief in support of motion to dismiss; confer with A. Mahfood regarding same. | 0.60 | 545.00 | 327.00 |
| 03/19/20 | A. G. Mahfood | Finish drafting motion to dismiss, certificate of conferral, and proposed order and transmit to B. Funari; prepare for and participate in conference call w/ J. Manning, D. Steele, and B. Funari ████████ ████████ revise same per discussion and discuss w/ B. Funari; transmit revised brief and motion to dismiss to B. Funari, J. Manning, and D. Steele; incorporate table of contents and table of authorities into brief; prepare for filing and service of motion and brief and internal correspondence re same | 1.50 | 350.00 | 525.00 |
| 03/20/20 | A. G. Mahfood | Discuss Rule 16 conference w/ Judge Kelly's chambers and B. Funari; correspond re same w/ D. Willis, J. Manning, and D. Steele; receipt and review of answer to | 0.50 | 350.00 | 175.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|------------|-------------|-------|------|--------|
| | | counterclaim and correspond w/ D. Manning and J. Steele re same | | | |
| 03/23/20 | A. G. Mahfood | Prepare for and participate in Rule 16 conference w/ Judge Kelly, B. Funari, and opposing counsel; correspond w/ J. Manning and D. Steele re ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ; review minute entry and case management order from Court; review correspondence re answer to counterclaim from D. Manning; correspond w/ J. Manning and D. Steele ▇▇ | 1.80 | 350.00 | 630.00 |
| 03/23/20 | B.A. Funari | Prepare for and participate in Rule 16 conference with the Court; follow up call with clients to discuss ▇▇▇▇ . | 1.80 | 545.00 | 981.00 |
| 03/24/20 | A. G. Mahfood | Preliminary review of revisions to initial disclosures from D. Manning; correspond w/ D. Manning re ▇▇▇▇▇▇▇▇▇▇▇▇ | 0.20 | 350.00 | 70.00 |
| 03/24/20 | B.A. Funari | Receipt and analysis of draft initial disclosure statement and clients' revisions to same. | 0.80 | 545.00 | 436.00 |
| 03/25/20 | A. G. Mahfood | Correspond w/ D. Manning re ▇▇▇▇▇▇▇▇▇▇ ; prepare for and participate in conference call w/ D. Manning re ▇▇▇▇▇▇▇▇▇▇▇ ; correspond w/ J. | 2.90 | 350.00 | 1,015.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | Worobij re FTP site and Relativity database; revise initial disclosures per conference call w/ J. Manning and D. Steele; drafting discovery requests and transmit to B. Funari | | | |
| 03/25/20 | J.B. Worobij | Set up ftp site for client to upload documents/data at the request of A. Mahfood | 0.70 | 220.00 | 154.00 |
| 03/25/20 | B.A. Funari | Receipt and analysis of draft initial disclosure statement and clients' revisions to same. | 0.30 | 545.00 | 163.50 |
| 03/26/20 | A. G. Mahfood | Discuss mediation and first set of discovery requests w/ B. Funari and correspond w/ J. Manning, D. Steele, and B. Funari re ███; correspond w/ D. Willis and B. Funari re additional customer disclosures from D. Willis | 0.20 | 350.00 | 70.00 |
| 03/26/20 | B.A. Funari | Confer with counsel, mediator and clients regarding mediation; receipt of list of companies from PPTT; confer with client regarding same. | 0.80 | 545.00 | 436.00 |
| 03/27/20 | A. G. Mahfood | Correspond w/ J. Manning, D. Steele, and B. Funari re ███████; correspond w/ B. Funari, D. Willis, and C. Katz re mediation; draft notice of mediation and transmit to B. Funari | 0.40 | 350.00 | 140.00 |
| 03/27/20 | B.A. Funari | Emails scheduling mediation. | 0.30 | 545.00 | 163.50 |
| 03/30/20 | A. G. Mahfood | Prepare for and participate in conference call w/ B. Funari, J. Manning, and D. Steel re | 1.80 | 350.00 | 630.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | discuss same and discovery requests w/ B. Funari; correspond w/ B. Funari, C. Katz, and opposing counsel re notice of mediation; prepare for filing and service of same; review correspondence from B. Funari to Judge Kelly's Chambers re additional company list; revise discovery requests to seek information re additional company list and transmit to B. Funari; discuss and correspond w/ B. Funari and internally re motion for telephone conference; review and revise draft of same from B. Funari; discuss joint motion for confidentiality agreement w/ B. Funari, draft same and transmit to B. Funari | | | |
| 03/30/20 | B.A. Funari | Telephone conference with clients regarding ▇▇▇▇▇; confer with Judge Kelly's staff regarding same; draft motion for status conference; finalize and file same. | 2.40 | 545.00 | 1,308.00 |
| 03/31/20 | B.A. Funari | Confer with clients regarding ▇▇▇▇▇; confer with opposing counsel regarding same. | 0.80 | 545.00 | 436.00 |
| 03/31/20 | A. G. Mahfood | Correspond w/ B. Funari, D. Manning, J. Steele, and D. Willis re meet and confer prior | 0.10 | 350.00 | 35.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | to status conference | | | |
| **Totals** | | | **33.80** | | **14,605.50** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Brad A. Funari | 14.70 hrs @ $ | 545.00 / hr | 8,011.50 |
| Alex G. Mahfood | 18.40 hrs @ $ | 350.00 / hr | 6,440.00 |
| John B. Worobij | 0.70 hrs @ $ | 220.00 / hr | 154.00 |
| **Total Professional Services** | | | **14,605.50** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | | Amount |
|------|-------------|--|--------|
| | Duplicating/Printing/Scanning | 3.00 @ 0.15 | 0.45 |
| | **Total Expenses and Other Charges** | | **0.45** |

## INVOICE SUMMARY

| | | |
|--|--|--|
| Total Fees | $ | 14,605.50 |
| Total Expenses and Other Charges | $ | 0.45 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **14,605.95** |
| **Total Amount Due** | **$** | **14,605.95** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| DPAD Group, LLC | Invoice Number: **3283458** |
| 7919 Greentree Road | Invoice Date: **5/27/2020** |
| Bethesda, MD 20817 | Client Number: **394378** |
| | Matter Number: **394378.60001** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees...............................................................................$      32,973.00

Total Current Expenses and Other Charges .....................................$          175.34

**Total Due This Invoice:** **$      33,148.34**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3283458** |
| Invoice Date: | **5/27/2020** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

### INVOICE SUMMARY

Total Current Fees..............................................................................$     32,973.00

Total Current Expenses and Other Charges .....................................$     175.34

    **Total Due This Invoice:**    **$     33,148.34**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3283458** |
| Invoice Date: | **5/27/2020** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

### DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH April 30, 2020

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/30/20 | J.B. Worobij | Set up Relativity access for A. Mahfood and B. Funari. | 0.50 | 200.00 | 100.00 |
| 03/30/20 | J.B. Worobij | FTP download data, send to Relativity staging and prepare/send document processing instructions at the request of A. Mahfood. | 1.50 | 200.00 | 300.00 |
| 04/02/20 | A. G. Mahfood | Participate in meet and confer w/ B. Funari, D. Willis, and A. Kwak re additional company list and discuss same w/ B. Funari; review preservation letters and correspond w/ B. Funari, J. Manning, and D. Steele re ███; revise discovery requests per comments and revisions from B. Funari; conduct legal research re Rule 11 standard and summarize same for B. Funari | 0.80 | 350.00 | 280.00 |
| 04/02/20 | B.A. Funari | Prepare for Status Conference with Judge Kelly to discuss list of 30 new companies; confer with opposing counsel regarding same; revise discovery requests; confer with A. Mahfood regarding same. | 1.80 | 545.00 | 981.00 |
| 04/03/20 | A. G. Mahfood | Correspond w/ Judge Kelly's | 1.80 | 350.00 | 630.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | Chamber, B. Funari, and opposing counsel re status conference; prepare for and participate in same; discuss same w/ B. Funari; participate in conference call w/ B. Funari, J. Manning and D. Steele re ███████████ correspond w/ J. Manning and D. Steele re ██████████; review revisions to draft discovery requests, further summary of additional company list, and affidavit of P. Sweet and correspond w/ J. Manning re same | | | |
| 04/03/20 | B.A. Funari | Prepare for and participate in Status Conference with Judge Kelly to discuss list of 30 new companies; confer with opposing counsel regarding same; follow up email and call with clients regarding ████. | 2.20 | 545.00 | 1,199.00 |
| 04/06/20 | B.A. Funari | Receipt and analysis of materials from John Manning; review and revise proposed stipulated confidentiality order; confer with A. Mahfood regarding same. | 1.30 | 545.00 | 708.50 |
| 04/07/20 | A. G. Mahfood | Discuss additional company list, discovery requests, and initial disclosures and related documents w/ B. Funari; correspond re conference call w/ J. Manning and D. Steele re ████; revise discovery requests and initial disclosures per comments and revisions from J. | 1.70 | 350.00 | 595.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Manning; prepare for and participate in conference call w/ J. Manning and D. Steele re ███████ █████ correspond w/ J. Worobij re additional documents for Relativity database | | | |
| 04/07/20 | B.A. Funari | Review and revise discovery requests; prepare for and participate in call with clients regarding ████████████ ████ . | 2.20 | 545.00 | 1,199.00 |
| 04/08/20 | B.A. Funari | Finalize and serve discovery requests on opposing counsel. | 0.50 | 545.00 | 272.50 |
| 04/09/20 | J.B. Worobij | Z-ED Project Management Set up additional review issue tags at the request of A. Mahfood and check ftp site for documents from client | 0.50 | 200.00 | 100.00 |
| 04/09/20 | J.B. Worobij | Z-ED Project Management Check ftp site for documents and set up folder in Relativiity and move select documents at the request of A. Mahfood | 0.50 | 200.00 | 100.00 |
| 04/13/20 | B.A. Funari | Emails with counsel and client regarding initial disclosures and confidentiality agreement; confer with A. Mahfood regarding response in opposition to motion to dismiss. | 0.70 | 545.00 | 381.50 |
| 04/13/20 | J.B. Worobij | Import received documents from A. Mahfood into Relativity, then image and OCR the data | 0.60 | 200.00 | 120.00 |
| 04/13/20 | A. G. Mahfood | Review spreadsheet re initial | 2.20 | 350.00 | 770.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | disclosure document production from J. Manning and correspond w/ J. Manning and B. Funari re same; correspond w/ D. Willis and A. Kwak re joint motion for entry of a stipulated confidential agreement and protective order; correspond w/ B. Funari re intial disclosures, revise per same, and transmit updated draft of same to J. Manning and D. Steele; participate in conference call w/ J. Manning and D. Steele re ███████ ████████; review brief in opposition to motion to dismiss and discuss same w/ B. Funari; review and code documents J. Manning identified for initial disclosures and correspond re same w/ B. Funari and J. Worobij | | | |
| 04/14/20 | A. G. Mahfood | Discuss initial disclosures, PPTT's brief in opposition to motion to dismiss first amended complaint, and drafting reply brief in support of motion to dismiss first amended complaint w/ B. Funari; revise initial disclosures and transmit to B. Funari; research and draft reply brief in support of motion to dismiss first amended complaint and transmit to B. Funari | 4.40 | 350.00 | 1,540.00 |
| 04/14/20 | B.A. Funari | Read and analysis of PPTT's opposition to DPAD's motion to dismiss; confer with A. | 2.80 | 545.00 | 1,526.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | Mahfood regarding response in opposition to motion to dismiss; revise initial disclosures. | | | |
| 04/15/20 | A. G. Mahfood | Prepare exhibit to reply brief in support of motion to dismiss first amended complaint and transmit to B. Funari; review revisions to initial disclosures from B. Funari and correspond w/ B. Funari re same; review comments and revisions to reply brief in support of motion to dismiss first amended complaint, revise per same, and discuss same w/ B. Funari; transmit draft reply brief in support of motion to dismiss first amended complaint, exhibit to same, and revised initial disclosures to J. Manning and D. Steele; participate in a conference call w/ B. Funari, J. Manning, and D. Steele re ███████████ review, revise, and finalize letter from B. Funari to D. Willis re meet and confer; correspond and discuss same w/ B. Funari, J. Manning, D. Steele, and D. Willis | 2.00 | 350.00 | 700.00 |
| 04/15/20 | B.A. Funari | Review and revise DPAD's reply in support of motion to dismiss; confer with clients A. Mahfood regarding ████; review documents from client | 4.20 | 545.00 | 2,289.00 |

File No. 394378.60001          Invoice No. 3283458          Page 5



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | for consideration for production as part of initial disclosures; draft letter to D. Willis; email correspondence regarding same. | | | |
| 04/16/20 | B.A. Funari | Emails with counsel and client regarding initial disclosures, confidentiality agreement and aspersions in opposition brief; draft response to counsel regarding same. | 2.50 | 545.00 | 1,362.50 |
| 04/16/20 | A. G. Mahfood | Review and revise correspondence from B. Funari to D. Willis re meet and confer; prepare for filing and service of reply brief in support of motion to dismiss; discuss initial disclosure document production w/ B. Funari | 0.30 | 350.00 | 105.00 |
| 04/17/20 | B.A. Funari | Finalize initial disclosures; receipt and analysis of PPTT's initial disclosures; confer with A. Mahfood regarding same; review additional materials from J. Manning. | 1.70 | 545.00 | 926.50 |
| 04/17/20 | A. G. Mahfood | Discuss initial disclosures and document production w/ B. Funari, correspond w/ J. Manning and D. Steele re ███, finalize and serve same; correspond w/ J. Manning and D. Steel re first set of discovery requests from PPTT and preliminary review of same; preliminary review of initial disclosures from PPTT and transmit to J. Manning and D. Steel | 0.50 | 350.00 | 175.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 04/20/20 | B.A. Funari | Email correspondence regarding call with mediator on April 22 and discovery requests; preliminary review and analysis of PPTT's discovery requests directed to defendants, | 1.00 | 545.00 | 545.00 |
| 04/21/20 | A. G. Mahfood | Discuss and correspond re preparation for mediation conference call w/ B. Funari; substantive review of discovery requests and initial disclosures in anticipation of client conference call and correspond re same w/ B. Funari | 0.80 | 350.00 | 280.00 |
| 04/22/20 | A. G. Mahfood | Prepare for and participate in conference call w/ C. Katz and B. Funari re mediation; prepare for and participate in conference call w/ B. Funari, J. Manning, and D. Steele re ██████████; draft third-party subpoena to R. Trachtenberg and related documents and transmit to B. Funari | 3.40 | 350.00 | 1,190.00 |
| 04/22/20 | B.A. Funari | Analysis of PPTT's initial disclosures; confer with A. Mahfood regarding same; prepare for and participate in conference call with C. Katz regarding mediation. | 2.40 | 545.00 | 1,308.00 |
| 04/23/20 | A. G. Mahfood | Preliminary review of memo re motion for protective order from J. Manning and correspond w/ J. Manning re ████; correspond w/ process | 0.60 | 350.00 | 210.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|------------|-------------|-------|------|--------|
| | | server re R. Trachtenberg subpoena; correspond w/ A. Kwak and B. Funari re confidentiality agreement; correspond w/ J. Manning re ███████████ revise R. Trachtenberg subpoena per comments from B. Funari and transmit same to J. Manning and D. Steele | | | |
| 04/23/20 | B.A. Funari | Review additional documents from client; correspondence with client and opposing counsel regarding confidentiality agreement, | 1.20 | 545.00 | 654.00 |
| 04/24/20 | B.A. Funari | Draft motion for unilateral confidentiality and protective order; file same; receipt of order regarding same; confer with opposing counsel regarding same; revise third party subpoenas; draft letters to third-parties regarding same; receipt of third party subpoenas from PPTT; emails with clients regarding same. | 6.20 | 545.00 | 3,379.00 |
| 04/24/20 | A. G. Mahfood | Correspond internally and w/ counsel in Madison re third-party subpoenas; revise motion for entry of confidentiality agreement and protective order drafted by B. Funari and correspond and discuss same w/ B. Funari and internally; continue researching and drafting motion for protective order and transmit draft to B. | 5.80 | 350.00 | 2,030.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | Funari; review comments to third-party subpoenas from J. Manning, correspond re same w/ B. Funari, and revise per same; finalize and compile notices of intent to serve third-party subpoenas, third-party subpoenas, and exhibits to same; revise cover letters to third-parties re subpoenas drafted by B. Funari; receipt and preliminary review and analysis of PPTT's notices of intent to serve subpoenas, discuss same w/ B. Funari, and correspond re ███ w/ J. Manning and D. Steele | | | |
| 04/25/20 | B.A. Funari | Multiple emails from clients regarding ██████ ██████████ | 0.30 | 545.00 | 163.50 |
| 04/27/20 | A. G. Mahfood | Correspond and discuss w/ B. Funari re motion for protective order; correspond w/ J. Manning and B. Funari re ████████████████████; prepare for and participate in conference call re PPTT's third-party subpoenas; receipt and review of 26 additional subpoenas, discuss same w/ B. Funari, correspond re ████ w/ J. Manning, D. Steel, B. Funari, and internally internally; discuss legal research re ██████████ w/ B. Funari, conduct legal research re | 2.20 | 350.00 | 770.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | ▮▮▮▮ and draft summary of same and transmit to B. Funari | | | |
| 04/27/20 | B.A. Funari | Analysis of PPTT's revisions to joint confidentiality and protective order; confer with client regarding Fransend subpoena; receipt and analysis of 28 additional subpoenas; confer with clients and A. Mahfood regarding same; analysis of research on abuse of process claim. | 2.50 | 545.00 | 1,362.50 |
| 04/28/20 | A. G. Mahfood | Discuss revisions to motion for protective order w/ B. Funari relating to PPTT's third-party subpoenas; conduct legal research per same revise motion for protective order per same, final review of same, and transmit draft to J. Manning and D. Steele; prepare for and participate in conference call w/ B. Funari, D. Willis, and A. Kwak, re joint motion for entry of a confidentiality agreement and protective order, revise per same conference call, and correspond w/ B. Funari and internally re same | 2.40 | 350.00 | 840.00 |
| 04/28/20 | B.A. Funari | Review comments to confidentiality order; confer with opposing counsel regarding confidentiality agreement; revise motion for protective order; confer with A. Mahfood regarding same. | 3.70 | 545.00 | 2,016.50 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 04/29/20 | B.A. Funari | Review client comments to motion for protective order; conference call with clients regarding ▮▮▮; receipt and analysis of PPTT's surreply brief and motion for leave to file same. | 1.50 | 545.00 | 817.50 |
| 04/29/20 | A. G. Mahfood | Preliminary review of comments to motion for protective order from J. Manning and correspond w/ J. Manning, D. Steele, and B. Funari re ▮▮▮; review PPTT's motion for leave to file surreply brief on motion to dismiss first amended complaint, surreply brief, and proposed order, and discuss same w/ B. Funari, review order granting same and correspond re ▮▮▮ w/ J. Manning and D. Steele; prepare for and participate in conference call w/ B. Funari, J. Manning, and D. Steele re ▮▮▮▮▮▮▮▮▮ compile exhibits to motion for protective order | 1.90 | 350.00 | 665.00 |
| 04/30/20 | B.A. Funari | Multiple emails from clients regarding ▮▮▮▮▮; call with Chris Dodge regarding subpoena. | 0.70 | 545.00 | 381.50 |
| **Totals** | | | **73.80** | | **32,973.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brad A. Funari | 39.40 hrs @ $ | 545.00 / hr | 21,473.00 |
| Alex G. Mahfood | 30.80 hrs @ $ | 350.00 / hr | 10,780.00 |
| John B. Worobij | 3.60 hrs @ $ | 200.00 / hr | 720.00 |
| **Total Professional Services** | | | **32,973.00** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|---|---|---|
| | Data Hosting Fee | 18.87 |
| | ESI Data Filtering/ECA | 2.59 |
| | ESI Data Processing | 12.11 |
| | User Fee | 75.00 |
| | Westlaw | 66.77 |
| | **Total Expenses and Other Charges** | **175.34** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 32,973.00 |
| Total Expenses and Other Charges | $ | 175.34 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **33,148.34** |
| **Total Amount Due** | **$** | **33,148.34** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3294034** |
| Invoice Date: | **6/29/2020** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

Total Current Fees...............................................................................$    32,345.50

Total Current Expenses and Other Charges .......................................$         258.12

**Total Due This Invoice:**                                            **$      32,603.62**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3294034** |
| Invoice Date: | **6/29/2020** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance |
|---|---|---|---|---|
| 05/27/20 | 3283458 | 33,148.34 | 0.00 | 33,148.34 |

**Total Unpaid Balance Previously Billed** $ 33,148.34

According to our records, the above invoices previously billed on this matter, remain unpaid.
Please review your records and remit payment for any of these previously submitted invoices,
which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3294034** |
| Invoice Date: | **6/29/2020** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

### INVOICE SUMMARY

Total Current Fees............................................................................$    32,345.50

Total Current Expenses and Other Charges .....................................$    258.12

      **Total Due This Invoice:**    **$    32,603.62**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3294034** |
| Invoice Date: | **6/29/2020** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH May 31, 2020

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/20 | A. G. Mahfood | Discuss use of Sweet's affidavit in support of the motion to dismiss w/ B. Funari; correspond re ▓ w/ J. Manning and B. Funari; prepare for and participate in meet and confer re discovery dispute w/ B. Funari, D. Willis, and A. Kwak; prepare filing and service of motion for protective order | 1.60 | 350.00 | 560.00 |
| 05/01/20 | B.A. Funari | Confer with J. Manning regarding ▓ ▓; confer with opposing counsel regarding same; finalize and file same. | 2.20 | 545.00 | 1,199.00 |
| 05/06/20 | A. G. Mahfood | Correspond and discuss w/ B. Funari re subpoenaed parties | 0.10 | 350.00 | 35.00 |
| 05/06/20 | B.A. Funari | Confer with J. Manning regarding and D. Steele regarding ▓; confer with counsel for Cisco regarding same. | 1.70 | 545.00 | 926.50 |
| 05/07/20 | B.A. Funari | Confer with counsel for Intel and von Brieson regarding subpoenas. | 1.70 | 545.00 | 926.50 |
| 05/07/20 | A. G. Mahfood | Correspond w/ J. Manning re | 2.00 | 350.00 | 700.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | ████████; discuss Von Briesen subpoena w/ B. Funari and research assignment re same; conduct legal research re ████████ draft summary of same and transmit to B. Funari | | | |
| 05/08/20 | B.A. Funari | Receipt and preliminary analysis of PPTT's discovery responses and objections. | 0.50 | 545.00 | 272.50 |
| 05/08/20 | A. G. Mahfood | Review PPTT's objections and responses to first set of discovery requests and correspond w/ B. Funari, J. Manning, and D. Steele re same | 0.40 | 350.00 | 140.00 |
| 05/11/20 | A. G. Mahfood | Review brief in opposition to motion for protective order; correspond w/ J. Manning, D. Steele, and B. Funari re same; discuss same w/ B. Funari; review J. Manning comments to PPTT's discovery responses and correspond w/ B. Funari, J. Manning, and D. Steele re ████ | 0.80 | 350.00 | 280.00 |
| 05/11/20 | B.A. Funari | Receipt and analysis of PPTT's discovery responses and objections and opposition to motion for protective order. | 1.30 | 545.00 | 708.50 |
| 05/12/20 | A. G. Mahfood | Prepare for and participate in conference call w/ B. Funari, J. Manning, and D. Steele re ████████ | 1.10 | 350.00 | 385.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | ██████; review brief in support of motion to quash subpoena filed by NiSource, discuss same w/ B. Funari, and correspond re ██ w/ J. Manning, D. Steele, and B. Funari | | | |
| 05/12/20 | B.A. Funari | Review and analysis of PPTT's discovery responses and clients' comments to same; telephone conference with clients regarding ██; receipt and analysis of Nisource's motion to quash subpoena. | 1.40 | 545.00 | 763.00 |
| 05/13/20 | A. G. Mahfood | Review order setting briefing schedule on motion to quash and correspond w/ D. Manning, J. Steele, and B. Funari re ██; correspond w/ J. Manning and B. Funari re ████; discuss von Briesen subpoena and research w/ B. Funari and correspond re same w/ B. Funari and von Briesen's counsel | 0.20 | 350.00 | 70.00 |
| 05/14/20 | B.A. Funari | Conference calls with J. Manning and J. Russell regarding subpoena issues; receipt and analysis of motion to quash filed by PPTT; confer with team regarding opposition to same. | 1.50 | 545.00 | 817.50 |
| 05/14/20 | A. G. Mahfood | Review motion to quash subpoenas to PPTT law firms and brief in support; discuss response strategy and | 1.10 | 350.00 | 385.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | research w/ B. Funari and M. Caplan; review order setting deadline to respond to motion to quash and correspond w/ B. Funari and M. Caplan re same | | | |
| 05/14/20 | M. A. Caplan | Strategize regarding motion to quash response and legal research on attorney-client privilege in Third Circuit. | 0.80 | 425.00 | 340.00 |
| 05/15/20 | B.A. Funari | Confer with counsel for Alfa Lavala regarding motion to quash subpoena and J. Manning regarding Koppers. | 0.50 | 545.00 | 272.50 |
| 05/15/20 | M. A. Caplan | Legal research regarding ███████ | 2.00 | 425.00 | 850.00 |
| 05/15/20 | A. G. Mahfood | Discuss strategy for brief in opposition to motion to quash w/ B. Funari; correspond re ████ w/ J. Manning and D. Steele | 0.20 | 350.00 | 70.00 |
| 05/16/20 | A. G. Mahfood | Begin researching and drafting brief in opposition to motion to quash; correspond w/ M. Caplan re same; review research re ████ | 3.70 | 350.00 | 1,295.00 |
| 05/16/20 | M. A. Caplan | Legal research regarding ███████ | 0.50 | 425.00 | 212.50 |
| 05/17/20 | A. G. Mahfood | Continue researching and drafting brief in opposition to motion to quash; transmit to B. Funari and M. Caplan | 2.30 | 350.00 | 805.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 05/18/20 | A. G. Mahfood | Review additional legal research for brief in opposition to motion to quash from M. Caplan; correspond and discuss same research w/ M. Caplan; incorporate same research into brief in opposition to motion to quash and transmit to B. Funari; discuss same w/ B. Funari and update brief in opposition to motion to quash for request of attorneys' fees | 0.90 | 350.00 | 315.00 |
| 05/18/20 | M. A. Caplan | Legal research regarding ███████████████ | 4.10 | 425.00 | 1,742.50 |
| 05/19/20 | B.A. Funari | Revise brief in opposition to motion to quash filed by PPTT; confer with counsel for Alfa Laval; emails with clients regarding same. | 3.80 | 545.00 | 2,071.00 |
| 05/19/20 | A. G. Mahfood | Draft motion for leave to file brief in excess of chambers' rules and correspond re same w/ B. Funari and internally; revise brief in support of motion to quash subpoena per comments and revisions from B. Funari and correspond and discuss same w/ B. Funari; transmit brief in support of motion to quash subpoena to J. Manning and D. Steele; discuss correspondence w/ von Briesen's counsel re | 1.10 | 350.00 | 385.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|------------|-------------|-------|------|--------|
| | | subpoena and motion to quash and strategy on responding to same w/ B. Funari | | | |
| 05/20/20 | B.A. Funari | Confer with counsel for Cisco regarding response to subpoena; confer with A. Mahfood regarding von Brieson subpoena; review additional documents for initial production; confer with J.Manning regarding same. | 1.70 | 545.00 | 926.50 |
| 05/20/20 | A. G. Mahfood | Final review and revisions to brief in opposition to motion to quash; correspond w/ B. Funari and internally re filing same; correspond w/ J. Manning and D. Steele re ▮▮▮; discuss serving same on von Briesen w/ B. Funari | 0.20 | 350.00 | 70.00 |
| 05/21/20 | B.A. Funari | Review additional documents for initial production; confer with J.Manning regarding same. | 0.80 | 545.00 | 436.00 |
| 05/21/20 | J.B. Worobij | Send zip file of Initial Disclosure documents to B. Funari at his request | 0.20 | 200.00 | 40.00 |
| 05/21/20 | J.B. Worobij | Export Initial Disclosure documents from Relativity, zip up files and send to B. Funari and A. Mahfood at their request | 0.50 | 200.00 | 100.00 |
| 05/22/20 | B.A. Funari | Begin drafting discovery deficiency letter to opposing counsel. | 0.80 | 545.00 | 436.00 |
| 05/22/20 | A. G. Mahfood | Discuss document review, deficiency letter, and mediation w/ B. Funari; | 0.10 | 350.00 | 35.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | correspond w/ J. Manning and B. Funari re ▇▇▇ | | | |
| 05/26/20 | B.A. Funari | Receipt and analysis of Motion to Quash filed in Wisconsin and Motion to Withdraw filed in Pennsylvania; research ▇▇▇▇▇▇; emails with client regarding ▇▇; confer with A. Mahfood and M. Caplan regarding research for opposition brief and outline for same. | 2.20 | 545.00 | 1,199.00 |
| 05/26/20 | A. G. Mahfood | Discuss response strategy for motion to quash in Western District of Wisconsin w/ B. Funari and M. Caplan; research and draft brief in opposition to motion to quash in Western District of Wisconsin and transmit to B. Funari; review motion to withdraw motion to quash subpoena in Western District of Pennsylvania and correspond re ▇▇▇ w/ J. Manning, D. Steele, and B. Funari; correspond re document production w/ B. Funari and J. Worobij | 3.70 | 350.00 | 1,295.00 |
| 05/26/20 | M. A. Caplan | Legal research regarding ▇▇▇▇▇▇ | 3.40 | 425.00 | 1,445.00 |
| 05/27/20 | B.A. Funari | Begin revising Opposition to Motion to Quash filed in Wisconsin; research ▇▇▇▇▇▇ | 4.20 | 545.00 | 2,289.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | ███████ ; confer with A. Mahfood regarding same; draft and serve deposition subpoena on von Briesen law firm; draft letter to J. Russell at von Briesen regarding conflict of interest in representing PPTT. | | | |
| 05/27/20 | A. G. Mahfood | Correspond re and discuss motion to disqualify von Briesen w/ B. Funari; conduct legal research re ████; mark documents to be produced confidential and correspond w/ B. Funari and J. Worobij re same; review and finalize notice of intent to serve deposition subpoena on von Briesen and deposition subpoena on von Briesen and correspond and discuss same w/ B. Funari; review and revise draft letter to von Briesen re document production and representation of PPTT and correspond and discuss same w/ B. Funari | 1.70 | 350.00 | 595.00 |
| 05/28/20 | B.A. Funari | Draft deficiency letter to counsel for PPTT; confer with A. Mahfood regarding same; emails with clients regarding ████████████ ; finalize and produce initial disclosure documents to counsel for PPTT. | 5.20 | 545.00 | 2,834.00 |
| 05/28/20 | A. G. Mahfood | Correspond w/ B. Funari, J. Worobij, and internally re document production and | 1.00 | 350.00 | 350.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | deposition subpoena; review and revise draft deficiency letter drafted by B. Funari and discuss same w/ B. Funari | | | |
| 05/28/20 | J.B. Worobij | Prep documents, perform document production and ftp upload for opposing counsel to access/download at the request of B. Funari and A. Mahfood | 1.50 | 200.00 | 300.00 |
| 05/29/20 | B.A. Funari | Draft letter to J. Russell at von Briesen; receipt and analysis of order regarding motion for protective order; revise brief in opposition to motion to quash. | 4.60 | 545.00 | 2,507.00 |
| 05/29/20 | A. G. Mahfood | Review von Briesen's motion to join PPTT's motion to quash and von Briesen's response to B. Funari's letter; discuss same w/ B. Funari; revise brief in opposition to motion to quash per comments and revisions from B. Funari; transmit same to J. Manning and D. Steele; prepare for filing and service of same and internal correspondence re same; review order on motion for protective order and discuss same w/ B. Funari; review and revise letter from B. Funari to J. Russell re subpoenas and correspond re same w/ B. Funari | 1.50 | 350.00 | 525.00 |
| 05/30/20 | B.A. Funari | Begin outlining mediation statement due June 4. | 0.80 | 545.00 | 436.00 |
| **Totals** | | | **71.60** | | **32,345.50** |

File No. 394378.60001          Invoice No. 3294034          Page 9



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brad A. Funari | 34.90 hrs @ $ | 545.00 / hr | 19,020.50 |
| Matthew A. Caplan | 10.80 hrs @ $ | 425.00 / hr | 4,590.00 |
| Alex G. Mahfood | 23.70 hrs @ $ | 350.00 / hr | 8,295.00 |
| John B. Worobij | 2.20 hrs @ $ | 200.00 / hr | 440.00 |
| **Total Professional Services** | | | **32,345.50** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | | Amount |
|---|---|---|---|
| | Data Hosting Fee | | 18.87 |
| | Duplicating/Printing/Scanning | 9.00 @ 0.15 | 1.35 |
| | User Fee | | 150.00 |
| | Westlaw | | 45.90 |
| 05/27/2020 | von Briesen & Roper, s.c. - SUBPOENA SERVICE COSTS Subpoena fee to von Briesen & Roper, S.C. | | 42.00 |
| | **Total Expenses and Other Charges** | | **258.12** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 32,345.50 |
| Total Expenses and Other Charges | $ | 258.12 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **32,603.62** |
| **Total Amount Due** | **$** | **32,603.62** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3294034** |
| Invoice Date: | **6/29/2020** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC                         Invoice Number:        **3302951**
7919 Greentree Road                     Invoice Date:          **7/24/2020**
Bethesda, MD 20817                      Client Number:          **394378**
                                        Matter Number:   **394378.60001**

## *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees...............................................................................$      33,335.00

Total Current Expenses and Other Charges ......................................$_____259.08

**Total Due This Invoice:**                          **$_____33,594.08**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3302951** |
| Invoice Date: | **7/24/2020** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance |
|---|---|---:|---:|---:|
| 06/29/20 | 3294034 | 32,603.62 | 0.00 | 32,603.62 |

**Total Unpaid Balance Previously Billed**     $     32,603.62

According to our records, the above invoices previously billed on this matter, remain unpaid. Please review your records and remit payment for any of these previously submitted invoices, which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3302951** |
| Invoice Date: | **7/24/2020** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees.............................................................................$      33,335.00

Total Current Expenses and Other Charges .....................................$      259.08

**Total Due This Invoice:**            **$      33,594.08**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3302951** |
| Invoice Date: | **7/24/2020** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH June 30, 2020

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/20 | B.A. Funari | Receipt and analysis of Report and Recommendations regarding Motion for Protective Order; confer with A. Mahfood and clients regarding ███ . | 1.00 | 545.00 | 545.00 |
| 06/01/20 | A. G. Mahfood | Draft summary of order on motion for protective order and transmit to B. Funari | 0.30 | 350.00 | 105.00 |
| 06/02/20 | B.A. Funari | Receipt and analysis of Report and Recommendations regarding Motion to Dismiss; call with clients to discuss ███ ███ confer with A. Mahfood and clients regarding ███ | 2.50 | 545.00 | 1,362.50 |
| 06/02/20 | A. G. Mahfood | Review order on motion to dismiss; discuss same w/ B. Funari; prepare for and participate in conference call w/ J. Manning, D. Steele, and B. Funari re ███ ███ correspond w/ J. Russell and B. Funari re acceptance of deposition subpoena and meet and confer re same; review and | 1.70 | 350.00 | 595.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | revise supplemental deficiency letter drafted by B. Funari and correspond re and discuss same w/ B. Funari; review documents produced by and correspondence from Alfa Level and correspond re same w/ B. Funari | | | |
| 06/03/20 | B.A. Funari | Confer with new counsel regarding status of case and pending mediation; receipt of motions for entry and withdrawal of counsel; emails regarding same; confer with clients regarding objections to reports and recommendations. | 1.30 | 545.00 | 708.50 |
| 06/03/20 | J.B. Worobij | FTP download 3rd party production documents and import into Relativity at the request of A. Mahfood | 0.50 | 200.00 | 100.00 |
| 06/03/20 | A. G. Mahfood | Correspond w/ J. Manning and D. Steele re ███████████; review notice of appearance of Clark Hill and motion to withdraw from Eckert Seamans and A. Kwak and correspond re and discuss same w/ B. Funari; draft letter designating certain Alfa Laval documents as confidential and transmit to B. Funari; finalize same letter and transmit to opposing counsel | 0.50 | 350.00 | 175.00 |
| 06/04/20 | A. G. Mahfood | Correspond w/ opposing counsel re document production; correspond w/ J. Manning re ███████████; review order on | 2.00 | 350.00 | 700.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | motion to withdraw; review motion to continue mediation; research and outline objections to reports and recommendations on motion to dismiss first amended complaint and motion for protective order and transmit same to B. Funari | | | |
| 06/04/20 | J.B. Worobij | Provide select ClarkHill attorneys access to download recent production at the request of A. Mahfood | 0.30 | 200.00 | 60.00 |
| 06/05/20 | A. G. Mahfood | Prepare for conference call w/ PPTT's new counsel w/ B. Funari; draft agenda items for same; participate in same; discuss outline of objections to reports and recommendations on motion to dismiss and motion for protective order w/ B. Funari and transmit to J. Manning and D. Steele; begin drafting objections to report and recommendation on motion to dismiss first amended complaint | 2.50 | 350.00 | 875.00 |
| 06/05/20 | B.A. Funari | conference call with new counsel regarding status of case; conference call with J. Russell regarding subpoena to attend and testify served on von Briesen; confer with A. Mahfood regarding objections to reports and recommendations. | 2.80 | 545.00 | 1,526.00 |
| 06/06/20 | A. G. Mahfood | Continue drafting objections to report and recommendation on motion to | 2.50 | 350.00 | 875.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | dismiss first amended complaint; correspond w/ J. Manning re outline on same; transmit draft objections to B. Funari | | | |
| 06/08/20 | B.A. Funari | Draft and revise objections to reports and recommendations regarding motion to dismiss. | 2.80 | 545.00 | 1,526.00 |
| 06/08/20 | A. G. Mahfood | Correspond w/ J. Manning and B. Funari re ███████ ███████████; discuss same w/ B. Funari; research and draft objections to memorandum order on motion for protective order and transmit to B. Funari; review order from Western District of Wisconsin setting hearing on motion to quash and correspond w/ B. Funari and internally re same and motion for admission pro hac vice | 2.50 | 350.00 | 875.00 |
| 06/09/20 | B.A. Funari | Draft and revise objections to reports and recommendations regarding motion to dismiss; confer with A. Mahfood regarding same; prepare pro hac vice application for Western District of Wisconsin. | 4.50 | 545.00 | 2,452.50 |
| 06/09/20 | A. G. Mahfood | Correspond w/ B. Funari and internally re pro hac vice motion for B. Funari; review and incorporate revisions to objections to report and recommendation on motion to dismiss first amended complaint from B. Funari and discuss same w/ B. Funari; | 1.20 | 350.00 | 420.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | review and incorporate revisions to objections to memorandum opinion on motion for protective corder from B. Funari and discuss same w/ B. Funari; transmit draft objections to J. Manning and D. Steele and correspond w/ J. Manning and B. Funari re same | | | |
| 06/10/20 | B.A. Funari | Preliminary analysis of clients' comments to objections to reports and recommendations regarding motion to dismiss and motion for protective order. | 0.50 | 545.00 | 272.50 |
| 06/10/20 | A. G. Mahfood | Review order granting pro hac vice motion for B. Funari and correspond w/ B. Funari re same; review revisions to objections to memorandum order on motion for protective order from J. Manning; preliminary review of revisions to objections to report and recommendation on motion to dismiss and discuss same w/ B. Funari; correspond re meeting to discuss ███████ w/ J. Manning, D. Steele, and B. Funari | 0.30 | 350.00 | 105.00 |
| 06/11/20 | B.A. Funari | Draft and revise objections to reports and recommendations regarding motion to dismiss; conference call with clients regarding same. | 3.80 | 545.00 | 2,071.00 |
| 06/11/20 | A. G. Mahfood | Discuss revisions to objections from J. Manning w/ B. Funari in anticipation of | 4.30 | 350.00 | 1,505.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|------------|-------------|-------|------|--------|
| | | conference call; prepare for and participate in conference call w/ J. Manning, D. Steele, and B. Funari re ▮▮▮ ▮▮▮ | | | |
| 06/12/20 | B.A. Funari | Revise objections to reports and recommendations regarding motion to dismiss; confer with A. Mahfood regarding same; prepare for and participate in argument in Western District f Wisconsin regarding Motions to Quash; receipt of order regarding same and confer with counsel and clients regarding same. | 2.50 | 545.00 | 1,362.50 |
| 06/12/20 | A. G. Mahfood | Review and revise updated draft of objections to report and recommendation on motion to dismiss per comments and revisions from B. Funari and transmit to J. Manning and D. Steele; prepare for filing of same; discuss arguments to raise at hearing on motion to quash subpoenas w/ B. Funari; review reply brief of von Briesen and affidavit of J. Russell; review PPTT responses to discovery requests to develop arguments to raise at hearing on motion to quash subpoenas; prepare for and participate in hearing on motion to quash subpoenas; correspond re ▮▮▮ w/ D. Steele, J. Manning, and B. Funari; review text order following motion to quash | 1.90 | 350.00 | 665.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | subpoenas and correspond w/ B. Funari and J. Russell re same | | | |
| 06/15/20 | B.A. Funari | Emails with J. Russell regarding amending Judge Crocker's order; call with court regarding same; revise motion to amend order; receipt of order regarding same; emails with clients and A. Mahfood regarding same. | 1.20 | 545.00 | 654.00 |
| 06/15/20 | A. G. Mahfood | Correspond w/ J. Russell and B. Funari re text order on motion to quash and contacting court to clarify same; draft and revise motion to amend text order on motion to quash; correspond and discuss same w/ B. Funari; prepare for filing of same motion; correspond w/ J. Manning and D. Steele re ██████; review order granting same motion; correspond w/ J. Manning and D. Steel re ████████ | 1.00 | 350.00 | 350.00 |
| 06/16/20 | A. G. Mahfood | Review PPTT's objections to report and recommendation on motion to dismiss first amended complaint; discuss same w/ B. Funari | 0.30 | 350.00 | 105.00 |
| 06/17/20 | A. G. Mahfood | Correspond w/ B. Funari and opposing counsel re discovery deficiency letters; correspond w/ J. Manning and D. Steele re ████████ ████████████████ ████████  correspond w/ J. | 0.60 | 350.00 | 210.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | Manning and B. Funari re ███████; prepare for and participate in meet and confer w/ B. Funari and J. Russell re subpoena production process as required by the court; correspond w/ J. Manning and D. Steele re ███; correspond and discuss ███ w/ B. Funari, J. Manning, and D. Steele; review Chambers' rules in anticipation of same | | | |
| 06/17/20 | B.A. Funari | Prepare for and participate in court ordered meet and confer with counsel for PPTT regarding production of von Briesen file. | 1.10 | 545.00 | 599.50 |
| 06/18/20 | B.A. Funari | Emails with PPTT's counsel regarding responses to deficeny letters; telephone conference with R. Hannen regarding same. | 0.80 | 545.00 | 436.00 |
| 06/19/20 | B.A. Funari | Review supplemental authority; revise notice of supplemental authority; confer with clients regarding same. | 1.50 | 545.00 | 817.50 |
| 06/19/20 | A. G. Mahfood | Review supplemental authority in support of objections to report and recommendation and discuss ███ w/ B. Funari and J. Manning; draft and revise notice of same and transmit to B. Funari, J. Manning, and D. Steele; prepare for and file same; review order adopting memorandum opinion on | 8.50 | 350.00 | 2,975.00 |

File No. 394378.60001          Invoice No. 3302951          Page 8



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | motion for protective order and discuss same w/ B. Funari; prepare for and participate in conference call w/ B. Funari, J. Manning, and D. Steele re █████████ ████████████ ; draft motion to compel and transmit to B. Funari | | | |
| 06/22/20 | A. G. Mahfood | Research and draft response to PPTT's objections to report and recommendation on motion to dismiss first amended complaint and transmit to B. Funari; correspond and discuss w/ B. Funari and J. Manning re ████████; prepare for filing of same; internal correspondence re same; transmit filed version of same to J. Manning and D. Steele; correspond w/ opposing counsel, B. Funari, J. Worobij, and internally re third party documents | 3.60 | 350.00 | 1,260.00 |
| 06/22/20 | B.A. Funari | Revise and finalize motion to compel; receipt and review of documents from third party subpoenas. | 1.40 | 545.00 | 763.00 |
| 06/23/20 | B.A. Funari | prepare for and participate in status conference with Magistrate Judge Kelly; emails and call with client regarding same; receipt and analysis of PPTT's opposition to objections to Report and | 3.60 | 545.00 | 1,962.00 |

File No. 394378.60001          Invoice No. 3302951          Page 9



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | Recommendations; revise opposition to PPTT's Objections to Report and Recommendation regarding motion to dismiss. | | | |
| 06/23/20 | J.B. Worobij | Transfer 3rd party production to Relativity staging, prepare/send processing instructions at the request of A. Mahfood | 0.80 | 200.00 | 160.00 |
| 06/23/20 | J.B. Worobij | Check 3rd party Alpha Laval production status at the request of A. Mahfood | 0.30 | 200.00 | 60.00 |
| 06/23/20 | A. G. Mahfood | Prepare for and participate in status conference w/ Court; discuss next steps w/ B. Funari; review minute entry following status conference; review PPTT's response to objections to report and recommendation on first amended complaint and transmit to J. Manning and D. Steele; review PPTT's response to notice of supplemental authority, transmit to J. Manning and D. Steele, and correspond re ███ w/ J. Manning; finalize response to PPTT's objections to report and recommendation on motion to dismiss the first amended complaint, correspond w/ B. Funari re same, and transmit same to J. Manning and D. Steele; transmit Leggett Platt documents to J. Manning and D. Steele, preliminary review of same, and correspond w/ | 2.30 | 350.00 | 805.00 |



Reed Smith LLP

Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | J. Manning and D. Steele re ███ | | | |
| 06/24/20 | B.A. Funari | Revise opposition to objections to report and recommendation; confer with A. Mahfood and clients regarding same. | 1.20 | 545.00 | 654.00 |
| 06/24/20 | A. G. Mahfood | Correspond w/ J. Manning re ████████; review and incorporate revisions from J. Manning to response to PPTT's objections to report and recommendation on motion to dismiss first amended complaint and draft further revisions to same, correspond re ███ w/ J. Manning, and discuss same w/ B. Funari; correspond w/ B. Funari, opposing counsel, mediator, and J. Manning and D. Steele re ████████ | 0.90 | 350.00 | 315.00 |
| 06/25/20 | A. G. Mahfood | Correspond w/ J. Manning and B. Funari re █████████; incorporate same revisions and finalize same; internal correspondence re filing same; correspond w/ B. Funari and opposing counsel re mediation and meet and | 0.20 | 350.00 | 70.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | confer on motion to compel; review draft joint motion to continue mediation from opposing counsel and correspond re revisions to same w/ B. Funari | | | |
| 06/26/20 | B.A. Funari | Communications regarding mediation; finalize opposition to objections to r and r. | 0.80 | 545.00 | 436.00 |
| 06/26/20 | A. G. Mahfood | Review documents produced by Exelon; discuss same w/ B. Funari; draft correspondence summarizing same and transmitting to J. Manning and D. Steele; correspond w/ J. Worobij re processing same | 1.10 | 350.00 | 385.00 |
| 06/29/20 | J.B. Worobij | Transfer 3rd party production Exelon to Relativity staging, create load file and import productions into Relativity at the request of A. Mahfood | 1.50 | 200.00 | 300.00 |
| 06/29/20 | B.A. Funari | Prepare for and participate in court ordered meet and confer regarding PPTT's discovery deficiencies; emails with opposing counsel regarding amended notice of mediation. | 1.70 | 545.00 | 926.50 |
| 06/29/20 | A. G. Mahfood | Prepare for and participate in meet and confer conference call w/ B. Funari and opposing counsel; correspond w/ J. Manning and D. Steele re ▮▮▮▮▮▮▮▮ | 0.60 | 350.00 | 210.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| **Totals** | | | **77.20** | | **33,335.00** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|------------|------:|-----:|------:|
| Brad A. Funari | 35.00 hrs @ $ | 545.00 / hr | 19,075.00 |
| Alex G. Mahfood | 38.80 hrs @ $ | 350.00 / hr | 13,580.00 |
| John B. Worobij | 3.40 hrs @ $ | 200.00 / hr | 680.00 |
| **Total Professional Services** | | | **33,335.00** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | | Amount |
|------|-------------|---|-------:|
| | Data Hosting Fee | | 19.56 |
| | Duplicating/Printing/Scanning | 5.00 @ 0.15 | 0.75 |
| | ESI Data Filtering/ECA | | 0.70 |
| | ESI Data Processing | | 3.37 |
| | User Fee | | 75.00 |
| | Westlaw | | 59.70 |
| 06/09/2020 | Brad A. Funari - Filing Fees - VENDOR: Brad A. Funari, Jun 09, 2020, Pro Hac Fee - Wisconsin case | | 100.00 |
| | **Total Expenses and Other Charges** | | **259.08** |

## INVOICE SUMMARY

| | | |
|---|---|---:|
| Total Fees | $ | 33,335.00 |
| Total Expenses and Other Charges | $ | 259.08 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **33,594.08** |
| **Total Amount Due** | **$** | **33,594.08** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON





Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| DPAD Group, LLC | Invoice Number: **3311808** |
| 7919 Greentree Road | Invoice Date: **8/20/2020** |
| Bethesda, MD 20817 | Client Number: **394378** |
| | Matter Number: **394378.60001** |

## *REMITTANCE PAGE*
### *PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees.................................................................................$    19,073.50

Total Current Expenses and Other Charges .....................................$      136.92

**Total Due This Invoice:**                          **$      19,210.42**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3311808** |
| Invoice Date: | **8/20/2020** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance |
|---|---|---|---|---|
| 07/24/20 | 3302951 | 33,594.08 | 0.00 | 33,594.08 |

**Total Unpaid Balance Previously Billed**     $     33,594.08

According to our records, the above invoices previously billed on this matter, remain unpaid. Please review your records and remit payment for any of these previously submitted invoices, which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3311808** |
| Invoice Date: | **8/20/2020** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees.............................................................................$      19,073.50

Total Current Expenses and Other Charges .....................................$         136.92

**Total Due This Invoice:**                                                      **$      19,210.42**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| DPAD Group, LLC | **Invoice Number:** **3311808** |
| 7919 Greentree Road | **Invoice Date:** **8/20/2020** |
| Bethesda, MD 20817 | **Client Number:** **394378** |
| | **Matter Number:** **394378.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH July 31, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/20 | A. G. Mahfood | Review response to discovery deficiency letters from PPTT | 0.10 | 350.00 | 35.00 |
| 07/02/20 | A. G. Mahfood | Draft summary of requests for production of documents as modified by court orders and transmit to J. Manning and D. Steele; review privilege log from von Briesen and correspond re same w/ B. Funari; correspond w/ J. Worobij re processing von Briesen production; prepare for and participate in conference call re ████ ████ w/ J. Manning and D. Steele; correspond w/ B. Funari, opposing counsel, and J. Manning and D. Steele re document production and supplemental discovery responses; preliminary review of same | 2.00 | 350.00 | 700.00 |
| 07/02/20 | B.A. Funari | Draft deficiency letter to counsel for DPAD; preliminary review of supplemental responses and production; confer with A. Mahfood and clients regarding same. | 1.20 | 545.00 | 654.00 |
| 07/05/20 | A. G. Mahfood | Review PPTT's supplemental interrogatory responses and | 2.60 | 350.00 | 910.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | document production to determine whether to withdraw motion to compel and draft memorandum analyzing same; draft correspondence to B. Funari transmitting memorandum and outlining strategy for motion to compel; draft responses to requests for production of documents to all defendants, draft responses to interrogatories to DPAD, Manning, and Steele, and draft correspondence transmitting all of same to B. Funari | | | |
| 07/06/20 | A. G. Mahfood | Draft deficiency letter re supplemental discovery responses and document production and correspond re and discuss same w/ B. Funari; finalize same and transmit to opposing counsel | 0.70 | 350.00 | 245.00 |
| 07/06/20 | J.B. Worobij | Import PPTT production into Relativity, then provide FTP link for clients to upload documents at the request of A. Mahfood | 1.00 | 200.00 | 200.00 |
| 07/06/20 | B.A. Funari | Revise deficiency letter to counsel for DPAD; confer with A. Mahfood and opposing counsel regarding same. | 0.80 | 545.00 | 436.00 |
| 07/07/20 | A. G. Mahfood | Review correspondence from B. Funari and J. Lorek re stipulation to extend time to respond to motion to compel; review PPTT's response to motion to compel, discuss same w/ B. Funari, and draft | 0.60 | 350.00 | 210.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | correspondence to opposing counsel re same; review PPTT's amended initial disclosures | | | |
| 07/07/20 | B.A. Funari | Confer with opposing counsel regarding outstanding discovery deficiencies; receipt and analysis of opposition to motion to compel. | 0.80 | 545.00 | 436.00 |
| 07/08/20 | A. G. Mahfood | Discuss response in opposition to motion to compel w/ B. Funari; draft motion for leave to file reply brief in support of motion to compel; correspond and discuss same w/ B. Funari; prepare for filing of same; correspond w/ J. Manning re ▇▇▇▇▇ correspond w/ J. Manning and J. Worobij re additional document collection | 1.00 | 350.00 | 350.00 |
| 07/08/20 | B.A. Funari | Revise motion for leave to file reply brief; emails with client regarding discovery | 0.50 | 545.00 | 272.50 |
| 07/09/20 | J.B. Worobij | FTP download data from J. Manning, unzip file, analyze and then prepare/submit ticket for data to be processed for import into Relativity at the request of A. Mahfood | 1.00 | 200.00 | 200.00 |
| 07/09/20 | A. G. Mahfood | Review order granting motion for leave to file reply brief in support of motion to compel; correspond w/ J. Worobij and J. Manning re document collection | 0.10 | 350.00 | 35.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 07/10/20 | A. G. Mahfood | Correspond w/ J. Manning, J. Worobij, and B. Funari re ███████; draft reply brief in support of motion to compel and transmit to B. Funari | 1.70 | 350.00 | 595.00 |
| 07/11/20 | A. G. Mahfood | Review and code documents for responsiveness, confidentiality, and privilege in advance of production; correspond w/ J. Manning re ████; draft responses to von Briesen privilege log entries and transmit to B. Funari | 2.60 | 350.00 | 910.00 |
| 07/13/20 | A. G. Mahfood | Final review and revisions to reply brief in support of motion to compel per comments and revisions from B. Funari and transmit to J. Manning and D. Steele | 0.20 | 350.00 | 70.00 |
| 07/13/20 | T. A. Hages | Review prior filings in Wisconsin and Pennsylvania to support drafting of response to Plaintiff's claim of privilege, privilege log, and withholding of documents. | 2.10 | 300.00 | 630.00 |
| 07/13/20 | T. A. Hages | Draft response to Plaintiff's claim of privilege, privilege log, and withholding of documents. | 0.80 | 300.00 | 240.00 |
| 07/13/20 | T. A. Hages | Receive background of the case and assignment to prepare response to Plaintiff's claim of privilege, privilege log, and withholding of documents. | 0.70 | 300.00 | 210.00 |
| 07/13/20 | J.B. Worobij | FTP download client data, transfer to Relativity stagin | 0.80 | 200.00 | 160.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | area and then prepare/send processing instructions to Relativity operations team | | | |
| 07/14/20 | B.A. Funari | Finalize reply brief in support of motion to compel. | 0.20 | 545.00 | 109.00 |
| 07/14/20 | A. G. Mahfood | Finalize reply brief in support of motion to compel and exhibits to same; discuss same w/ B. Funari; prepare for filing of same; and internal correspondence re same; transmit filed version to J. Manning and D. Steele | 0.10 | 350.00 | 35.00 |
| 07/14/20 | T. A. Hages | Draft response to Plaintiff's claim of privilege, privilege log, and withholding of documents. | 9.40 | 300.00 | 2,820.00 |
| 07/15/20 | B.A. Funari | Confer with A. Mahfood re: supplemental discovery responses received from PPTT | 0.80 | 545.00 | 436.00 |
| 07/15/20 | T. A. Hages | Strategize with A. Mahfood regarding arguments to challenge plaintiff's claim of privilege. | 0.80 | 300.00 | 240.00 |
| 07/15/20 | T. A. Hages | Draft response to Plaintiff's claim of privilege , privilege log, and withholding of documents. | 0.50 | 300.00 | 150.00 |
| 07/15/20 | A. G. Mahfood | Review correspondence and supplemental discovery responses and document productions from J. Lorek; correspond w/ B. Funari and J. Worobij re same; draft and revise written response brief to privilege log and transmit to B. Funari | 2.20 | 350.00 | 770.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 07/16/20 | B.A. Funari | Review and comment on opposition to privilege designations; emails with clients regarding same. | 1.30 | 545.00 | 708.50 |
| 07/16/20 | T. A. Hages | Review and revise draft response to Plaintiff's claim of privilege, privilege log, and withholding of documents. | 1.20 | 300.00 | 360.00 |
| 07/16/20 | A. G. Mahfood | Correspond and discuss w/ B. Funari, J. Manning, and D. Steele re ███████████████, prepare for filing and service of same; correspond and discuss w/ B. Funari re response to supplemental discovery and document production from PPTT, revise draft response to same, and correspond w/ J. Lorek re same; review sur-reply brief in opposition to motion to compel; correspond w/ J. Manning and D. Steele re ████████████ | 1.30 | 350.00 | 455.00 |
| 07/16/20 | T. A. Hages | Confer with team regarding revisions and filing of response to Plaintiff's claim of privilege, privilege log, and withholding of documents. | 0.40 | 300.00 | 120.00 |
| 07/17/20 | A. G. Mahfood | Review and code documents for production in response to requests for production of documents | 0.60 | 350.00 | 210.00 |
| 07/18/20 | A. G. Mahfood | Continuing reviewing and | 2.60 | 350.00 | 910.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | coding documents for production in response to requests for production of documents and transmit Relativity link to production set to B. Funari; substantive review and revisions to revised drafts of Manning and Steele interrogatory responses and transmit to B. Funari, along with unrevised DPAD interrogatory responses and unrevised responses to requests for production of documents | | | |
| 07/20/20 | J.B. Worobij | Prepare/perform document production, then export and ftp to opposing counsel at the request of A. Mahfood | 1.50 | 200.00 | 300.00 |
| 07/20/20 | A. G. Mahfood | Finalize discovery responses, discuss same w/ B. Funari, and prepare for service of same; correspond and discuss w/ J. Worobij re document production and prepare for service of same | 0.70 | 350.00 | 245.00 |
| 07/20/20 | B.A. Funari | Review and revise discovery responses; confer with A. Mahfood regarding same; finalize and serve same. | 0.80 | 545.00 | 436.00 |
| 07/22/20 | A. G. Mahfood | Correspond w/ J. Lorek, J. Manning, D. Steele, and B. Funari re third party subpoena to Capstone/BRG | 0.10 | 350.00 | 35.00 |
| 07/22/20 | B.A. Funari | Receipt and analysis of emails from clients. | 0.30 | 545.00 | 163.50 |
| 07/23/20 | A. G. Mahfood | Review order denying motion to compel as moot and | 0.20 | 350.00 | 70.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | correspond w/ B. Funari re same; discuss strategy re additional discovery w/ B. Funari | | | |
| 07/24/20 | B.A. Funari | Receipt and analysis of order regarding motion to compel. | 0.30 | 545.00 | 163.50 |
| 07/28/20 | A. G. Mahfood | Review order adopting report and recommendation on motion to dismiss first amended complaint; discuss same w/ B. Funari | 0.20 | 350.00 | 70.00 |
| 07/29/20 | B.A. Funari | Prepare for and participate in conference call with clients regarding case status. | 1.00 | 545.00 | 545.00 |
| 07/29/20 | A. G. Mahfood | Prepare for and participate in conference call w/ B. Funari, J. Manning, and D. Steele re █████████████ begin drafting answer, affirmative defenses, and counterclaims to first amended complaint and discuss same w/ B. Funari; conduct legal research re litigation privilege and application to breach of contract claims | 3.40 | 350.00 | 1,190.00 |
| 07/30/20 | A. G. Mahfood | Review correspondence and proposed revisions to counterclaims from J. Manning and discuss same w/ B. Funari | 0.10 | 350.00 | 35.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 07/30/20 | B.A. Funari | Confer with A. Mahfood regarding document production, answer and counterclaims. | 0.50 | 545.00 | 272.50 |
| 07/31/20 | J.B. Worobij | FTP data to J. Manning and D. Steele at the request of A. Mahfood | 0.40 | 200.00 | 80.00 |
| 07/31/20 | A. G. Mahfood | Review document production from EQT and correspond w/ J. Manning, D. Steele, and J. Worobij re ■■■■ | 0.60 | 350.00 | 210.00 |
| 07/31/20 | B.A. Funari | Confer with A. Mahfood and clients regarding EQT document production. | 0.80 | 545.00 | 436.00 |
| **Totals** | | | **53.60** | | **19,073.50** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Brad A. Funari | 9.30 hrs @ $ | 545.00 / hr | 5,068.50 |
| Alex G. Mahfood | 23.70 hrs @ $ | 350.00 / hr | 8,295.00 |
| Ted A. Hages | 15.90 hrs @ $ | 300.00 / hr | 4,770.00 |
| John B. Worobij | 4.70 hrs @ $ | 200.00 / hr | 940.00 |
| **Total Professional Services** | | | **19,073.50** |

**DISBURSEMENTS AND OTHER CHARGES**

| Date | Description | Amount |
|------|-------------|--------|
| | Data Hosting Fee | 27.52 |
| | ESI Data Filtering/ECA | 6.02 |
| | ESI Data Processing | 28.38 |



Driving progress
through partnership

Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Description | Amount |
|---|---|---|
| | User Fee | 75.00 |
| | **Total Expenses and Other Charges** | **136.92** |

**INVOICE SUMMARY**

| | | | |
|---|---|---|---|
| Total Fees | | $ | 19,073.50 |
| Total Expenses and Other Charges | | $ | 136.92 |
| **TOTAL CURRENT INVOICE DUE** | | **$** | **19,210.42** |
| **Total Amount Due** | | **$** | **19,210.42** |

File No. 394378.60001       Invoice No. 3311808       Page 10



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| DPAD Group, LLC | Invoice Number: **3320830** |
| 7919 Greentree Road | Invoice Date: **9/17/2020** |
| Bethesda, MD 20817 | Client Number: **394378** |
| | Matter Number: **394378.60001** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees...............................................................................$     12,346.50

Total Current Expenses and Other Charges .....................................$      2,374.10

**Total Due This Invoice:**                          **$     14,720.60**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3320830** |
| Invoice Date: | **9/17/2020** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance |
|---|---|---|---|---|
| 08/20/20 | 3311808 | 19,210.42 | 0.00 | 19,210.42 |

**Total Unpaid Balance Previously Billed**      $     19,210.42

According to our records, the above invoices previously billed on this matter, remain unpaid. Please review your records and remit payment for any of these previously submitted invoices, which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3320830** |
| Invoice Date: | **9/17/2020** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees..............................................................................$      12,346.50

Total Current Expenses and Other Charges ......................................$      2,374.10

**Total Due This Invoice:**      **$      14,720.60**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**

Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630



ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3320830** |
| Invoice Date: | **9/17/2020** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH August 31, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/03/20 | A. G. Mahfood | Discuss potential counterclaims and electronic files from Eckert Seamans w/ B. Funari and conduct internal research re same; draft correspondence to J. Lorek re electronic files from Eckert Seamans and transmit to B. Funari | 0.30 | 350.00 | 105.00 |
| 08/03/20 | J.B. Worobij | Transfer files to Relativity staging area, build load file, load data into Relativity and notify A. Mahfood | 0.70 | 200.00 | 140.00 |
| 08/04/20 | B.A. Funari | Confer with A. Mahfood regarding answer and counterclaims; review client comments regarding same. | 0.50 | 545.00 | 272.50 |
| 08/06/20 | A. G. Mahfood | Discuss alternative counterclaims w/ B. Funari; continue drafting answer, affirmative defenses, and counterclaims to the first amended complaint, conduct legal research for same, and transmit same to B. Funari | 3.30 | 350.00 | 1,155.00 |
| 08/07/20 | A. G. Mahfood | Discuss answer, affirmative defenses, and counterclaims to FAC w/ B. Funari; review and incorporate revisions to same from B. Funari; transmit | 1.00 | 350.00 | 350.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | and summarize same to J. Manning and D. Steele; correspond w/ B. Funari and J. Lorek re discovery deficiencies | | | |
| 08/07/20 | B.A. Funari | Confer with A. Mahfood regarding answer and counterclaims; revise same; review client comments regarding same; email correspondence with opposing counsel regarding discovery issues. | 1.50 | 545.00 | 817.50 |
| 08/10/20 | A. G. Mahfood | Review PPTT's discovery deficiency letter and correspondence re same from B. Funari and J. Lorek; review third supplemental objections and responses to discovery requests, supplemental document production, and correspondence from J. Lorek re same | 0.20 | 350.00 | 70.00 |
| 08/11/20 | B.A. Funari | Finalize and file answer and counterclaims; correspondence with opposing counsel regarding discovery issues and scheduling meet and confer. | 0.80 | 545.00 | 436.00 |
| 08/11/20 | A. G. Mahfood | Correspond w/ B. Funari, J. Manning, and internally re filing and service of answer, affirmative defenses, and counterclaims to first amended complaint; review PPTT's phase two initial disclosures | 0.10 | 350.00 | 35.00 |
| 08/11/20 | T.A. Licata | Assist with assembly and filing of answer, counterclaim | 1.00 | 310.00 | 310.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | and affirmative defenses to first amended complaint. | | | |
| 08/13/20 | B.A. Funari | Prepare for and attend meet and confer with PPTE counsel re: various discovery disputes; receipt and analysis of correspondence from PPTT's counsel re: same; confer with A. Mahfood re: response to same. | 1.80 | 545.00 | 981.00 |
| 08/13/20 | A. G. Mahfood | Discuss meet and confer conference call w/ B. Funari and prepare for same; participate in meet and confer conference call w/ B. Funari and opposing counsel; review PPTT's reply in support of motion to quash in W.D. Wis. and discuss same w/ B. Funari; review letter from J. Lorek summarizing meet and confer and asserting deficiencies w/ categorization of documents under Rule 34; conduct legal research █████ ████████████; draft response e-mail and discuss same w/ B. Funari | 1.80 | 350.00 | 630.00 |
| 08/14/20 | B.A. Funari | Revise letter to PPTE counsel re: various discovery disputes; confer with A. Mahfood re: response to same. | 1.20 | 545.00 | 654.00 |
| 08/14/20 | A. G. Mahfood | Draft formal letter in response to letter from J. Lorek re meet and conference call and transmit to B. Funari; revise same per comments and revisions from B. Funari; discuss same w/ B. Funari | 0.90 | 350.00 | 315.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 08/17/20 | A. G. Mahfood | Review response to August 14, 2020 letter from J. Lorek, correspond and discuss same w/ B. Funari; draft notice of lawsuit and request for waiver of service of summons and waiver of service of summons, transmit same to opposing counsel | 0.70 | 350.00 | 245.00 |
| 08/19/20 | A. G. Mahfood | Review PPTT's motion to compel; discuss same w/ B. Funari; summarize and transmit same to J. Manning and D. Steele; review order setting deadline to respond to PPTT's motion to compel and correspond w/ J. Manning and D. Steele re ▮▮▮▮; research and draft brief in opposition to PPTT's motion to compel and transmit to B. Funari; correspond w/ J. Worobij re technical aspects of document production | 3.00 | 350.00 | 1,050.00 |
| 08/19/20 | B.A. Funari | Receipt and analysis of PPTT's motion to compel. | 0.80 | 545.00 | 436.00 |
| 08/20/20 | A. G. Mahfood | Correspond w/ J. Worobij re technical aspects of document production and revise brief in opposition to PPTT's motion to compel per same; correspond and discuss same w/ B. Funari; discuss and correspond re ▮▮▮▮▮▮▮▮▮ w/ B. Funari, J. Manning, and D. Steele; revise brief in opposition to motion to compel per comments and revisions from B. Funari; | 2.40 | 350.00 | 840.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | internal correspondence re filing same; correspond w/ J. Manning and D. Steele re ███████ █████████ review motion for leave to file reply brief in support of motion to compel; discuss same w/ B. Funari; draft brief in opposition to same; revise same per comments and revisions from B. Funari; file same | | | |
| 08/20/20 | B.A. Funari | Receipt and analysis of PPTT's motion for leave to file reply in support motion to compel; confer with A. Mahfood regarding same; revise opposition to same. | 0.80 | 545.00 | 436.00 |
| 08/21/20 | A. G. Mahfood | Draft confidential mediation statement, correspond w/ B. Funari and J. Manning re ████, and transmit to B. Funari; review reply brief in support of motion to compel and discuss same w/ B. Funari; correspond w/ opposing counsel re waiver of service and file same | 3.00 | 350.00 | 1,050.00 |
| 08/24/20 | J.B. Worobij | Transfer opposition document production to Relativity staging and import into Relativity at the request of A. Mahfood | 0.50 | 200.00 | 100.00 |
| 08/26/20 | B.A. Funari | Revise mediation statement; confer with A. Mahfood regarding. | 0.80 | 545.00 | 436.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 08/26/20 | A. G. Mahfood | Discuss confidential mediation statement w/ B. Funari; revise same per comments and revisions from B. Funari; correspond w/ J. Manning and D. Steele re ▮▮▮▮▮ | 0.30 | 350.00 | 105.00 |
| 08/27/20 | A. G. Mahfood | Review revisions to confidential mediation statement from J. Manning; correspond w/ B. Funari, J. Manning, and D. Steele re ▮▮▮▮▮ | 0.10 | 350.00 | 35.00 |
| 08/28/20 | A. G. Mahfood | Review opinion and order on motion to quash subpoena in W.D. Wis.; correspond w/ B. Funari, J. Manning, and D. Steele re same; discuss strategy re ▮▮▮ w/ B. Funari; internal correspondence re mediation; prepare for and participate in conference call w/ B. Funari, J. Manning, and D. Steele re ▮▮▮▮▮ incorporate revisions to confidential mediation statement from J. Manning and compile exhibits to same | 1.50 | 350.00 | 525.00 |
| 08/28/20 | B.A. Funari | Receipt and analysis of decision from Wisconsin District Court; confer with clients and A. Mahfood regarding ▮▮▮▮. | 1.50 | 545.00 | 817.50 |
| **Totals** | | | **30.50** | | **12,346.50** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brad A. Funari | 9.70 hrs @ $ | 545.00 / hr | 5,286.50 |
| Alex G. Mahfood | 18.60 hrs @ $ | 350.00 / hr | 6,510.00 |
| Tara A. Licata | 1.00 hrs @ $ | 310.00 / hr | 310.00 |
| John B. Worobij | 1.20 hrs @ $ | 200.00 / hr | 240.00 |
| **Total Professional Services** | | | **12,346.50** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | | Amount |
|---|---|---|---|
| | Data Hosting Fee | | 29.34 |
| | Duplicating/Printing/Scanning | 112.00 @ 0.15 | 16.80 |
| | User Fee | | 75.00 |
| | Westlaw | | 52.96 |
| 09/10/2020 | CAROLE KATZ LLC - LEGAL SERVICES Mediation services rendered by Carole Katz. | | 2,200.00 |
| | **Total Expenses and Other Charges** | | **2,374.10** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 12,346.50 |
| Total Expenses and Other Charges | $ | 2,374.10 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **14,720.60** |
| **Total Amount Due** | **$** | **14,720.60** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3320830** |
| Invoice Date: | **9/17/2020** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3329560** |
| Invoice Date: | **10/11/2020** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees...............................................................................$    40,583.50

Total Current Expenses and Other Charges .....................................$        405.50

**Total Due This Invoice:**                    **$        40,989.00**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3329560** |
| Invoice Date: | **10/11/2020** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/Credits | Balance |
|---|---|---|---|---|
| 08/20/20 | 3311808 | 19,210.42 | 0.00 | 19,210.42 |
| 09/17/20 | 3320830 | 14,720.60 | 0.00 | 14,720.60 |

**Total Unpaid Balance Previously Billed** $ 33,931.02

According to our records, the above invoices previously billed on this matter, remain unpaid. Please review your records and remit payment for any of these previously submitted invoices, which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3329560** |
| Invoice Date: | **10/11/2020** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees................................................................................$     40,583.50

Total Current Expenses and Other Charges ....................................$          405.50

**Total Due This Invoice:**                                              **$     40,989.00**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3329560** |
| Invoice Date: | **10/11/2020** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH September 30, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/01/20 | B.A. Funari | Finalize and serve mediation statement; draft and serve settlement demand: receipt and analysis of PPTT's answer to counterclaims. | 1.80 | 545.00 | 981.00 |
| 09/01/20 | A. G. Mahfood | Correspond and discuss confidential mediation statement w/ B. Funari; correspond w/ B. Funari, internally, opposing counsel, and mediator re procedure for mediation; revise draft settlement demand and transmit to B. Funari | 0.20 | 350.00 | 70.00 |
| 09/02/20 | B.A. Funari | Receipt of Urish Popeck documents in response to subpoena; coordinate mediation. | 0.50 | 545.00 | 272.50 |
| 09/02/20 | J.B. Worobij | FTP download 3rd party production and analyze files, then prepare/submit for processing at the request of A. Mahfood | 0.80 | 200.00 | 160.00 |
| 09/02/20 | J.B. Worobij | Export UP 3rd party documents and ftp to clients at the request of A. Mahfood | 0.60 | 200.00 | 120.00 |
| 09/02/20 | A. G. Mahfood | Discuss discovery and deposition strategy w/ B. Funari; review Urish Popeck's document production and | 1.70 | 350.00 | 595.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | correspond re ███████ ███ w/ J. Manning and D. Steele; draft deposition subpoena to R. Trachtenberg and exhibits; draft notice of intent to serve deposition subpoena to R. Tracthenberg; draft PPTT deposition notice; begin drafting second set of interrogatories and requests for production of documents | | | |
| 09/03/20 | A. G. Mahfood | Review correspondence from court re appointment of special master; correspond w/ J. Manning re ████ ████ | 0.20 | 350.00 | 70.00 |
| 09/03/20 | J.B. Worobij | FTP download 3rd party production and analyze files, then prepare/submit for processing at the request of A. Mahfood | 0.80 | 200.00 | 160.00 |
| 09/03/20 | B.A. Funari | A analysis of emails produced by PPTT Prussia this to subpoena. | 0.50 | 545.00 | 272.50 |
| 09/04/20 | J.B. Worobij | Export UP 3rd party documents and FTP to clients at the request of A. Mahfood | 0.60 | 200.00 | 120.00 |
| 09/04/20 | A. G. Mahfood | Review additional documents from Urish Popeck and correspond w/ J. Worobij, J. Manning, and D. Steele re ████████ ; participate in ████████ call w/ B. Funari, J. Manning, and D. Steele; draft summary of ████████████ and send to B. Funari w/ additional relevant documents | 1.80 | 350.00 | 630.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 09/04/20 | B.A. Funari | Prepare for mediation; conference call with clients regarding same. | 1.80 | 545.00 | 981.00 |
| 09/08/20 | A. G. Mahfood | Prepare for and participate in mediation; finalize and serve notice of intent to serve subpoena on R. Trachtenberg and subpoena on R. Trachtenberg; correspond w/ B. Funari re same | 8.00 | 350.00 | 2,800.00 |
| 09/08/20 | B.A. Funari | Prepare for and attend mediation; call with R. Trachtenberg regarding deposition; finalize subpoena regarding same. | 8.50 | 545.00 | 4,632.50 |
| 09/09/20 | B.A. Funari | Draft additional discovery requests; call with E. Grail regarding service as special master; confer with opposing counsel regarding same; receipt of acceptance of service from R. Trachtenberg. | 1.50 | 545.00 | 817.50 |
| 09/09/20 | A. G. Mahfood | Discuss corporate representative deposition notice per comments and revisions from B. Funari; revise per same; draft and revise additional requests for production of documents; revise same per comments from J. Manning and transmit revised draft to B. Funari | 0.80 | 350.00 | 280.00 |
| 09/10/20 | B.A. Funari | Confer with opposing counsel regarding special master selection; confer with clients regarding same. | 0.80 | 545.00 | 436.00 |
| 09/10/20 | A. G. Mahfood | Correspond and discuss w/ B. Funari and opposing counsel | 0.20 | 350.00 | 70.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | re special master selection | | | |
| 09/11/20 | B.A. Funari | Finalize special master selection; emails with counsel and court regarding same. | 0.50 | 545.00 | 272.50 |
| 09/15/20 | B.A. Funari | Conference with team regarding deposition scheduling and preparation. | 0.50 | 545.00 | 272.50 |
| 09/15/20 | A. G. Mahfood | Discuss depositions w/ B. Funari; correspond w/ von Briesen re remaining documents responsive to subpoena; correspond and discuss w/ B. Funari re strategy for motion to enforce in W.D. Wis. | 0.40 | 350.00 | 140.00 |
| 09/16/20 | A. G. Mahfood | Research and draft motion to enforce order and transmit to B. Funari; revise per comments and revisions from B. Funari; finalize and file same; review order appointing special master; discuss same w/ B. Funari; correspond re ▇▇▇▇ ▇▇▇▇ w/ J. Manning and D. Steele; review order granting motion to enforce and correspond w/ B. Funari, J. Manning, and D. Steele re ▇▇▇ | 1.40 | 350.00 | 490.00 |
| 09/17/20 | B.A. Funari | Receipt and analysis of motion for protective order; confer with A. Mahfood regarding response to same; emails with opposing counsel regarding same; review and analysis of case law and authorities cited in PPTT's | 2.50 | 545.00 | 1,362.50 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | motion. | | | |
| 09/17/20 | A. G. Mahfood | Review motion for protective order; discuss same w/ B. Funari; draft bullet point summary of talking points for meet and confer call w/ J. Russell and D. Willis; research and draft brief in opposition to motion for protective order; transmit same to B. Funari; prepare exhibits to same | 4.60 | 350.00 | 1,610.00 |
| 09/18/20 | A. G. Mahfood | Prepare for and participate in meet and confer conference call w/ B. Funari and opposing counsel re motion for protective order; discuss brief in opposition to motion for protective order w/ B. Funari; review and revise same per comments and revisions from B. Funari; file brief in opposition; transmit and summarize same for J. Manning and D. Steele; review PPTT's reply in support of motion for protective order and correspond and discuss w/ B. Funari re same | 1.60 | 350.00 | 560.00 |
| 09/18/20 | B.A. Funari | Conduct meet and confer with opposing counsel; revise opposition to motion for protective order; review and analysis of PPTT's reply brief. | 2.30 | 545.00 | 1,253.50 |
| 09/23/20 | J.B. Worobij | Transfer Von Briesen production documents to Relativity staging and import at the request of A. Mahfood | 1.50 | 200.00 | 300.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 09/23/20 | J.B. Worobij | Create saved search of Trachtenberg documents at the request of A. Mahfood | 0.30 | 200.00 | 60.00 |
| 09/23/20 | A. G. Mahfood | Begin reviewing documents for deposition of R. Trachtenberg; begin drafting outline for same; correspond w/ B. Funari and J. Russell re incompleteness of document production; correspond w/ J. Worobij re document production and deposition preparation matters; review von Briesen filing re producing third party communications; review additional redacted document production from von Briesen; correspond w/ J. Manning and D. Steele re ▮▮▮ | 3.00 | 350.00 | 1,050.00 |
| 09/23/20 | B.A. Funari | Prepare for Trachtenberg deposition. | 3.80 | 545.00 | 2,071.00 |
| 09/24/20 | J.B. Worobij | Transfer Von Briesen production documents to Relativity staging and import at the request of A. Mahfood | 0.50 | 200.00 | 100.00 |
| 09/24/20 | A. G. Mahfood | Finish drafting outline for deposition of R. Trachtenberg and transmit to B. Funari; review report and recommendation from special master on motion to compel and correspond w/ B. Funari, J. Manning, and D. Steele re ▮▮▮ | 4.00 | 350.00 | 1,400.00 |
| 09/24/20 | B.A. Funari | Receipt and analysis of report and recommendation denying PPTT's motion to compel. | 0.40 | 545.00 | 218.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 09/25/20 | A. G. Mahfood | Discuss R. Trachtenberg deposition and exhibits and strategy for same w/ B. Funari; conduct legal research re whether filing a motion for protective order by party stays deposition of non-objecting non-party; correspond w/ B. Funari and D. Willis re deposition of P. Sweet and R. Trachtenberg | 0.80 | 350.00 | 280.00 |
| 09/25/20 | B.A. Funari | Prepare for Trachtenberg and Sweet depositions. | 5.60 | 545.00 | 3,052.00 |
| 09/27/20 | B.A. Funari | Prepare for Trachtenberg deposition and travel to Wisconsin for same. | 4.80 | 545.00 | 2,616.00 |
| 09/28/20 | J.B. Worobij | Transfer Shell third party production documents to Relativity staging and import at the request of A. Mahfood | 0.70 | 200.00 | 140.00 |
| 09/28/20 | B.A. Funari | Prepare for and attend Trachtenberg deposition. | 8.30 | 545.00 | 4,523.50 |
| 09/28/20 | A. G. Mahfood | Discuss strategy for deposition of R. Trachtenberg and outline and exhibits for same w/ B. Funari | 0.20 | 350.00 | 70.00 |
| 09/29/20 | B.A. Funari | Return travel from Trachtenberg deposition; receipt and analysis of motion for protective order; multiple calls with clients, opposing counsel and A. Mahfood regarding discovery dispute; prepare for conference with Judge Stickman. | 6.30 | 545.00 | 3,433.50 |
| 09/29/20 | A. G. Mahfood | Review motion for stay and protective order; discuss same and deposition strategy | 1.30 | 350.00 | 455.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | w/ B. Funari; correspond re ▪▪▪ w/ J. Manning, D. Steele, B. Funari, and opposing counsel; draft outline for hearing on same and transmit to B. Funari | | | |
| 09/30/20 | A. G. Mahfood | Discuss hearing on motion for stay and protective order w/ B. Funari; review minute entry and order re same; preliminary review of answer to counterclaims from P. Sweet and correspond re same w/ B. Funari; review correspondence re extension of discovery from opposing counsel and discuss and correspond re same w/ B. Funari; review motion to amend case management order; discuss same w/ B. Funari; correspond re same w/ B. Funari, opposing counsel, and Court | 1.00 | 350.00 | 350.00 |
| 09/30/20 | B.A. Funari | Prepare for and participate in conference with Judge Stickman; calls with D. Willis in advance of conference; receipt and analysis of PPTT's Motion to Amend CMO and Sweet's Answer; confer with A. Mahfood regarding same. | 1.90 | 545.00 | 1,035.50 |
| **Totals** | | | **89.30** | | **40,583.50** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|-----------|-------|------|-------|
| | | | |



Driving progress through partnership

Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brad A. Funari | 52.30 hrs @ $ | 545.00 / hr | 28,503.50 |
| Alex G. Mahfood | 31.20 hrs @ $ | 350.00 / hr | 10,920.00 |
| John B. Worobij | 5.80 hrs @ $ | 200.00 / hr | 1,160.00 |
| **Total Professional Services** | | | **40,583.50** |

**DISBURSEMENTS AND OTHER CHARGES**

| Date | Description | | Amount |
|---|---|---|---|
| | Data Hosting Fee | | 30.58 |
| | Duplicating/Printing/Scanning | 1,491.00 @ 0.15 | 223.65 |
| | ESI Data Filtering/ECA | | 0.21 |
| | ESI Data Processing | | 1.06 |
| | User Fee | | 150.00 |
| | **Total Expenses and Other Charges** | | **405.50** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 40,583.50 |
| Total Expenses and Other Charges | $ | 405.50 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **40,989.00** |
| **Total Amount Due** | **$** | **40,989.00** |

File No. 394378.60001     Invoice No. 3329560     Page 9



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC  
7919 Greentree Road  
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3336695** |
| Invoice Date: | **11/6/2020** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees.................................................................................$     32,949.00

Total Current Expenses and Other Charges .....................................$      2,508.49

**Total Due This Invoice:**                                              **$      35,457.49**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3336695** |
| Invoice Date: | **11/6/2020** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees................................................................................$    32,949.00

Total Current Expenses and Other Charges .....................................$    2,508.49

**Total Due This Invoice:**      **$    35,457.49**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3336695** |
| Invoice Date: | **11/6/2020** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH October 31, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/20 | A. G. Mahfood | Correspond w/ opposing counsel, B. Funari, and Court re motion to amend case management order; review order setting response deadline to same; research, draft, and revise brief in opposition to motion to amend case management order; transmit same to B. Funari; discuss same w/ B. Funari; finalize and file same; discuss meet and confer on motion to amend case management order w/ B. Funari | 3.50 | 350.00 | 1,225.00 |
| 10/01/20 | B.A. Funari | Meet and confer with R. Hannen in advance of filing opposition to PPTT's Motion to Amend CMO and Sweet's Answer; confer with A. Mahfood regarding same; revise and file same. | 0.80 | 545.00 | 436.00 |
| 10/02/20 | A. G. Mahfood | Review report and recommendation on motion to amend case management order; discuss same, possible objections, and next steps re discovery w/ B. Funari | 0.30 | 350.00 | 105.00 |
| 10/02/20 | B.A. Funari | Receipt and analysis of Report and Recommendation | 0.80 | 545.00 | 436.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | regarding PPTT's Motion to Amend CMO and Sweet's Answer; confer with A. Mahfood regarding same. | | | |
| 10/05/20 | A. G. Mahfood | Correspond w/ J. Manning and D. Steele re ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ correspond w/ B. Funari, opposing counsel, and internally re Ridge Global production and additional discovery; discuss discovery plan and strategy w/ B. Funari | 0.60 | 350.00 | 210.00 |
| 10/06/20 | J. Worobij | Image/OCR 3rd party production files in Relativity | 0.50 | 200.00 | 100.00 |
| 10/06/20 | J. Worobij | Organize 3rd party production files, build load file and import into Relativity at the request of A. Mahfood | 3.50 | 200.00 | 700.00 |
| 10/06/20 | A. G. Mahfood | Draft amended notices of deposition; correspond w/ B. Funari and internally re same; finalize and serve same | 0.30 | 350.00 | 105.00 |
| 10/06/20 | J. Worobij | Generate saved search of Sweet documents and create review tag at the request of A. Mahfood | 0.50 | 200.00 | 100.00 |
| 10/07/20 | J. Worobij | Bulk untag select documents at the request of A. Mahfood and send updated information | 0.70 | 200.00 | 140.00 |
| 10/07/20 | A. G. Mahfood | Review Ridge Global documents and code same; review and compile documents for use as exhibits in PPTT/Sweet deposition; draft outline for same and transmit to B. Funari | 4.10 | 350.00 | 1,435.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 10/08/20 | A. G. Mahfood | Participate in conference call w/ B. Funari, J. Manning, and D. Steele re ███████ ████████ update PPTT/Sweet deposition outline per same conference call | 1.30 | 350.00 | 455.00 |
| 10/09/20 | B.A. Funari | Prepare for PPTT and Sweet depositions. | 3.50 | 545.00 | 1,907.50 |
| 10/09/20 | A. G. Mahfood | Discuss PPTT/Sweet deposition and exhibits to same w/ B. Funari and internally; continue compiling exhibits for same; draft second amended notices of deposition and transmit to opposing counsel | 0.50 | 350.00 | 175.00 |
| 10/12/20 | B.A. Funari | Prepare for P. Sweet and PPTT depositions; confer with A. Mahfood regarding same. | 8.20 | 545.00 | 4,469.00 |
| 10/12/20 | A. G. Mahfood | Correspond and discuss w/ B. Funari, J. Worobij, and internally re preparation of exhibits for PPTT/Sweet deposition; correspond w/ J. Manning and D. Steele re ████████ ████████ discuss deposition topics and strategy w/ B. Funari | 0.60 | 350.00 | 210.00 |
| 10/12/20 | J. Worobij | Export select documents from Relativity, zip up files and ftp to vendor Array for document blowback work at the request of B. Funari | 0.80 | 200.00 | 160.00 |
| 10/13/20 | B.A. Funari | Prepare for and depose P. | 11.60 | 545.00 | 6,322.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | Sweet and PPTT; prepare for day two of deposition; preliminary review of documents produced at deposition. | | | |
| 10/14/20 | J. Worobij | Transfer opposition production to Relativity staging and import into Relativity workspace at the request of A. Mahfood | 1.60 | 200.00 | 320.00 |
| 10/14/20 | B.A. Funari | Prepare for and finish deposition of P. Sweet and PPTT. | 10.80 | 545.00 | 5,886.00 |
| 10/15/20 | B.A. Funari | Receipt and analysis of new discovery requests from PPTT; confer with A. Mahfood regarding same. | 0.80 | 545.00 | 436.00 |
| 10/19/20 | B.A. Funari | Deposition scheduling; review 30b6 notice topics; confer with A. Mahfood and clients regarding same. | 0.80 | 545.00 | 436.00 |
| 10/19/20 | A. G. Mahfood | Preliminary review of DPAD corporate representative deposition notice; correspond re ███ w/ B. Funari, J. Manning, and D. Steele; discuss same w/ B. Funari | 0.20 | 350.00 | 70.00 |
| 10/20/20 | A. G. Mahfood | Discuss deposition strategy w/ B. Funari; correspond re ███████ w/ J. Manning, D. Steele, and B. Funari | 0.10 | 350.00 | 35.00 |
| 10/21/20 | A. G. Mahfood | Correspond w/ J. Manning and D. Steele re ███████ ████████ | 0.20 | 350.00 | 70.00 |
| 10/21/20 | B.A. Funari | Receipt and analysis of | 1.80 | 545.00 | 981.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | document requests; confer with clients regarding same; review earlier requests for responding to same. | | | |
| 10/22/20 | A. G. Mahfood | Participate in conference call w/ B. Funari, J. Manning, and D. Steele re ███████ ███████ | 0.50 | 350.00 | 175.00 |
| 10/22/20 | B.A. Funari | Emails with opposing counsel regarding deposition scheduling and third party subpoenas; call with clients regarding ████ | 1.10 | 545.00 | 599.50 |
| 10/23/20 | B.A. Funari | Emails with opposing counsel regarding deposition scheduling and third party subpoenas; call with clients regarding ████. | 0.60 | 545.00 | 327.00 |
| 10/26/20 | A. G. Mahfood | Discuss Hershey witness interview w/ B. Funari; draft correspondence to J. Turoff and transmit to B. Funari | 0.40 | 350.00 | 140.00 |
| 10/27/20 | B.A. Funari | Emails with opposing counsel regarding deposition scheduling and third party subpoenas; call with clients regarding ████ telephone calls with Tom Santone and Tom Terry; confer with A. Mahfood regarding same. | 1.30 | 545.00 | 708.50 |
| 10/27/20 | A. G. Mahfood | Discuss T. Terry conversation w/ B. Funari; discuss possibility of declaration or deposition; review discovery materials for references to T. Terry; conduct legal research re ████████ | 2.10 | 350.00 | 735.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | ▮▮▮▮▮▮ summarize same legal research, and transmit to B. Funari | | | |
| 10/28/20 | B.A. Funari | Analysis of most recent document requests served on DPAD; review correspondence between PPTT and Ridge Global; telephone conferences with T. Santone and K. Gallagher. | 1.80 | 545.00 | 981.00 |
| 10/28/20 | A. G. Mahfood | Discuss T. Terry declaration and/or deposition, plaintiffs' third-party depositions, and depositions of J. Manning and D. Steele w/ B. Funari; reviewing correspondence between D. Willis and B. Funari re same | 0.50 | 350.00 | 175.00 |
| 10/29/20 | B.A. Funari | Meet and confer with opposing counsel regarding discovery disputes and deposition dates; emails regarding introduction to James Turoff at Hershey. | 1.50 | 545.00 | 817.50 |
| 10/29/20 | A. G. Mahfood | Discuss and correspond re depositions and third-party subpoenas w/ B. Funari; prepare for and participate in meet and confer conference call w/ B. Funari and opposing counsel re depositions and third-party subpoenas | 0.80 | 350.00 | 280.00 |
| 10/30/20 | B.A. Funari | Conference call with clients regarding ▮▮▮▮▮▮; multiple emails with clients and opposing counsel | 1.80 | 545.00 | 981.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | regarding ███████████; emails with T. Terry | | | |
| 10/30/20 | A. G. Mahfood | Preliminary review of documents provided by D. Willis; discuss same w/ B. Funari; correspond re ████ w/ J. Manning, D. Steele, B. Funari, and internally | 0.30 | 350.00 | 105.00 |
| **Totals** | | | **71.10** | | **32,949.00** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Brad A. Funari | 47.20 hrs @ $ | 545.00 / hr | 25,724.00 |
| Alex G. Mahfood | 16.30 hrs @ $ | 350.00 / hr | 5,705.00 |
| John Worobij | 7.60 hrs @ $ | 200.00 / hr | 1,520.00 |
| **Total Professional Services** | | | **32,949.00** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Data Hosting Fee | | 53.15 |
| | Duplicating/Printing/Scanning | 220.00 @ 0.15 | 33.00 |
| | User Fee | | 150.00 |
| 09/08/2020 | Brad A. Funari - Parking - VENDOR: Brad A. Funari, Sep 08, 2020, Parking for mediation | | 22.00 |
| 09/21/2020 | Brad A. Funari - Travel Agent Fee - VENDOR: Brad A. Funari, Sep 21, 2020, Attend deposition in Wisonsin | | 41.00 |
| 09/21/2020 | Brad A. Funari - Airfare - VENDOR: Brad A. Funari, Sep 21, 2020, Attend deposition in Wisonsin | | 577.20 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

| Date | Description | Amount |
|------|-------------|--------|
| 09/22/2020 | Brad A. Funari - Parking - VENDOR: Brad A. Funari, Sep 22, 2020, Attend deposition in Wisonsin | 22.00 |
| 09/25/2020 | Brad A. Funari - Parking - VENDOR: Brad A. Funari, Sep 25, 2020, Parking for preparation for Wisconsin deposition | 22.00 |
| 09/27/2020 | Brad A. Funari - Uber - VENDOR: Brad A. Funari, Sep 27, 2020, Attend deposition in Wisonsin | 15.39 |
| 09/28/2020 | Brad A. Funari - Uber - VENDOR: Brad A. Funari, Sep 28, 2020, Attend deposition in Wisonsin | 21.83 |
| 09/28/2020 | Brad A. Funari - Uber - VENDOR: Brad A. Funari, Sep 28, 2020, Attend deposition in Wisonsin | 19.80 |
| 09/28/2020 | Brad A. Funari - Business Travel - Dinner - VENDOR: Brad A. Funari, Sep 28, 2020, TORNADO STEAKHOUSE Brad A. Funari | 43.69 |
| 09/28/2020 | Brad A. Funari - Business Travel - Breakfast - VENDOR: Brad A. Funari, Sep 28, 2020, Attend deposition in Wisonsin Brad A. Funari | 11.50 |
| 09/28/2020 | Brad A. Funari - Airfare - VENDOR: Brad A. Funari, Sep 28, 2020, Attend deposition in Wisonsin | 83.00 |
| 09/29/2020 | Brad A. Funari - Uber - VENDOR: Brad A. Funari, Sep 29, 2020, Attend deposition in Wisonsin | 16.40 |
| 09/29/2020 | Brad A. Funari - Parking - VENDOR: Brad A. Funari, Sep 29, 2020, Attend deposition in Wisonsin | 32.00 |
| 09/29/2020 | Brad A. Funari - Mileage - VENDOR: Brad A. Funari, Sep 29, 2020, Attend deposition in Wisonsin | 43.19 |
| 09/29/2020 | Brad A. Funari - Hotel - Lodging - VENDOR: Brad A. Funari, Sep 29, 2020, Attend deposition in Wisonsin | 157.08 |
| 09/29/2020 | Brad A. Funari - Business Travel - Dinner - VENDOR: Brad A. Funari, Sep 29, 2020, Attend deposition in Wisonsin Brad A. Funari | 50.26 |
| 09/30/2020 | Brad A. Funari - Hotel - Lodging - VENDOR: Brad A. Funari, Sep 30, 2020, Attend deposition in Wisonsin | 149.00 |
| 10/20/2020 | U.S. LEGAL SUPPORT - DEPOSITION EXPENSE Trachtenburg video | 945.00 |
| | **Total Expenses and Other Charges** | **2,508.49** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 32,949.00 |
| Total Expenses and Other Charges | $ | 2,508.49 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **35,457.49** |
| **Total Amount Due** | **$** | **35,457.49** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3350002** |
| Invoice Date: | **12/9/2020** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees.................................................................................$     57,592.00

Total Current Expenses and Other Charges ......................................$     12,059.87

**Total Due This Invoice:**                                     **$     69,651.87**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| DPAD Group, LLC | Invoice Number: **3350002** |
| 7919 Greentree Road | Invoice Date: **12/9/2020** |
| Bethesda, MD 20817 | Client Number: **394378** |
| | Matter Number: **394378.60001** |

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance |
|---|---|---|---|---|
| 11/06/20 | 3336695 | 35,457.49 | 0.00 | 35,457.49 |

**Total Unpaid Balance Previously Billed**     $     35,457.49

According to our records, the above invoices previously billed on this matter, remain unpaid. Please review your records and remit payment for any of these previously submitted invoices, which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| DPAD Group, LLC | Invoice Number: **3350002** |
| 7919 Greentree Road | Invoice Date: **12/9/2020** |
| Bethesda, MD 20817 | Client Number: **394378** |
| | Matter Number: **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees..............................................................................$    57,592.00

Total Current Expenses and Other Charges ......................................$    12,059.87

**Total Due This Invoice:**                                                    **$    69,651.87**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3350002** |
| Invoice Date: | **12/9/2020** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH November 30, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/02/20 | M. Mihalich | Transfer synced video files of R. Trachtenburg & P. Sweet received from US Legal Support to Digital File at the request of C. Ingold (0.80); | 0.80 | 200.00 | 160.00 |
| 11/02/20 | B.A. Funari | Coordinate with Tom Terry date and time for deposition; confirm same; prepare for and participate in meet and confer call with opposing counsel; outline response letter regarding same. | 2.80 | 545.00 | 1,526.00 |
| 11/02/20 | J. Worobij | Import PPTT production documents into Relativity at the request of A. Mahfood | 0.60 | 200.00 | 120.00 |
| 11/02/20 | A. G. Mahfood | Draft notice of intent to serve subpoena on T. Terry and subpoena on T. Terry; correspond and discuss same w/ B. Funari and internally; prepare for and participate in conference call w/ B. Funari and opposing counsel re deposition dates, procedure, and topics and document production issues | 1.50 | 350.00 | 525.00 |
| 11/03/20 | A. G. Mahfood | Finalize correspondence to T. Terry, subpoena to T. Terry, and notice of intent ot serve subpoena on T. Terry; | 0.30 | 350.00 | 105.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | correspond and discuss same w/ B. Funari and internally | | | |
| 11/04/20 | B.A. Funari | Draft objections to 30(b)(6) topics. | 0.30 | 545.00 | 163.50 |
| 11/05/20 | B.A. Funari | Draft correspondence with respect to PPTT's Rule 30(b)(6) Notice issued to the DPAD Group. | 1.50 | 545.00 | 817.50 |
| 11/05/20 | A. G. Mahfood | Discuss deposition notice objection letter w/ B. Funari; conduct legal research for use in deposition notice objection letter; summarize same and transmit to B. Funari; revise draft deposition notice objection letter and transmit revisions to B. Funari; correspond w/ J. Manning and D. Steele re ███████████ | 1.20 | 350.00 | 420.00 |
| 11/06/20 | B.A. Funari | Confer with J. Gordon regarding introduction to Hershey; emails regarding same. | 0.80 | 545.00 | 436.00 |
| 11/06/20 | A. G. Mahfood | Discuss potential interview or testimony of Hershey representatives w/ B. Funari; draft topics to cover in same and transmit to B. Funari; revise same per comments and revisions from B. Funari; review deposition notices for Exelon and Shell and correspond and discuss same w/ B. Funari; research and draft objections and responses to second set of requests for production of | 3.10 | 350.00 | 1,085.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | documents and transmit to B. Funari | | | |
| 11/09/20 | A. G. Mahfood | Discuss deposition preparation and objections and responses to second set of requests for production of documents w/ B. Funari; correspond w/ J. Manning, B. Funari, and J. Worobij re documents to produce in responses to second set of requests for production of documents; review PPTT/Sweet deposition transcripts for purposes of drafting deficiency letter re testimony and document production; draft deficiency letter re testimony and document production and transmit to B. Funari; review documents in preparation for deposition preparation sessions and correspond w/ J. Worobij and B. Funari re same | 2.70 | 350.00 | 945.00 |
| 11/10/20 | S. H. Kelly | Create new tags and coding layout for document review; identify responsive documents for attorney review; coordinate transferring data files via SFTP ShareFile; prepare documents for review (Materials from J. Manning) | 1.20 | 200.00 | 240.00 |
| 11/10/20 | E. Sanroman | Prepare ESI for review as requested by A. Mahfood. | 0.30 | 200.00 | 60.00 |
| 11/10/20 | A. G. Mahfood | Discuss and correspond re relativity database tasks w/ S. Kelly; correspond re same w/ | 1.80 | 350.00 | 630.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | S. Kelly and B. Funari; correspond w/ ▮▮▮▮▮ requests w/ J. Manning and D. Steele; review letter from D. Willis re DPAD deposition notice topics; discuss draft objections and responses to second set of requests for production of documents w/ B. Funari; revise per same discussion; and transmit to J. Manning and D. Steele; discuss deficiency letter re deposition topics and documents w/ B. Funari; revise per same discussion; and transmit to J. Manning and D. Steele; correspond w/ J. Manning and D. Steele re ▮▮▮▮▮; discuss same w/ B. Funari; incorporate same; and transmit revised draft to B. Funari; preliminary review documents provided by J. Manning in response to second set of requests for production of documents and correspond w/ B. Funari re same | | | |
| 11/10/20 | B.A. Funari | Review and revise discovery deficiency letter and discovery responses; confer with clients and A. Mahfood regarding same. | 1.50 | 545.00 | 817.50 |
| 11/11/20 | S. H. Kelly | Prepare documents for review (Urish Popeck Production) | 1.80 | 200.00 | 360.00 |
| 11/11/20 | A. G. Mahfood | Review and code documents | 1.20 | 350.00 | 420.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | to produce in response to second set of requests for production of documents w/ B. Funari; correspond w/ B. Funari and internally re Exelon and Shell subpoenas | | | |
| 11/11/20 | B.A. Funari | Prepare for client depositions; review documents for same; review documents to be produced in response to most recent discovery requests; confer with A. Mahfood regarding same. | 3.50 | 545.00 | 1,907.50 |
| 11/12/20 | S. H. Kelly | Prepare documents for review (Urish Popeck Production) | 1.30 | 200.00 | 260.00 |
| 11/12/20 | A. G. Mahfood | Discuss deposition preparation session w/ B. Funari; internal correspondence re same; correspond w/ S. Kelly re Urish Popeck document production; code documents for D. Steele deposition preparation session and correspond and discuss same w/ B. Funari; correspond w/ J. Worobij, J. Manning, and D. Steele re ██████ | 0.40 | 350.00 | 140.00 |
| 11/12/20 | B.A. Funari | Prepare for client depositions; review documents for same; review documents to be produced in response to most recent discovery requests; confer with A. Mahfood regarding same. | 4.20 | 545.00 | 2,289.00 |
| 11/13/20 | S. H. Kelly | Prepare documents for review (Urish Popeck Production) | 1.20 | 200.00 | 240.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 11/13/20 | A. G. Mahfood | Correspond w/ J. Worobij re deposition preparation document production; correspond w/ D. Willis and B. Funari re third party depositions; prepare for and participate in conference call w/ B. Funari, J. Manning, and D. Steele re ██████████ ██████████ correspond w/ J. Worobij re preparing production of documents in response to second set of discovery requests; review documents produced from PPTT in response to deficiency letter; discuss same w/ B. Funari; transmit same to J. Manning, D. Steele, and J. Worobij | 1.20 | 350.00 | 420.00 |
| 11/13/20 | J. Worobij | Analyze Relativity searches, export saved searches and ftp documents to client at the request of A. Mahfood | 1.20 | 200.00 | 240.00 |
| 11/13/20 | B.A. Funari | Prepare for DPAD depositions. | 4.50 | 545.00 | 2,452.50 |
| 11/16/20 | S. H. Kelly | Prepare documents for review (Urish Popeck Production) | 0.50 | 200.00 | 100.00 |
| 11/16/20 | B.A. Funari | Prepare witnesses for DPAD depositions. | 7.50 | 545.00 | 4,087.50 |
| 11/16/20 | A. G. Mahfood | Prepare for and participate in deposition preparation sessions w/ B. Funari, J. Manning, and D. Steele | 8.30 | 350.00 | 2,905.00 |
| 11/16/20 | J. Worobij | Prepare/perform document production, then export and ftp to opposing counsel at the | 1.50 | 200.00 | 300.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | request of A. Mahfood | | | |
| 11/17/20 | S. H. Kelly | Prepare documents for review (Urish Popeck Production) | 0.50 | 200.00 | 100.00 |
| 11/17/20 | B.A. Funari | Prepare for and defend Manning deposition. | 10.20 | 545.00 | 5,559.00 |
| 11/17/20 | J. Worobij | Perform document comparative analysis between UP and DPAD prefixed documents, then send spreadsheet of findings to A. Mahfood | 1.50 | 200.00 | 300.00 |
| 11/17/20 | A. G. Mahfood | Final preparations for depositions of J. Manning, D. Steele, and DPAD and discuss same w/ B. Funari; draft notice of continuation of deposition of PPTT and Sweet and correspondence re same; revise per comments and revision to correspondence from B. Funari and prepare for service of same; discuss preparation of T. Terry deposition w/ B. Funari and J. Worobij; review and code documents for same; draft high level outline for T. Terry deposition | 2.80 | 350.00 | 980.00 |
| 11/18/20 | J. Worobij | Meeting with A. Mahfood regarding document comparative analysis between UP and DPAD prefixed documents | 0.50 | 200.00 | 100.00 |
| 11/18/20 | B.A. Funari | Prepare for continuation of Sweet deposition; defend Manning deposition. | 10.20 | 545.00 | 5,559.00 |
| 11/18/20 | A. G. Mahfood | Discuss strategy and high | 2.00 | 350.00 | 700.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | level outline for continuation of deposition of PPTT and P. Sweet w/ B. Funari; draft same high level outline and transmit same to B. Funari; correspond and discuss w/ B. Funari re documents used and issues raised in deposition; conduct internal research for same; discuss DPAD and Urish Popeck document duplication w/ J. Worobij and correspond w/ B. Funari re same | | | |
| 11/18/20 | J. Worobij | Import PPTT production documents into Relativity at the request of A. Mahfood | 0.60 | 200.00 | 120.00 |
| 11/19/20 | B.A. Funari | Prepare for and defend D. Steele deposition. | 8.40 | 545.00 | 4,578.00 |
| 11/19/20 | A. G. Mahfood | Correspond and discuss w/ B. Funari re elements of fiduciary duty claim; conduct internal research re same; correspond and discuss w/ B. Funari re P. Sweet's retention of R. Trachtenberg; conduct internal research re same; correspond w/ D. Steele re ▓▓▓▓▓▓▓ | 0.20 | 350.00 | 70.00 |
| 11/20/20 | B.A. Funari | Prepare for and T.Terry and Exelon depositions. | 3.80 | 545.00 | 2,071.00 |
| 11/20/20 | J. Worobij | Export Tom Terry Depo Prep document and send to A. Mahfood and B. Funari for review | 0.50 | 200.00 | 100.00 |
| 11/23/20 | A. G. Mahfood | Discuss T. Terry deposition strategy, documents to use in same, and topics to cover in | 0.40 | 350.00 | 140.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | same w/ B. Funari | | | |
| 11/23/20 | B.A. Funari | Prepare for Tom Terry deposition; travel to Fort Myers for same. | 5.80 | 545.00 | 3,161.00 |
| 11/24/20 | B.A. Funari | Prepare for and depose Tom Terry; call with ████ ████ receipt and analysis of deficiency letter from D. Willis; emails confirming third party depositions for December 1 and 2. | 5.50 | 545.00 | 2,997.50 |
| 11/24/20 | A. G. Mahfood | Participate in conference call w/ B. Funari, B. Creasy, D. Steele, and J. Manning re ████████████; correspond re same w/ B. Creasy; discuss same w/ D. Steele; preliminary review and analysis of deficiency letter from D. Willis, discuss same w/ B. Funari, correspond re same w/ J. Manning and D. Steele; correspond w/ third party counsel, D. Willis, and B. Funari re third party deposition scheduling | 2.30 | 350.00 | 805.00 |
| 11/25/20 | B.A. Funari | Return travel from Tom Terry deposition; confer with Exelon and Ridge Global counsel regarding depositions; analysis of deficiency letter from D. Willis. | 4.80 | 545.00 | 2,616.00 |
| 11/27/20 | A. G. Mahfood | Discuss and correspond re deposition scheduling and strategy w/ B. Funari, opposing counsel, and third party counsel; begin researching and drafting | 2.80 | 350.00 | 980.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|------------|-------------|-------|------|--------|
| | | response to discovery deficiency letter and transmit to B. Funari | | | |
| 11/27/20 | B.A. Funari | Conference with Exelon and Ridge Global counsel regarding deposition logistics; confer with A. Mahfood regarding same. | 1.10 | 545.00 | 599.50 |
| 11/30/20 | A. G. Mahfood | Discuss Exelon deposition preparation w/ B. Funari; correspond w/ opposing counsel re meet and confer on document production issues; prepare for and discuss same w/ B. Funari; participate in same; discuss next steps w/ B. Funari; preliminary review of spreadsheet of 289 documents from J. Lorek, discuss same w/ B. Funari, correspond re ███ w/ J. Manning and D. Steele | 1.50 | 350.00 | 525.00 |
| 11/30/20 | J. Worobij | FTP download Marmon third party production and import into Relativity | 0.80 | 200.00 | 160.00 |
| 11/30/20 | B.A. Funari | Prepare for meet and confer with counsel; follow-up emails regarding same; Call with Tracy Hannen at Exelon. | 2.20 | 545.00 | 1,199.00 |
| **Totals** | | | **127.10** | | **57,592.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Brad A. Funari | 78.60 hrs @ $ | 545.00 / hr | 42,837.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Alex G. Mahfood | 33.70 hrs @ $ | 350.00 / hr | 11,795.00 |
| John Worobij | 7.20 hrs @ $ | 200.00 / hr | 1,440.00 |
| Shelley H. Kelly | 6.50 hrs @ $ | 200.00 / hr | 1,300.00 |
| Enrique Sanroman | 0.30 hrs @ $ | 200.00 / hr | 60.00 |
| Michael Mihalich | 0.80 hrs @ $ | 200.00 / hr | 160.00 |
| **Total Professional Services** | | | **57,592.00** |

**DISBURSEMENTS AND OTHER CHARGES**

| Date | Description | | Amount |
|---|---|---|---|
| | Data Hosting Fee | | 57.14 |
| | Duplicating/Printing/Scanning | 298.00 @ 0.15 | 44.70 |
| | ESI Data Filtering/ECA | | 1.19 |
| | ESI Data Processing | | 5.64 |
| | User Fee | | 150.00 |
| | Westlaw | | 13.80 |
| 09/08/2020 | Brad A. Funari - Business Travel - Lunch - VENDOR: Brad A. Funari, Sep 08, 2020, Lunch with Owners of DPAD during mediation - Daniel Steele and John Manning. A John Manning, Daniel Steele, Brad A. Funari, Alex G. Mahfood | | 46.07 |
| 10/12/2020 | Array - Array - Blowback Printing - with Assembly | | 295.64 |
| 10/13/2020 | Brad A. Funari - Business Travel - Lunch - VENDOR: Brad A. Funari, Oct 13, 2020, Depositions of Patrick Sweet and Profit Point John Manning, Daniel Steele, Brad A. Funari, Alex G. Mahfood | | 64.04 |
| 10/14/2020 | Brad A. Funari - Meeting Room - VENDOR: Brad A. Funari, Oct 14, 2020, Depositions of Patrick Sweet and Profit Point | | 391.92 |
| 10/14/2020 | Brad A. Funari - Business Travel - Lunch - VENDOR: Brad A. Funari, Oct 14, 2020, Depositions of Patrick Sweet and Profit Point Daniel Steele, John Manning, Brad A. Funari, Alex G. Mahfood | | 52.93 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Description | Amount |
|---|---|---|
| 11/02/2020 | U.S. LEGAL SUPPORT - TRANSCRIPT EXPENSE Patrick Sweet - 10/13/20 | 1,461.20 |
| 11/02/2020 | U.S. LEGAL SUPPORT - DEPOSITION EXPENSE Patrick Sweet Video 10/14/20 | 1,060.00 |
| 11/02/2020 | U.S. LEGAL SUPPORT - DEPOSITION EXPENSE Patrick Sweet Video - 10/13/20 | 975.00 |
| 11/02/2020 | U.S. LEGAL SUPPORT - DEPOSITION EXPENSE PATRICK SWEET - 10/14/20 | 1,084.35 |
| 11/03/2020 | THOMAS TERRY - SUBPOENA SERVICE COSTS Witness fee for Thomas Terry. | 56.00 |
| 11/04/2020 | Michael J. Betts LLC - LEGAL SERVICES Special Master | 1,715.00 |
| 11/25/2020 | AMENT & AMENT COURT REPORTING, LLC - DEPOSITION EXPENSE John Manning Volume 1 | 1,121.25 |
| 11/25/2020 | AMENT & AMENT COURT REPORTING, LLC - DEPOSITION EXPENSE John Manning - November 18, 2020 | 1,117.75 |
| 11/30/2020 | BIT-X-BIT, LLC - EXPERT FEES Retainer | 1,000.00 |
| 12/02/2020 | AMENT & AMENT COURT REPORTING, LLC - DEPOSITION EXPENSE Daniel Steele deposition | 1,346.25 |
| | **Total Expenses and Other Charges** | **12,059.87** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 57,592.00 |
| Total Expenses and Other Charges | $ | 12,059.87 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **69,651.87** |
| **Total Amount Due** | **$** | **69,651.87** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3359602** |
| Invoice Date: | **1/15/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees...............................................................................$    31,867.50

Total Current Expenses and Other Charges ....................................$    10,317.02

**Total Due This Invoice:**                                     **$    42,184.52**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3359602** |
| Invoice Date: | **1/15/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees...............................................................................$     31,867.50

Total Current Expenses and Other Charges .....................................$     10,317.02

**Total Due This Invoice:**     **$     42,184.52**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI** ♦ **ATHENS** ♦ **AUSTIN** ♦ **BEIJING** ♦ **BRUSSELS** ♦ **CENTURY CITY** ♦ **CHICAGO** ♦ **DALLAS** ♦ **DUBAI** ♦ **FRANKFURT** ♦ **HONG KONG** ♦ **HOUSTON** ♦ **KAZAKHSTAN** ♦ **LONDON** ♦ **LOS ANGELES** ♦ **MIAMI**
**MUNICH** ♦ **NEW YORK** ♦ **PARIS** ♦ **PHILADELPHIA** ♦ **PITTSBURGH** ♦ **PRINCETON** ♦ **RICHMOND** ♦ **SAN FRANCISCO** ♦ **SHANGHAI** ♦ **SILICON VALLEY** ♦ **SINGAPORE** ♦ **TYSONS** ♦ **WASHINGTON, D.C.** ♦ **WILMINGTON**

| | |
|---|---|
| DPAD Group, LLC | Invoice Number: **3359602** |
| 7919 Greentree Road | Invoice Date: **1/15/2021** |
| Bethesda, MD 20817 | Client Number: **394378** |
| | Matter Number: **394378.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH December 31, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/20 | B.A. Funari | Revise and serve letter to PPTT counsel regarding alleged discovery deficencies; call with Tracy Hannen at Exelon. | 1.20 | 545.00 | 654.00 |
| 12/01/20 | A. G. Mahfood | Correspond w/ J. Manning and D. Steele re ▓▓▓▓▓▓▓; correspond w/ B. Funari and opposing counsel re meet and confer and Exelon deposition; draft summary of points for use in correspondence to opposing counsel re follow-up on meet and confer re 289 documents; revise correspondence from B. Funari to opposing counsel and discuss same w/ B. Funari | 0.80 | 350.00 | 280.00 |
| 12/02/20 | B.A. Funari | Coordinate continuation of P. Sweet deposition with opposing counsel. | 0.30 | 545.00 | 163.50 |
| 12/02/20 | A. G. Mahfood | Correspond and discuss w/ opposing counsel, B. Funari, J. Manning and D. Steele re continuation of PPTT/Sweet deposition | 0.10 | 350.00 | 35.00 |
| 12/03/20 | B.A. Funari | Emails with Tracy Hannen at Exelon regarding custodian declaration; receipt and | 2.20 | 545.00 | 1,199.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | analysis of same; receipt and analysis of PPTT's motions to compel; conference call with clients and Bit-x-Bit. | | | |
| 12/03/20 | A. G. Mahfood | Participate in conference call w/ B. Funari, B. Creasy, J. Manning, and D. Steele re ███████████; review motion to compel access to electronic devices filed by PPTT; discuss same w/ B. Funari; begin reviewing deposition transcripts for, researching, and drafting brief in opposition to same; review motion to extend discovery filed by PPTT; correspond w/ B. Funari re same | 5.40 | 350.00 | 1,890.00 |
| 12/04/20 | B.A. Funari | Emails with Exelon counsel regarding document declaration; analysis of motion to extend discovery; confer with clients regarding same. | 0.60 | 545.00 | 327.00 |
| 12/04/20 | A. G. Mahfood | Continue researching and drafting brief in opposition to motion to compel access to electronic devices and transmit same to B. Funari; review order directing response to motion to extend discovery; correspond w/ J. Manning and D. Steele re PPTT motions; draft J. Manning declaration for use in brief in opposition and transmit to B. Funari; research and draft brief in opposition to second motion | 5.80 | 350.00 | 2,030.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | to amend case management order to extend discovery and transmit to B. Funari | | | |
| 12/07/20 | A. G. Mahfood | Revise brief in opposition to motion to extend discovery per comments and revisions per B. Funari; discuss and correspond re same w/ B. Funari; prepare exhibits for same; draft Shell declaration for same and transmit to B. Funari | 1.50 | 350.00 | 525.00 |
| 12/07/20 | B.A. Funari | Draft and revise opposition to motion to amend CMO; confer with in-house counsel at Shell and counsel to K. Urish regarding same; draft and revise brief in opposition to motion to compel; confer with A. Mahfood regarding same; review deposition transcripts for same. | 4.30 | 545.00 | 2,343.50 |
| 12/08/20 | B.A. Funari | Draft and revise opposition briefs; revise declarations; confer with Shell's counsel regarding same. | 3.50 | 545.00 | 1,907.50 |
| 12/08/20 | A. G. Mahfood | Revise brief in opposition to motion to compel forensic investigation per comments and revisions from B. Funari; discuss same w/ B. Funari; transmit same and J. Manning declaration to J. Manning and D. Steele; revise brief in opposition to motion to extend discovery per B. Roberson declaration and transmit to B. Funari | 0.80 | 350.00 | 280.00 |
| 12/09/20 | B.A. Funari | Draft and revise opposition | 1.80 | 545.00 | 981.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | briefs; revise declarations; confer with Shell's counsel regarding same. | | | |
| 12/09/20 | A. G. Mahfood | Discuss and correspond re revisions to brief in opposition to motion to extend discovery w/ B. Funari and J. Manning, incorporate same, compile exhibits for same, and file same; discuss ████████ ████████████ w/ J. Manning, incorporate same, and transmit updated drafts of same to B. Funari | 2.60 | 350.00 | 910.00 |
| 12/10/20 | B.A. Funari | Draft and revise opposition briefs; revise declarations; confer with Shell's counsel regarding same. | 1.30 | 545.00 | 708.50 |
| 12/10/20 | A. G. Mahfood | Review order granting motion to extend discovery; discuss same w/ B. Funari; correspond w/ B. Funari re revisions to brief in opposition to motion to compel forensic investigation and J. Manning declaration; correspond internally re R. Trachtenberg deposition transcript | 0.20 | 350.00 | 70.00 |
| 12/11/20 | B.A. Funari | Finalize brief in opposition to motion to compel; file same. | 0.70 | 545.00 | 381.50 |
| 12/11/20 | A. G. Mahfood | Review counterclaim filed in Maryland action; conduct legal research re ████████ ██████████████ ██████ discuss and | 1.30 | 350.00 | 455.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | correspond re same w/ B. Funari; analyze ███████ ███████ final review and revisions to brief in opposition to motion to compel forensic investigation and J. Manning declaration; discuss and correspond re same w/ B. Funari, J. Manning, and D. Steele; compile exhibits for same; internal correspondence re filing same; transmit courtesy copy of same to Special Master | | | |
| 12/14/20 | B.A. Funari | Emails with M. Betts and opposing counsel regarding scheduling oral argument on motion to compel. | 0.30 | 545.00 | 163.50 |
| 12/14/20 | A. G. Mahfood | Correspond and discuss w/ Special Master, B. Funari, J. Manning, and D. Steele re argument on motion to compel and preparation for same | 0.20 | 350.00 | 70.00 |
| 12/15/20 | B.A. Funari | Receipt and review of T. Terry transcript; forward same to T. Terry for review and signature; confer with A. Mahfood regarding summary judgment arguments. | 3.50 | 545.00 | 1,907.50 |
| 12/16/20 | B.A. Funari | Prepare for argument before special master on motion to compel. | 2.00 | 545.00 | 1,090.00 |
| 12/16/20 | A. G. Mahfood | Review reply brief in support of motion to compel; discuss | 0.80 | 350.00 | 280.00 |


Driving progress
through partnership

Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | same w/ B. Funari; prepare for argument on motion to compel w/ B. Funari | | | |
| 12/17/20 | A. G. Mahfood | Correspond w/ special master, B. Funari, and opposing counsel re oral argument on motion to compel; discuss argument on motion to compel w/ B. Funari | 0.20 | 350.00 | 70.00 |
| 12/17/20 | B.A. Funari | Prepare for and attend argument before special master on motion to compel. | 4.60 | 545.00 | 2,507.00 |
| 12/22/20 | A. G. Mahfood | Review special master's report and recommendation on motion to compel; discus same w/ B. Funari; correspond re ▮▮▮▮ w/ B. Funari, J. Manning, and D. Steele | 0.60 | 350.00 | 210.00 |
| 12/22/20 | B.A. Funari | Receipt and analysis of Special Master's Report and Recommendation; confer with A. Mahfood regarding same; review P. Sweet transcript for continuation of deposition and summary judgment. | 4.50 | 545.00 | 2,452.50 |
| 12/24/20 | B.A. Funari | Review P. Sweet transcript for continuation of deposition and summary judgment. | 2.50 | 545.00 | 1,362.50 |
| 12/28/20 | A. G. Mahfood | Review R. Trachtenberg deposition transcript; draft summary of same; transmit summary to B. Funari | 3.30 | 350.00 | 1,155.00 |
| 12/29/20 | A. G. Mahfood | Review first volume of PPTT/Sweet deposition transcript; draft summary of same | 4.00 | 350.00 | 1,400.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|------------|-------------|-------|------|--------|
| 12/29/20 | B.A. Funari | Review P. Sweet transcript for continuation of deposition and summary judgment. | 2.50 | 545.00 | 1,362.50 |
| 12/30/20 | A. G. Mahfood | Review second volume of PPTT/Sweet deposition transcript; draft summary of same | 3.50 | 350.00 | 1,225.00 |
| 12/31/20 | B.A. Funari | Begin preparing for P. Sweet deposition. | 2.70 | 545.00 | 1,471.50 |
| **Totals** | | | **69.60** | | **31,867.50** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Brad A. Funari | 38.50 hrs @ $ | 545.00 / hr | 20,982.50 |
| Alex G. Mahfood | 31.10 hrs @ $ | 350.00 / hr | 10,885.00 |
| **Total Professional Services** | | | **31,867.50** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| | Data Hosting Fee | 57.27 |
| | User Fee | 75.00 |
| 11/11/2020 | Brad A. Funari - Travel Agent Fee - VENDOR: Brad A. Funari, Nov 11, 2020, Attend deposition of Tom Terry in Ft. Myers Florida | 41.00 |
| 11/11/2020 | Brad A. Funari - Airfare - VENDOR: Brad A. Funari, Nov 11, 2020, Attend deposition of Tom Terry in Ft. Myers Florida | 51.39 |
| 11/23/2020 | Brad A. Funari - Travel Agent Fee - VENDOR: Brad A. Funari, Nov 23, 2020, Attend deposition of Tom Terry in Ft. Myers Florida | 41.00 |
| 11/23/2020 | Brad A. Funari - Airfare - VENDOR: Brad A. Funari, Nov 23, 2020, Attend deposition of Tom Terry in Ft. Myers Florida | 128.09 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Description | Amount |
|------|-------------|-------:|
| 11/24/2020 | Brad A. Funari - Hotel - Business Travel - Lunch - VENDOR: Brad A. Funari, Nov 24, 2020, Attend deposition of Tom Terry in Ft. Myers Florida Brad A. Funari | 19.17 |
| 11/24/2020 | Brad A. Funari - Hotel - Business Travel - Breakfast - VENDOR: Brad A. Funari, Nov 24, 2020, Attend deposition of Tom Terry in Ft. Myers Florida Brad A. Funari | 13.67 |
| 11/24/2020 | Brad A. Funari - Business Travel - Dinner - VENDOR: Brad A. Funari, Nov 24, 2020, Attend deposition of Tom Terry in Ft. Myers Florida Brad A. Funari | 30.63 |
| 11/25/2020 | Brad A. Funari - Uber - VENDOR: Brad A. Funari, Nov 25, 2020, Attend deposition of Tom Terry in Ft. Myers Florida | 33.24 |
| 11/25/2020 | Brad A. Funari - Uber - VENDOR: Brad A. Funari, Nov 25, 2020, Attend deposition of Tom Terry in Ft. Myers Florida | 21.95 |
| 11/25/2020 | Brad A. Funari - Hotel - Lodging - VENDOR: Brad A. Funari, Nov 25, 2020, Attend deposition of Tom Terry in Ft. Myers Florida | 434.86 |
| 11/25/2020 | Brad A. Funari - Hotel - Business Travel - Breakfast - VENDOR: Brad A. Funari, Nov 25, 2020, Attend deposition of Tom Terry in Ft. Myers Florida Brad A. Funari | 13.15 |
| 12/09/2020 | INVESTIGATIVE PHOTOGRAPHY INC. - DEPOSITION EXPENSE video of John Manning deposition 11.18.20 | 75.00 |
| 12/09/2020 | INVESTIGATIVE PHOTOGRAPHY INC. - DEPOSITION EXPENSE Video of deposition - Daniel Steele | 95.00 |
| 12/09/2020 | INVESTIGATIVE PHOTOGRAPHY INC. - DEPOSITION EXPENSE Video of John Manning deposition 11.17.20 | 75.00 |
| 12/19/2020 | Array - Array - Blowback Printing - with Assembly / GBC Bind / 1" View D Ring Binder / 2" View D Ring Binder | 177.25 |
| 12/23/2020 | U.S. LEGAL SUPPORT - DEPOSITION EXPENSE Thomas Terry Deposition | 462.90 |
| 12/29/2020 | U.S. LEGAL SUPPORT - DEPOSITION EXPENSE Trachtenberg | 1,098.95 |
| 01/06/2021 | Michael J. Betts LLC - LEGAL SERVICES Special Master | 5,110.00 |
| 01/11/2021 | BIT-X-BIT, LLC - EXPERT FEES Expert | 2,262.50 |
| | **Total Expenses and Other Charges** | **10,317.02** |



Driving progress
through partnership

Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 31,867.50 |
| Total Expenses and Other Charges | $ | 10,317.02 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **42,184.52** |
| **Total Amount Due** | **$** | **42,184.52** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3367907** |
| Invoice Date: | **2/12/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees.............................................................................$     27,106.50

Total Current Expenses and Other Charges ......................................$     340.84

     **Total Due This Invoice:**      **$     27,447.34**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3367907** |
| Invoice Date: | **2/12/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance |
|---|---|---|---|---|
| 01/15/21 | 3359602 | 42,184.52 | 0.00 | 42,184.52 |

**Total Unpaid Balance Previously Billed**     $     42,184.52

According to our records, the above invoices previously billed on this matter, remain unpaid. Please review your records and remit payment for any of these previously submitted invoices, which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3367907** |
| Invoice Date: | **2/12/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees...............................................................................$      27,106.50

Total Current Expenses and Other Charges .....................................$      340.84

     **Total Due This Invoice:**               **$      27,447.34**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3367907** |
| Invoice Date: | **2/12/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH January 31, 2021**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/21 | A. G. Mahfood | Review T. Terry deposition transcript; draft summary of same | 2.00 | 350.00 | 700.00 |
| 01/04/21 | B.A. Funari | Receipt and revise outline for continued deposition of PPTT/Sweet and deposition transcripts of Sweet, Terry and Trachtenberg. | 3.80 | 545.00 | 2,071.00 |
| 01/04/21 | A. G. Mahfood | Discuss continuation of PPTT/Sweet deposition and strategy and exhibits for same w/ B. Funari; correspond w/ B. Funari and internally re same; draft amended notice of deposition for same and transmit to B. Funari | 0.40 | 350.00 | 140.00 |
| 01/05/21 | A. G. Mahfood | Finalize amended notice of continued deposition of PPTT/Sweet; draft cover letter enclosing same; discuss same w/ B. Funari; transmit same to opposing counsel | 0.20 | 350.00 | 70.00 |
| 01/07/21 | B.A. Funari | Prepare for continuation of P. Sweet deposition; ███████ ███████████. | 1.50 | 545.00 | 817.50 |
| 01/08/21 | B.A. Funari | Review and identify potential exhibits for continuation of P. Sweet deposition. | 1.70 | 545.00 | 926.50 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 01/08/21 | A. G. Mahfood | Discuss and correspond re continuation of PPTT/Sweet and exhibits to use in same w/ B. Funari and internally | 0.20 | 350.00 | 70.00 |
| 01/11/21 | A. G. Mahfood | Discuss strategy for continuation of deposition of PPTT/Sweet and topics to cover and exhibits to use in same; search for and compile additional exhibits for use in same; review additional supplemental discovery responses and document production from PPTT; discuss same w/ B. Funari; correspond re same w/ J. Worobij | 1.20 | 350.00 | 420.00 |
| 01/11/21 | B.A. Funari | Prepare for deposition of P. Sweet and PTTT deposition; receipt and analysis of plaintiff's fourth supplemental production of documents; confer with A. Mahfood re: same; | 6.00 | 545.00 | 3,270.00 |
| 01/12/21 | A. G. Mahfood | Final preparations, strategy discussion, and exhibit compilation for continuation of PPTT/Sweet deposition w/ B. Funari; preliminary review objections to report and recommendation on PPTT's motion to compel and discuss same w/ B. Funari | 0.80 | 350.00 | 280.00 |
| 01/12/21 | B.A. Funari | Prepare for P. Sweet deposition; continuation of P. Sweet deposition; receipt and analysis of objections to special master's report and recommendation; confer with A. Mahfood regarding same; | 5.80 | 545.00 | 3,161.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | receipt and review of fourth supplemental production of documents. | | | |
| 01/13/21 | J. Worobij | Import PPTT production documents into Relativity at the request of A. Mahfood | 0.80 | 200.00 | 160.00 |
| 01/13/21 | B.A. Funari | Read and analysis of objections to report and recommendations of special master; confer with A. Mahfood regarding response to same; begin drafting response to objections. | 2.70 | 545.00 | 1,471.50 |
| 01/13/21 | A. G. Mahfood | Prepare for and participate in conference call w/ B. Funari re objections to report and recommendation on motion to compel; draft points to raise in opposition and transmit to B. Funari | 1.00 | 350.00 | 350.00 |
| 01/14/21 | B.A. Funari | Review GTM document subpoena; confer with A. Mahfood regarding response to same; review deposition testimony regarding GTM; multiple calls with GTM's counsel regarding same; receipt of third party document production. | 1.70 | 545.00 | 926.50 |
| 01/14/21 | A. G. Mahfood | Review document custodian affidavit from Ridge Global; correspond w/ opposing counsel and B. Funari re same; discuss Global Tax Management subpoena with B. Funari; conduct internal research re same in Relativity and correspond w/ B. Funari re same | 0.30 | 350.00 | 105.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 01/15/21 | B.A. Funari | Review GTM documents; confer with A. Mahfood regarding response to same; begin draft response to objections. | 2.70 | 545.00 | 1,471.50 |
| 01/15/21 | J. Worobij | FTP download third party documents and then import into Relativity at the request of A. Mahfood | 1.60 | 200.00 | 320.00 |
| 01/18/21 | B.A. Funari | Receipt and analysis of PPTT's motion to extend discovery. | 0.60 | 545.00 | 327.00 |
| 01/18/21 | A. G. Mahfood | Review PPTT's motion for extension of time to conduct Urish deposition | 0.20 | 350.00 | 70.00 |
| 01/19/21 | B.A. Funari | Review and revise opposition to motion to amend case management order to permit deposition of Ken Urish. | 0.80 | 545.00 | 436.00 |
| 01/19/21 | A. G. Mahfood | Review order setting deadline to respond to PPTT/Sweet's third motion to extend discovery; correspond re and discuss same w/ B. Funari; research and draft brief in opposition to same; revise same per comments and revisions from B. Funari; discuss same w/ B. Funari; compile exhibits for same; internal correspondence re filing and serving same | 2.20 | 350.00 | 770.00 |
| 01/20/21 | B.A. Funari | Revise brief in opposition to motion to extend discovery; confer with A. Mahfood and K. Gallagher regarding same. | 2.20 | 545.00 | 1,199.00 |
| 01/21/21 | A. G. Mahfood | Discuss preparation for meet and confer re continued | 1.10 | 350.00 | 385.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | depositions of Manning and Steele w/ B. Funari; draft list of arguments to raise in same meet and confer and transmit to B. Funari; participate in same meet and confer; discuss post-discovery status conference and summary judgment strategy w/ B. Funari | | | |
| 01/21/21 | B.A. Funari | Prepare for and participate in meet and confer conference with David Willis and Rachel Moynihan. | 1.50 | 545.00 | 817.50 |
| 01/22/21 | B.A. Funari | Prepare for status conference; emails with opposing counsel regarding meet and confer on discovery issues; confer with A. Mahfood regarding opposition to objections to Special Master' report and recommendation. | 1.50 | 545.00 | 817.50 |
| 01/24/21 | A. G. Mahfood | Research and draft brief in opposition to PPTT's objections to special master's report and recommendation on motion to compel; transmit same to B. Funari; revise same per comments and revisions from B. Funari; discuss issues and strategy for status conference w/ B. Funari | 5.00 | 350.00 | 1,750.00 |
| 01/25/21 | A. G. Mahfood | Prepare for and participate in status conference w/ Court; correspond w/ J. Manning and B. Funari re ███ | 1.50 | 350.00 | 525.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | ███████ revise per same; prepare for filing and service of same | | | |
| 01/25/21 | B.A. Funari | Prepare for and participate in status conference with Judge Kelly; revise opposition to objections to report and recommendations; emails with J. Manning and A. Mahfood regarding ██████ | 4.20 | 545.00 | 2,289.00 |
| 01/27/21 | A. G. Mahfood | Review order denying motion to compel from Judge Stickman and discuss same w/ B. Funari | 0.20 | 350.00 | 70.00 |
| 01/27/21 | B.A. Funari | Receipt and analysis of order from Judge Stickman overruling objections to special masters report and recommendation; confer with a. Mahfood regarding same. | 0.50 | 545.00 | 272.50 |
| 01/29/21 | J. Worobij | Export 3rd party GTM prefixed documents from Relativity and ftp to clients at the request of A. Mahfood. | 1.00 | 200.00 | 200.00 |
| 01/29/21 | A. G. Mahfood | Prepare for and participate in conference call w/ B. Funari, J. Manning, and D. Steele re ███████; correspond w/ J. Worobij and J. Manning re exporting GMT; preliminary review of ███████ from J. Manning | 0.50 | 350.00 | 175.00 |
| 01/29/21 | B.A. Funari | Conference with clients regarding ██████. | 0.30 | 545.00 | 163.50 |
| 01/30/21 | B.A. Funari | Emails from J. Manning | 0.20 | 545.00 | 109.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | regarding ▮▮▮▮▮▮▮ | | | |
| **Totals** | | | **57.90** | | **27,106.50** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Brad A. Funari | 37.70 hrs @ $ | 545.00 / hr | 20,546.50 |
| Alex G. Mahfood | 16.80 hrs @ $ | 350.00 / hr | 5,880.00 |
| John Worobij | 3.40 hrs @ $ | 200.00 / hr | 680.00 |
| **Total Professional Services** | | | **27,106.50** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | | Amount |
|------|-------------|--|--------|
| | Data Hosting Fee | | 67.18 |
| | Duplicating/Printing/Scanning | 18.00 @ 0.15 | 2.70 |
| | User Fee | | 75.00 |
| 01/19/2021 | Brad A. Funari - Meeting Room - VENDOR: Brad A. Funari, Jan 19, 2021, Conference room for Sweet deposition | | 195.96 |
| | **Total Expenses and Other Charges** | | **340.84** |

## INVOICE SUMMARY

| | | |
|--|--|--|
| Total Fees | $ | 27,106.50 |
| Total Expenses and Other Charges | $ | 340.84 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **27,447.34** |
| **Total Amount Due** | **$** | **27,447.34** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON





Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| DPAD Group, LLC | **Invoice Number:** **3375489** |
| 7919 Greentree Road | **Invoice Date:** **3/11/2021** |
| Bethesda, MD 20817 | **Client Number:** **394378** |
| | **Matter Number:** **394378.60001** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees...............................................................$       20,113.50

Total Current Expenses and Other Charges ....................................$        2,733.83

**Total Due This Invoice:**                                        **$       22,847.33**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3375489** |
| Invoice Date: | **3/11/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

### STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance |
|---|---|---|---|---|
| 02/12/21 | 3367907 | 27,447.34 | 0.00 | 27,447.34 |

**Total Unpaid Balance Previously Billed**      $     27,447.34

According to our records, the above invoices previously billed on this matter, remain unpaid. Please review your records and remit payment for any of these previously submitted invoices, which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3375489** |
| Invoice Date: | **3/11/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees ..............................................................................................$     20,113.50

Total Current Expenses and Other Charges ....................................................$        2,733.83

**Total Due This Invoice:**                                                 **$      22,847.33**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3375489** |
| Invoice Date: | **3/11/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH February 28, 2021**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/01/21 | A. G. Mahfood | Preliminary review motion to compel re Boston Documents and correspond w/ B. Funari, D. Steele, and J. Manning re ███ | 0.20 | 350.00 | 70.00 |
| 02/01/21 | B.A. Funari | Receipt and analysis of motion to compel filed by PPTT; emails with opposing counsel regarding meet and confer; emails with clients regarding ███ | 1.00 | 545.00 | 545.00 |
| 02/02/21 | B.A. Funari | Call with clients and A. Mahfood regarding motion to compel filed by PPTT. | 0.80 | 545.00 | 436.00 |
| 02/02/21 | A. G. Mahfood | Discuss motion to compel re Boston Documents w/ B. Funari; analyze and compare Boston Documents to party and non-party productions; prepare for and participate in conference call w/ J. Manning and D. Steele re ███ | 1.50 | 350.00 | 525.00 |
| 02/03/21 | A. G. Mahfood | Discuss strategy for drafting brief in opposition to motion to compel forensic examination and to authenticate Boston Documents w/ B. Funari; | 2.00 | 350.00 | 700.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | begin researching and drafting same | | | |
| 02/04/21 | B.A. Funari | Email correspondence with J. Lorek regarding GTM discovery issue. | 0.50 | 545.00 | 272.50 |
| 02/04/21 | A. G. Mahfood | Continue researching and drafting brief in opposition to motion to compel forensic examination and to authenticate Boston Documents and transmit to B. Funari; correspond w/ D. Willis, B. Funari, and J. Lorek re various discovery issues and meet and confer | 2.10 | 350.00 | 735.00 |
| 02/05/21 | B.A. Funari | Call with opposing counsel regarding motion to compel; draft and revise opposition brief; receipt and analysis of second motion to compel regarding continuing deposition; confer with A. Mahfood regarding same. | 2.80 | 545.00 | 1,526.00 |
| 02/05/21 | A. G. Mahfood | Prepare for and participate in meet and confer re various discovery issues; revise brief in opposition to motion to compel re Boston Documents per comments and revisions from B. Funari; discuss and correspond re same w/ B. Funari; draft declarations of Manning and Steele re handwriting; correspond re same w/ B. Funari; review motion to compel continued depositions and discuss same w/ B. Funari; transmit draft brief in opposition to compel Boston Documents, | 2.00 | 350.00 | 700.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | declarations, and motion to compel continued depositions to J. Manning and D. Steele | | | |
| 02/08/21 | B.A. Funari | Conference with A. Mahfood regarding opposition brief to motion to model and content of client declarations; review, revise and comment on same. | 1.20 | 545.00 | 654.00 |
| 02/08/21 | A. G. Mahfood | Discuss and correspond re ███████████ w/ B. Funari, J. Manning, and D. Steele; final review and revisions to same; final compilation of exhibits to same; prepare for filing and service of same | 2.00 | 350.00 | 700.00 |
| 02/09/21 | B.A. Funari | Receipt and analysis of third motion to compel; draft and revise opposition brief to second motion to compel; several emails with K. Gallagher and D. Willis regarding K. Urish deposition; telephone conference with K. Gallagher regarding same; confer with A. Mahfood regarding same. | 2.50 | 545.00 | 1,362.50 |
| 02/09/21 | A. G. Mahfood | Research and draft brief in opposition to motion to compel continued depositions and transmit to B. Funari; discuss same w/ B. Funari; compile exhibits to same; correspond w/ D. Willis, B. Funari, and K. Gallagher re K. Urish deposition; discuss same w/ B. Funari | 3.00 | 350.00 | 1,050.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 02/10/21 | B.A. Funari | Revise opposition to motion to compel; confer with A Mahfood regarding same; analysis of GMT's subpoena objections. | 2.20 | 545.00 | 1,199.00 |
| 02/10/21 | A. G. Mahfood | Correspond w/ B. Funari and K. Gallagher re K. Urish deposition and interrogatory responses; revise brief in opposition to motion to compel continued depositions per comments and revisions from B. Funari; finalize exhibits for same; transmit same and third motion to compel forensic examination and associated motion for leave to file under seal to J. Manning and D. Steele; correspond w/ B. Creasy and B. Funari re ████████ ████████ final review and revisions to brief in opposition to motion to compel continued depositions and file same | 1.40 | 350.00 | 490.00 |
| 02/11/21 | B.A. Funari | Multiple emails with counsel regarding Urish deposition. | 0.50 | 545.00 | 272.50 |
| 02/11/21 | A. G. Mahfood | Review chart re GTM documents attached to third motion to compel forensic examination, compare same to document requests, discuss same and potential affidavit from GTM w/ B. Funari; conduct Relativity searches in GTM documents | 0.50 | 350.00 | 175.00 |
| 02/12/21 | B.A. Funari | Review and analysis of PPTT's third motion to compel; confer with A. | 0.90 | 545.00 | 490.50 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | Mahfood regarding opposition to motion to compel. | | | |
| 02/12/21 | A. G. Mahfood | Prepare for and participate in conference call w/ B. Funari re strategy for responding to third motion to compel forensic investigation re GTM documents; research and draft brief in opposition to third motion to compel forensic investigation re GTM documents and transmit same to B. Funari | 4.50 | 350.00 | 1,575.00 |
| 02/15/21 | A. G. Mahfood | Revise brief in opposition to third motion to compel forensic examination re GTM documents per comments and revisions from B. Funari; correspond w/ J. Manning and D. Steele re ▮▮▮▮; revise same per comments and revisions from J. Manning; prepare for and internal correspondence re filing same | 0.80 | 350.00 | 280.00 |
| 02/15/21 | A. G. Mahfood | Compile exhibits to brief in opposition to motion to compel forensic examination re GTM documents | 0.20 | 350.00 | 70.00 |
| 02/15/21 | B.A. Funari | Review and revise opposition brief to PPTT's third motion to compel; confer with A. Mahfood regarding same; review clients' comments to same. | 1.90 | 545.00 | 1,035.50 |
| 02/17/21 | A. G. Mahfood | Discuss strategy re motions to compel in front of Special Master w/ B. Funari; correspond re same w/ J. | 0.50 | 350.00 | 175.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | Manning and D. Steele; correspond w/ B. Funari, M. Betts, and D. Willis re exhibits to motions to compel; review motion to compel deposition of K. Urish and extend discovery; correspond and discuss same w/ B. Funari and K. Gallagher | | | |
| 02/18/21 | A. G. Mahfood | Review briefing scheduling re motion to compel deposition and extend discovery and correspond re and discuss same w/ B. Funari and K. Gallagher; review letter re K. Urish medical condition from K. Gallagher | 0.10 | 350.00 | 35.00 |
| 02/18/21 | B.A. Funari | Receipt and analysis of motion to compel; telephone conference with K. Gallagher regarding response to same; confer with A. Mahfood regarding same. | 1.50 | 545.00 | 817.50 |
| 02/19/21 | B.A. Funari | Receipt and analysis of motion to compel Urish deposition; telephone conference with K. Gallagher regarding response to same. | 1.00 | 545.00 | 545.00 |
| 02/19/21 | A. G. Mahfood | Begin researching and drafting brief in opposition to motion to compel K. Urish deposition and to extend discovery | 0.60 | 350.00 | 210.00 |
| 02/22/21 | A. G. Mahfood | Research and draft brief in opposition to motion to compel deposition of K. Urish and to extend discovery and transmit to B. Funari | 1.80 | 350.00 | 630.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 02/23/21 | B.A. Funari | Draft and revise motion to compel Urish deposition; telephone conference with K. Gallagher regarding response to same; confer with A. Mahfood regarding same. | 2.20 | 545.00 | 1,199.00 |
| 02/23/21 | A. G. Mahfood | Revise brief in opposition to motion to compel Urish deposition and extend discovery per comments and revisions from B. Funari; discuss and correspond re same w/ B. Funari | 0.60 | 350.00 | 210.00 |
| 02/24/21 | B.A. Funari | Revise brief in opposition to motion to compel Urish deposition; receipt of Urish opposition brief; confer with K. Gallagher regarding same. | 1.80 | 545.00 | 981.00 |
| 02/24/21 | A. G. Mahfood | Correspond and discuss w/ B. Funari and K. Gallagher re oppositions to motion to compel Urish deposition and extend discovery; review opposition from Urish; revise Defendants' opposition; internal correspondence re filing same | 0.50 | 350.00 | 175.00 |
| 02/27/21 | B.A. Funari | Prepare for status conference. | 0.50 | 545.00 | 272.50 |
| **Totals** | | | **45.60** | | **20,113.50** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Brad A. Funari | 21.30 hrs @ $ | 545.00 / hr | 11,608.50 |
| Alex G. Mahfood | 24.30 hrs @ $ | 350.00 / hr | 8,505.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| **Total Professional Services** | | | **20,113.50** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | | Amount |
|---|---|---|---|
| | Data Hosting Fee | | 67.18 |
| | Duplicating/Printing/Scanning | 9.00 @ 0.15 | 1.35 |
| | User Fee | | 75.00 |
| 02/09/2021 | U.S. LEGAL SUPPORT - DEPOSITION EXPENSE Video - Patrick Sweet | | 422.50 |
| 02/09/2021 | U.S. LEGAL SUPPORT - DEPOSITION EXPENSE Deposition of Patrick Sweet | | 367.80 |
| 02/15/2021 | BIT-X-BIT, LLC - EXPERT FEES EXPERT COSTS | | 1,800.00 |
| | **Total Expenses and Other Charges** | | **2,733.83** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 20,113.50 |
| Total Expenses and Other Charges | $ | 2,733.83 |
| **TOTAL CURRENT INVOICE DUE** | $ | **22,847.33** |
| **Total Amount Due** | $ | **22,847.33** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3384569** |
| Invoice Date: | **4/12/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees.............................................................................$        30,353.00

Total Current Expenses and Other Charges .....................................$        2,022.20

**Total Due This Invoice:**                                                         **$        32,375.20**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3384569** |
| Invoice Date: | **4/12/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance |
|---|---|---|---|---|
| 02/12/21 | 3367907 | 27,447.34 | 0.00 | 27,447.34 |
| 03/11/21 | 3375489 | 22,847.33 | 0.00 | 22,847.33 |

**Total Unpaid Balance Previously Billed**      $      50,294.67

According to our records, the above invoices previously billed on this matter, remain unpaid.
Please review your records and remit payment for any of these previously submitted invoices,
which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| DPAD Group, LLC | Invoice Number: **3384569** |
| 7919 Greentree Road | Invoice Date: **4/12/2021** |
| Bethesda, MD 20817 | Client Number: **394378** |
| | Matter Number: **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees..............................................................................................$       30,353.00

Total Current Expenses and Other Charges ....................................................$      2,022.20

**Total Due This Invoice:** **$     32,375.20**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3384569** |
| Invoice Date: | **4/12/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH March 31, 2021**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/01/21 | A. G. Mahfood | Draft points to raise at status conference and transmit to B. Funari; prepare for and participate in status conference w/ Court and counsel; discuss same w/ B. Funari; review order on motion to compel Urish deposition and to extend discovery and hearing minutes; correspond re same w/ B. Funari and K. Gallagher | 1.60 | 350.00 | 560.00 |
| 03/01/21 | B.A. Funari | Prepare for and participate in status conference; follow-up discussions with K. Gallagher and A. Mahfood. | 1.70 | 545.00 | 926.50 |
| 03/02/21 | B.A. Funari | Update from B. Creasey regarding ██████████ ███ | 0.30 | 545.00 | 163.50 |
| 03/03/21 | B.A. Funari | Receipt and analyses of Special Masters' 2 reports and recommendations; confer with A. Mahfood regarding same. | 1.70 | 545.00 | 926.50 |
| 03/03/21 | A. G. Mahfood | Review report and recommendation on motion to compel continued depositions; review report and recommendation on motions to compel forensic | 0.50 | 350.00 | 175.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | examination; discuss same w/ B. Funari | | | |
| 03/04/21 | B.A. Funari | Review and analysis of GTM and Boston documents cited in R&R; prepare for call with clients regarding same. | 1.50 | 545.00 | 817.50 |
| 03/04/21 | A. G. Mahfood | Discuss strategy for objecting to R&R on motions to compel forensic examination w/ B. Funari; correspond w/ B. Funari, J. Manning, and D. Steele re █████; correspond w/ J. Worobij and internally re document search and processing requests for GTM and Boston Documents; review documents produced by both GTM and DPAD and discuss same w/ B. Funari | 1.10 | 350.00 | 385.00 |
| 03/04/21 | J. Worobij | Perform duplicate document searches and set up saved searches for A. Mahfood to review | 3.00 | 200.00 | 600.00 |
| 03/05/21 | A. G. Mahfood | Prepare for and participate in conference call w/ B. Funari, J. Manning, and D. Steele | 1.00 | 350.00 | 350.00 |
| 03/05/21 | J. Worobij | Set up Brainspace analysis to perform duplicate document searches and set up saved searches for A. Mahfood to review | 2.50 | 200.00 | 500.00 |
| 03/05/21 | B.A. Funari | Call with clients to discuss ███████████████ | 0.50 | 545.00 | 272.50 |
| 03/07/21 | B.A. Funari | Analysis of J. Manning's ██████████████. | 0.50 | 545.00 | 272.50 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|------------|-------------|-------|------|--------|
| 03/08/21 | A. G. Mahfood | Review ▮▮▮ from D. Steele, J. Manning, and B. Funari re ▮▮▮▮▮; begin researching and drafting objections to report and recommendation on motions to compel forensic examination | 2.70 | 350.00 | 945.00 |
| 03/08/21 | B.A. Funari | Review and analysis of materials and emails from clients. | 0.80 | 545.00 | 436.00 |
| 03/09/21 | B.A. Funari | Prepare for and participate in strategy call with clients; review ▮▮▮▮ from J. Manning. | 1.80 | 545.00 | 981.00 |
| 03/09/21 | A. G. Mahfood | Discuss strategy for objections to report and recommendation on motions to compel forensic examination w/ B. Funari; discuss conference call w/ J. Manning and D. Steele w/ B. Funari; review correspondence from J. Manning re same | 0.20 | 350.00 | 70.00 |
| 03/10/21 | A. G. Mahfood | Review notice of intent to serve subpoena on Urish Popeck; correspond w/ B. Funari and opposing counsel re same; continue researching and drafting objections to report and recommendation on motions to compel forensic examination; discuss strategy for same w/ B. Funari | 2.80 | 350.00 | 980.00 |
| 03/11/21 | A. G. Mahfood | Continue researching and | 1.10 | 350.00 | 385.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | drafting objections to report and recommendation on motions to compel forensic examination | | | |
| 03/12/21 | B.A. Funari | Multiple emails among counsel regarding the Urish Popeck deposition. | 0.30 | 545.00 | 163.50 |
| 03/12/21 | A. G. Mahfood | Continue researching and drafting objections to report and recommendation on motions to compel forensic examination; transmit same to B. Funari | 4.10 | 350.00 | 1,435.00 |
| 03/14/21 | A. G. Mahfood | Research and draft motion for oral argument on motions to compel forensic examination and objections to report and recommendation and transmit to B. Funari | 0.80 | 350.00 | 280.00 |
| 03/15/21 | B.A. Funari | Work on objections to report and recommendations regarding motions to compel. | 1.50 | 545.00 | 817.50 |
| 03/15/21 | B.A. Funari | Receipt and analysis of Urish Popeck's objections to Judge Kelly's ruling; e-mail correspondence with K. Gallagher regarding same. | 0.50 | 545.00 | 272.50 |
| 03/16/21 | B.A. Funari | Work on objections to R&R; confer with K. Gallagher regarding UP's Objections to Judge Kelly's order regarding UP deposition; receipt and analysis of same; receipt of order denying same. | 5.20 | 545.00 | 2,834.00 |
| 03/16/21 | A. G. Mahfood | Review objections to order compelling UP deposition; review order overruling same; correspond w/ B. Funari and | 0.20 | 350.00 | 70.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | K. Gallagher re same | | | |
| 03/17/21 | B.A. Funari | Work on objections to report and recommendations regarding motions to compel. | 1.60 | 545.00 | 872.00 |
| 03/18/21 | B.A. Funari | Work on objections to report and recommendations regarding motions to compel. | 2.20 | 545.00 | 1,199.00 |
| 03/19/21 | B.A. Funari | Work on objections to report and recommendations regarding motions to compel. | 1.80 | 545.00 | 981.00 |
| 03/19/21 | A. G. Mahfood | Revise objections to report and recommendation on motions to compel forensic examination from B. Funari; discuss same w/ B. Funari; transmit same to J. Manning and D. Steele | 1.60 | 350.00 | 560.00 |
| 03/22/21 | A. G. Mahfood | Review J. Manning's revisions to objections to report and recommendation on motions to compel forensic examination; create compare version of same and transmit to B. Funari; correspond w/ B. Funari, J. Manning, and D. Steele re ██████ ██████ | 0.30 | 350.00 | 105.00 |
| 03/23/21 | B.A. Funari | Review clients' objections to report and recommendations regarding motions to compel and draft declaration; prepare for and participate in call with clients regarding ██████ | 2.00 | 545.00 | 1,090.00 |
| 03/23/21 | A. G. Mahfood | Prepare for and participate in conference call w/ B. Funari re revisions from J. Manning to objections to report and | 5.20 | 350.00 | 1,820.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | recommendation on motions to compel forensic examination; prepare for and participate in conference call w/ B. Funari, J. Manning, and D. Steele re ▮▮▮▮▮; revise objections per conference calls; draft declarations of J. Manning and D. Steele in support of objections; transmit revised objections and declarations to B. Funari | | | |
| 03/24/21 | B.A. Funari | Finalize objections to R&R; revise client declarations; confer with clients and A. Mahfood regarding same | 2.80 | 545.00 | 1,526.00 |
| 03/24/21 | A. G. Mahfood | Revise declarations of J. Manning and D. Steele per comments and revisions from B. Funari; conform objections to report and recommendation on motions to compel per same revisions; compile exhibits to declaration of J. Manning; transmit revised objections and declarations to J. Manning and D. Steele; correspond w/ J. Manning re revised objections; correspond w/ D. Steele re declaration and discuss same w/ B. Funari | 1.80 | 350.00 | 630.00 |
| 03/25/21 | A. G. Mahfood | Final review, revisions, and compilation of exhibits for objections to report and recommendation on motions to compel; discuss ▮▮▮▮ w/ D. Steele and B. Funari; final review and revisions to | 1.50 | 350.00 | 525.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | motion for oral argument on objections; prepare for filing and serving objections and motion | | | |
| 03/25/21 | B.A. Funari | Finalize and file objections to report and recommendations regarding motions to compel and draft declaration; confer with A. Mahfood regarding same; prepare for and participate in call with K. Gallagher regarding UP deposition. | 1.50 | 545.00 | 817.50 |
| 03/29/21 | B.A. Funari | Prepare for Urish Popeck deposition. | 1.90 | 545.00 | 1,035.50 |
| 03/30/21 | A. G. Mahfood | Discuss Urish Popeck deposition w/ B. Funari; correspond re same w/ B. Funari, D. Steele, and J. Manning | 0.20 | 350.00 | 70.00 |
| 03/30/21 | B.A. Funari | Prepare for Urish Popeck deposition. | 1.70 | 545.00 | 926.50 |
| 03/31/21 | A. G. Mahfood | Discuss K. Urish deposition w/ B. Funari; correspond w/ B. Funari and J. Manning re same and Urish Popeck documents | 0.20 | 350.00 | 70.00 |
| 03/31/21 | B.A. Funari | Prepare for and attend Jen Urish deposition; debrief with client and counsel for Urish Popeck. | 4.60 | 545.00 | 2,507.00 |
| **Totals** | | | **68.80** | | **30,353.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brad A. Funari | 36.40 hrs @ $ | 545.00 / hr | 19,838.00 |
| Alex G. Mahfood | 26.90 hrs @ $ | 350.00 / hr | 9,415.00 |
| John Worobij | 5.50 hrs @ $ | 200.00 / hr | 1,100.00 |
| **Total Professional Services** | | | **30,353.00** |

**DISBURSEMENTS AND OTHER CHARGES**

| Date | Description | | Amount |
|---|---|---|---|
| | Data Hosting Fee | | 67.25 |
| | Duplicating/Printing/Scanning | 33.00 @ 0.15 | 4.95 |
| | User Fee | | 150.00 |
| 03/09/2021 | BIT-X-BIT, LLC - EXPERT FEES Expert | | 1,800.00 |
| | **Total Expenses and Other Charges** | | **2,022.20** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 30,353.00 |
| Total Expenses and Other Charges | $ | 2,022.20 |
| **TOTAL CURRENT INVOICE DUE** | $ | **32,375.20** |
| **Total Amount Due** | $ | **32,375.20** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| DPAD Group, LLC | Invoice Number: **3394623** |
| 7919 Greentree Road | Invoice Date: **5/14/2021** |
| Bethesda, MD 20817 | Client Number: **394378** |
| | Matter Number: **394378.60001** |

## *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees..................................................................................$     28,658.00

Total Current Expenses and Other Charges ......................................$      4,522.51

**Total Due This Invoice:**                                         **$      33,180.51**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| DPAD Group, LLC | Invoice Number: **3394623** |
| 7919 Greentree Road | Invoice Date: **5/14/2021** |
| Bethesda, MD 20817 | Client Number: **394378** |
| | Matter Number: **394378.60001** |

### STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance |
|---|---|---|---|---|
| 04/12/21 | 3384569 | 32,375.20 | 0.00 | 32,375.20 |

**Total Unpaid Balance Previously Billed**   $   32,375.20

According to our records, the above invoices previously billed on this matter, remain unpaid. Please review your records and remit payment for any of these previously submitted invoices, which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3394623** |
| Invoice Date: | **5/14/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees..............................................................................$    28,658.00

Total Current Expenses and Other Charges ....................................................$     4,522.51

**Total Due This Invoice:**                                            **$    33,180.51**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3394623** |
| Invoice Date: | **5/14/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH April 30, 2021**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/16/21 | A. G. Mahfood | Review response to objections to special master's report and recommendation on motions to compel forensic examination; correspond w/ B. Funari re same | 0.40 | 350.00 | 140.00 |
| 04/16/21 | B.A. Funari | Receipt and analysis of PPTT's opposition to objections to report and recommendation. | 1.00 | 545.00 | 545.00 |
| 04/22/21 | A. G. Mahfood | Review order adopting report and recommendation on motions to compel forensic examination; discuss same w/ B. Funari; correspond re same w/ J. Martin | 0.70 | 350.00 | 245.00 |
| 04/23/21 | B.A. Funari | Call with J. Martin regarding appeal strategy. | 1.00 | 545.00 | 545.00 |
| 04/23/21 | J.C. Martin | Brief review and analysis of legal bases for certification and writ petition relate to discovery ruling. | 0.90 | 990.00 | 891.00 |
| 04/23/21 | J.C. Martin | Call with Mr. Funari and Mr. Mahfood on possible response to adverse ruling including reconsideration, certification and stay and prepare notes on same for possible next steps. | 1.10 | 990.00 | 1,089.00 |

File No. 394378.60001          Invoice No. 3394623          Page 1



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 04/23/21 | A. G. Mahfood | Discuss options for district court and appellate relief from order adopting report and recommendation on motions to compel forensic examination w/ J. Martin and B. Funari; correspond re ████ w/ B. Funari, J. Manning, and D. Steele | 1.10 | 350.00 | 385.00 |
| 04/23/21 | D.E. Alperstein | Participated in call with J. Martin regarding case background and research and drafting needs for potential motions for reconsideration, certification, and stay. | 0.70 | 450.00 | 315.00 |
| 04/23/21 | J.C. Martin | Review and analysis of trial court pleading and orders related to discovery ruling and possible appellate options. | 0.80 | 990.00 | 792.00 |
| 04/26/21 | D.E. Alperstein | Reviewed court and Special Master orders to understand case factual background (2.7); researched 1292(b) requirements in the context of discovery orders (2.4). | 5.10 | 450.00 | 2,295.00 |
| 04/26/21 | A. G. Mahfood | Prepare for and participate in conference call w/ B. Funari, J. Manning, and D. Steele re ████████; conduct legal research re motion for reconsideration, certification, and stay | 1.00 | 350.00 | 350.00 |
| 04/26/21 | B.A. Funari | Prepare for and participate in call with clients to discuss Judge Stickman's ruling on R&R. | 0.80 | 545.00 | 436.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 04/27/21 | A. G. Mahfood | Participate in conference call w/ B. Funari, J. Martin, and D. Alperstein re drafting motion for reconsideration, certification, and stay; begin researching and drafting same | 5.30 | 350.00 | 1,855.00 |
| 04/27/21 | D.E. Alperstein | Participated in call with J. Martin, B. Funari, and A. Mahfood regarding strategic approach for motions for reconsideration, certification for interlocutory appeal, and immediate stay (0.9); outlined and organized motion for certification for interlocutory appeal (1.3); reviewed relevant case orders to inform motion for certification (1.1); researched legal standards for interlocutory appeal under Section 1292(b) (2.1). | 5.40 | 450.00 | 2,430.00 |
| 04/27/21 | J.C. Martin | Call with trial team on approach to reconsideration, certification and stay and prepare notes on same. | 0.70 | 990.00 | 693.00 |
| 04/28/21 | J.C. Martin | E-mails with Mr. Alperstein on approach to certification requirements and analyze reasoning on same. | 0.30 | 990.00 | 297.00 |
| 04/28/21 | A. G. Mahfood | Continue researching and drafting motion for reconsideration, certification, and stay; prepare for and participate in conference call re same w/ D. Alperstein | 3.90 | 350.00 | 1,365.00 |
| 04/28/21 | D.E. Alperstein | Researched legal standards and authority under each sub-factor of the interlocutory- | 5.80 | 450.00 | 2,610.00 |

File No. 394378.60001          Invoice No. 3394623          Page 3



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | appeal inquiry under Section 1292(b) (3.5); organized motion along sub-factors of the three main factors in the interlocutory-appeal inquiry (1.5); participated in call with A. Mahfood regarding progress and strategy for motions for reconsideration and certification (0.8). | | | |
| 04/29/21 | D.E. Alperstein | Participated in call with A. Mahfood to discuss draft motion for certification for interlocutory appeal (0.5); researched and drafted motion for certification for interlocutory appeal (9.3). | 9.80 | 450.00 | 4,410.00 |
| 04/29/21 | A. G. Mahfood | Discuss strategy for certification component of motion for reconsideration, certification, and stay w/ D. Alperstein; review and revise same certification component | 1.00 | 350.00 | 350.00 |
| 04/30/21 | B.A. Funari | Draft and revise Motion for Reconsideration; confer with team and clients regarding same; finalize and file same. | 3.80 | 545.00 | 2,071.00 |
| 04/30/21 | D.E. Alperstein | Drafted motion for certification for interlocutory appeal (2.9); revised and finalized draft motions for reconsideration, certification, and stay (1.9). | 4.80 | 450.00 | 2,160.00 |
| 04/30/21 | J.C. Martin | Review, revise and analyze motion for reconsideration, certification and stay. | 1.60 | 990.00 | 1,584.00 |
| 04/30/21 | A. G. Mahfood | Continue reviewing and revising certification component of motion for | 2.30 | 350.00 | 805.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | reconsideration, certification, and stay; correspond w/ D. Alperstein re same; transmit to J. Martin and B. Funari; revise per comments and revisions from J. Martin and B. Funari; correspond re same w/ J. Manning and D. Steele; final review and revisions to same; file same | | | |
| **Totals** | | | **59.30** | | **28,658.00** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|-----------|-------|------|-------|
| James C. Martin | 5.40 hrs @ $ | 990.00 / hr | 5,346.00 |
| Brad A. Funari | 6.60 hrs @ $ | 545.00 / hr | 3,597.00 |
| Daniel E. Alperstein | 31.60 hrs @ $ | 450.00 / hr | 14,220.00 |
| Alex G. Mahfood | 15.70 hrs @ $ | 350.00 / hr | 5,495.00 |
| **Total Professional Services** | | | **28,658.00** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| | Data Hosting Fee | 67.25 |
| | Westlaw | 271.84 |
| 04/02/2021 | Michael J. Betts LLC - EXPERT FEES Special Master | 4,183.42 |
| | **Total Expenses and Other Charges** | **4,522.51** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 28,658.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Total Expenses and Other Charges        $        4,522.51

**TOTAL CURRENT INVOICE DUE**        $        **33,180.51**

**Total Amount Due**        $        **33,180.51**





Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | | |
|---|---|---|
| DPAD Group, LLC | Invoice Number: | **3403199** |
| 7919 Greentree Road | Invoice Date: | **6/10/2021** |
| Bethesda, MD 20817 | Client Number: | **394378** |
| | Matter Number: | **394378.60001** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees.................................................................................$    12,982.00

Total Current Expenses and Other Charges ......................................$          67.25

**Total Due This Invoice:**                                    **$      13,049.25**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3403199** |
| Invoice Date: | **6/10/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

### STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/<br>Credits | Balance |
|---|---|---|---|---|
| 04/12/21 | 3384569 | 32,375.20 | 0.00 | 32,375.20 |
| 05/14/21 | 3394623 | 33,180.51 | 0.00 | 33,180.51 |

**Total Unpaid Balance Previously Billed**      $     65,555.71

According to our records, the above invoices previously billed on this matter, remain unpaid.
Please review your records and remit payment for any of these previously submitted invoices,
which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3403199** |
| Invoice Date: | **6/10/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees...................................................................................$       12,982.00

Total Current Expenses and Other Charges .....................................$            67.25

**Total Due This Invoice:** **$      13,049.25**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3403199** |
| Invoice Date: | **6/10/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH May 31, 2021**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/02/21 | J.C. Martin | Review and revise draft of motion for reconsideration, certification and stay. | 1.20 | 990.00 | 1,188.00 |
| 05/03/21 | B.A. Funari | Confer with J. Martin regarding strategy; receipt of scheduling order from Court; draft proposed order for Court | 0.50 | 545.00 | 272.50 |
| 05/03/21 | A. G. Mahfood | Draft proposed order for motion for reconsideration, certification, and stay and prepare for filing of same; discuss briefing schedule on motion w/ B. Funari | 0.30 | 350.00 | 105.00 |
| 05/04/21 | A. G. Mahfood | Correspond w/ J. Manning and opposing counsel re selection of forensic examiner and search terms; discuss same w/ B. Funari; correspond re same w/ D. Willis and B. Funari | 0.30 | 350.00 | 105.00 |
| 05/04/21 | B.A. Funari | Emails with opposing counsel; review PPTT's proposed search terms and forensic examiner; confer with A. Mahfood regarding same. | 1.80 | 545.00 | 981.00 |
| 05/05/21 | B.A. Funari | Prepare for and participate in court-required meet and confer; follow up emails regarding proposed forensic examiners. | 1.70 | 545.00 | 926.50 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 05/05/21 | A. G. Mahfood | Discuss meet and confer w/ B. Funari; prepare for and participate in same w/ D. Willis, R. Hannen, and B. Funari | 0.80 | 350.00 | 280.00 |
| 05/06/21 | B.A. Funari | Receipt of and review PPTT's proposed status report; multiple calls and emails regarding same; draft DPAD's insert for same; finalize same for filing. | 2.70 | 545.00 | 1,471.50 |
| 05/06/21 | A. G. Mahfood | Review proposed joint status report from J. Lorek; correspond and discuss same w/ B. Funari, J. Lorek, and D. Willis; draft separate joint status report and transmit to opposing counsel; revise insert to joint status report from B. Funari | 1.50 | 350.00 | 525.00 |
| 05/10/21 | B.A. Funari | Receipt and analysis of PPTT's brief in opposition to motion for reconsideration. | 0.80 | 545.00 | 436.00 |
| 05/10/21 | A. G. Mahfood | Review brief in opposition to motion for reconsideration, certification for interlocutory appeal, and immediate stay; correspond w/ J. Manning, D. Steele, and B. Funari re██████ | 0.20 | 350.00 | 70.00 |
| 05/17/21 | B.A. Funari | Receipt and order denying motion for reconsideration; confer with A. Mahfood regarding same. | 0.70 | 545.00 | 381.50 |
| 05/17/21 | D.E. Alperstein | Reviewed opinion issued on motions for reconsideration, certification, and stay. | 0.20 | 450.00 | 90.00 |
| 05/17/21 | A. G. Mahfood | Review order on motion for reconsideration, certification, | 0.50 | 350.00 | 175.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | and stay; discuss same w/ B. Funari; correspond re same w/ J. Martin and D. Alperstein | | | |
| 05/18/21 | A. G. Mahfood | Discuss next steps re order denying motion for reconsideration, certification, and stay w/ B. Funari; correspond w/ J. Manning and D. Steele re ▮▮▮ | 0.10 | 350.00 | 35.00 |
| 05/19/21 | B.A. Funari | Prepare for and participate in call with clients regarding ▮▮▮▮▮ | 0.50 | 545.00 | 272.50 |
| 05/19/21 | A. G. Mahfood | Participate in conference call w/ B. Funari, J. Manning, and D. Steele re ▮▮▮▮▮▮ | 0.30 | 350.00 | 105.00 |
| 05/20/21 | B.A. Funari | Interview potential evaluators; begin drafting search term list and protocol. | 3.20 | 545.00 | 1,744.00 |
| 05/21/21 | B.A. Funari | Draft proposed search terms and protocol; emails with client and opposing counsel regarding same. | 2.20 | 545.00 | 1,199.00 |
| 05/21/21 | A. G. Mahfood | Revise proposed search term protocol; correspond and discuss same w/ B. Funari | 0.20 | 350.00 | 70.00 |
| 05/24/21 | A. G. Mahfood | Participate in conference call w/ B. Funari, J. Manning, and D. Steele re ▮▮▮▮▮ ; correspond w/ B. Funari and D. Willis re same; revise supplemental status report and correspond and discuss same w/ B. Funari | 0.70 | 350.00 | 245.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | and internally | | | |
| 05/24/21 | B.A. Funari | Call with clients ███████ ████████ ; draft amended status report; confer with potential expert from Precise; file status report | 3.30 | 545.00 | 1,798.50 |
| 05/25/21 | A. G. Mahfood | Review PPTT's response to supplemental status report; review errata re same; discuss same w/ B. Funari; correspond re same w/ B. Funari and internally; discuss revisions to customer notice letter w/ B. Funari | 0.20 | 350.00 | 70.00 |
| 05/25/21 | B.A. Funari | Receipt and analysis of PPTT's amended status report. | 0.80 | 545.00 | 436.00 |
| **Totals** | | | **24.70** | | **12,982.00** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| James C. Martin | 1.20 hrs @ $ | 990.00 / hr | 1,188.00 |
| Brad A. Funari | 18.20 hrs @ $ | 545.00 / hr | 9,919.00 |
| Daniel E. Alperstein | 0.20 hrs @ $ | 450.00 / hr | 90.00 |
| Alex G. Mahfood | 5.10 hrs @ $ | 350.00 / hr | 1,785.00 |
| **Total Professional Services** | | | **12,982.00** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| | Data Hosting Fee | 67.25 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Description | Amount |
|------|-------------|--------|
| | **Total Expenses and Other Charges** | **67.25** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 12,982.00 |
| Total Expenses and Other Charges | $ | 67.25 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **13,049.25** |
| **Total Amount Due** | **$** | **13,049.25** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| DPAD Group, LLC | Invoice Number: **3412250** |
| 7919 Greentree Road | Invoice Date: **7/12/2021** |
| Bethesda, MD 20817 | Client Number: **394378** |
| | Matter Number: **394378.60001** |

## *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees.................................................................................$    8,594.50

Total Current Expenses and Other Charges .....................................$    1,460.85

**Total Due This Invoice:**                                    **$    10,055.35**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI** ♦ **ATHENS** ♦ **AUSTIN** ♦ **BEIJING** ♦ **BRUSSELS** ♦ **CENTURY CITY** ♦ **CHICAGO** ♦ **DALLAS** ♦ **DUBAI** ♦ **FRANKFURT** ♦ **HONG KONG** ♦ **HOUSTON** ♦ **KAZAKHSTAN** ♦ **LONDON** ♦ **LOS ANGELES** ♦ **MIAMI**
**MUNICH** ♦ **NEW YORK** ♦ **PARIS** ♦ **PHILADELPHIA** ♦ **PITTSBURGH** ♦ **PRINCETON** ♦ **RICHMOND** ♦ **SAN FRANCISCO** ♦ **SHANGHAI** ♦ **SILICON VALLEY** ♦ **SINGAPORE** ♦ **TYSONS** ♦ **WASHINGTON, D.C.** ♦ **WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3412250** |
| Invoice Date: | **7/12/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance |
|---|---|---|---|---|
| 04/12/21 | 3384569 | 32,375.20 | 0.00 | 32,375.20 |
| 05/14/21 | 3394623 | 33,180.51 | 0.00 | 33,180.51 |
| 06/10/21 | 3403199 | 13,049.25 | 0.00 | 13,049.25 |

**Total Unpaid Balance Previously Billed**          $          78,604.96

According to our records, the above invoices previously billed on this matter, remain unpaid. Please review your records and remit payment for any of these previously submitted invoices, which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3412250** |
| Invoice Date: | **7/12/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees..............................................................................$    8,594.50

Total Current Expenses and Other Charges ....................................$    1,460.85

**Total Due This Invoice:**                               **$    10,055.35**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3412250** |
| Invoice Date: | **7/12/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH June 30, 2021

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/21 | A. G. Mahfood | Review order appointing forensic examiner and adopting search terms; discuss same w/ B. Funari; correspond w/ D. Willis and forensic examiner | 0.20 | 350.00 | 70.00 |
| 06/02/21 | B.A. Funari | Call with J. Manning and counsel for Samsung. | 0.30 | 545.00 | 163.50 |
| 06/04/21 | B.A. Funari | Emails with clients regarding ███████ | 0.70 | 545.00 | 381.50 |
| 06/07/21 | B.A. Funari | Call with J. Manning regarding ███████ call with R. Hannen regarding possible settlement discussion. | 0.70 | 545.00 | 381.50 |
| 06/08/21 | B.A. Funari | Multiple emails with opposing counsel and CRA regarding scope of work as ordered by the Court. | 0.80 | 545.00 | 436.00 |
| 06/08/21 | A. G. Mahfood | Correspond w/ B. Funari, J. Manning, and D. Steele re ███████ correspond w/ B. Funari, opposing counsel, and forensic examiner re scope of project | 0.20 | 350.00 | 70.00 |
| 06/10/21 | A. G. Mahfood | Correspond w/ counsel for Holly Frontier, B. Funari, and | 0.20 | 350.00 | 70.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | J. Manning re notice letter; discuss same w/ B. Funari | | | |
| 06/10/21 | B.A. Funari | Emails with J. Manning regarding ███████ call with counsel for Zimmer Biomet; confer with clients and A. Mahfood regarding inquiries from Holly Frontier and CISCO; email with court appointed examiner regarding potential conflicts. | 1.40 | 545.00 | 763.00 |
| 06/11/21 | A. G. Mahfood | Discuss forensic review process and timeline w/ counsel for Holly Frontier | 0.70 | 350.00 | 245.00 |
| 06/14/21 | B.A. Funari | Emails correspondence with D. Roffner and opposing counsel regarding scope and timing of engagement; confer with clients regarding same. | 1.20 | 545.00 | 654.00 |
| 06/14/21 | A. G. Mahfood | Correspond w/ forensic examiner, B. Funari, and opposing counsel re conference call re scope of engagement and discussion points with Judge Stickman; discuss same w/ B. Funari | 0.10 | 350.00 | 35.00 |
| 06/18/21 | B.A. Funari | Call with D. Roffman regarding terms of engagement and conflicts inquiry. | 0.30 | 545.00 | 163.50 |
| 06/21/21 | B.A. Funari | Prepare for court conference regarding scope of forensic examination; emails with client and court regarding same. | 1.30 | 545.00 | 708.50 |
| 06/22/21 | B.A. Funari | Prepare for and participate in status conference. | 1.80 | 545.00 | 981.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/22/21 | A. G. Mahfood | Discuss status conference re forensic examination w/ B. Funari; correspond w/ D. Willis, D. Roffman, and B. Funari re same | 0.20 | 350.00 | 70.00 |
| 06/23/21 | A. G. Mahfood | Discuss legal research re ███████ preliminary analysis of same | 0.20 | 350.00 | 70.00 |
| 06/25/21 | B.A. Funari | Redline engagement letter; emails with client regarding same. | 1.30 | 545.00 | 708.50 |
| 06/28/21 | B.A. Funari | Prepare for and participate in court conference with CRA and Judge Stickman. | 1.30 | 545.00 | 708.50 |
| 06/28/21 | A. G. Mahfood | Discuss status conference, briefing schedule, and next steps re forensic examination w/ B. Funari | 0.50 | 350.00 | 175.00 |
| 06/29/21 | B.A. Funari | Redline engagement letter; emails with client regarding ███; conference call with counsel for CRA and J. Manning regarding same. | 1.30 | 545.00 | 708.50 |
| 06/29/21 | A. G. Mahfood | Discuss status of negotiations with Charles River re engagement letter and status report for same w/ B. Funari | 0.30 | 350.00 | 105.00 |
| 06/30/21 | B.A. Funari | Multiple emails and call with counsel for CRA regarding engagement letter; emails with J. Manning regarding ███; revise engagement letter. | 1.70 | 545.00 | 926.50 |
| **Totals** | | | **16.70** | | **8,594.50** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brad A. Funari | 14.10 hrs @ $ | 545.00 / hr | 7,684.50 |
| Alex G. Mahfood | 2.60 hrs @ $ | 350.00 / hr | 910.00 |
| **Total Professional Services** | | | **8,594.50** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | | Amount |
|---|---|---|---|
| | Data Hosting Fee | | 67.25 |
| | Duplicating/Printing/Scanning | 27.00 @ 0.15 | 4.05 |
| 06/16/2021 | BIT-X-BIT, LLC - DOCUMENTATION CHARGE Annual Document Storage Fee | | 1,000.00 |
| 06/28/2021 | Lisa J Van Scyoc - DEPOSITION EXPENSE Deposition Transcript Kenneth Urish | | 389.55 |
| | **Total Expenses and Other Charges** | | **1,460.85** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 8,594.50 |
| Total Expenses and Other Charges | $ | 1,460.85 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **10,055.35** |
| **Total Amount Due** | **$** | **10,055.35** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3422019** |
| Invoice Date: | **8/12/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees.................................................................................$    14,352.00

Total Current Expenses and Other Charges .......................................$       67.25

**Total Due This Invoice:**            **$    14,419.25**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3422019** |
| Invoice Date: | **8/12/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance |
|---|---|---|---|---|
| 06/10/21 | 3403199 | 13,049.25 | 0.00 | 13,049.25 |
| 07/12/21 | 3412250 | 10,055.35 | 0.00 | 10,055.35 |

**Total Unpaid Balance Previously Billed** $ 23,104.60

According to our records, the above invoices previously billed on this matter, remain unpaid.
Please review your records and remit payment for any of these previously submitted invoices,
which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3422019** |
| Invoice Date: | **8/12/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

### INVOICE SUMMARY

Total Current Fees .............................................................................. $     14,352.00

Total Current Expenses and Other Charges ..................................... $     67.25

      **Total Due This Invoice:**       **$    14,419.25**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| DPAD Group, LLC | Invoice Number: **3422019** |
| 7919 Greentree Road | Invoice Date: **8/12/2021** |
| Bethesda, MD 20817 | Client Number: **394378** |
| | Matter Number: **394378.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH July 31, 2021**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/21 | B.A. Funari | Multiple emails and call with counsel for CRA regarding engagement letter; emails with J. Manning regarding ▓▓▓▓; revise engagement letter. | 0.50 | 545.00 | 272.50 |
| 07/02/21 | B.A. Funari | Multiple emails and call with counsel for CRA regarding engagement letter; emails with J. Manning regarding ▓▓▓▓ revise engagement letter. | 1.60 | 545.00 | 872.00 |
| 07/06/21 | B.A. Funari | Emails with client regarding ▓▓▓▓▓▓▓. | 0.20 | 545.00 | 109.00 |
| 07/07/21 | B.A. Funari | Finalize CRA engagement letter; draft and file status report. | 1.80 | 545.00 | 981.00 |
| 07/07/21 | A. G. Mahfood | Review status report re independent forensic examiner; confer with B. Funari re: same. | 0.20 | 350.00 | 70.00 |
| 07/08/21 | B.A. Funari | Emails with clients regarding ▓▓▓▓▓▓▓ receipt and analysis of PPT's motion for clarification. | 1.50 | 545.00 | 817.50 |
| 07/12/21 | B.A. Funari | Draft response in opposition to motion for clarification. | 2.60 | 545.00 | 1,417.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 07/12/21 | B.A. Funari | Email exchange with Exelon's counsel regarding letter from John Manning. | 0.30 | 545.00 | 163.50 |
| 07/13/21 | B.A. Funari | Draft response in opposition to motion for clarification. | 6.50 | 545.00 | 3,542.50 |
| 07/14/21 | A. G. Mahfood | Revise brief in opposition to motion for clarification per comments and revisions from B. Funari and J. Manning; correspond re and discuss ▮▮▮ w/ B. Funari and J. Manning; file same | 1.70 | 350.00 | 595.00 |
| 07/14/21 | B.A. Funari | Work on opposition brief. | 4.50 | 545.00 | 2,452.50 |
| 07/23/21 | B.A. Funari | Receipt and analysis of order regarding motion for clarification; confer with A. Mahfood regarding same. | 0.70 | 545.00 | 381.50 |
| 07/23/21 | A. G. Mahfood | Review order granting in part and denying in part PPTT's motion for clarification on forensic examination orders; discuss same w/ B. Funari; transmit responsive Boston and GTM documents to B. Funari | 0.30 | 350.00 | 105.00 |
| 07/26/21 | B.A. Funari | Emails with clients regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮ . | 0.70 | 545.00 | 381.50 |
| 07/27/21 | B.A. Funari | Multiple emails with counsel and forensic investigator regarding scope of CTM and Boston documents to be searched. | 1.30 | 545.00 | 708.50 |
| 07/27/21 | A. G. Mahfood | Correspond and discuss w/ opposing counsel, forensic examiner, B. Funari, and | 0.50 | 350.00 | 175.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | internally re Boston and GTM documents provided to forensic examiner; review and revise correspondence to opposing counsel re same | | | |
| 07/28/21 | B.A. Funari | Multiple emails with opposing counsel and forensic investigator regarding scope of CTM and Boston documents to be searched. | 0.50 | 545.00 | 272.50 |
| 07/29/21 | B.A. Funari | Emails with counsel for forensic investigator and client regarding scope of CTM and Boston documents to be searched and scheduling imaging; emails with Willis and Roffman regarding documents to be searched for per R&R. | 0.70 | 545.00 | 381.50 |
| 07/29/21 | B.A. Funari | Coordinate revisions to engagement letter with CRA's counsel; emails with J. Manning regarding ████. | 0.30 | 545.00 | 163.50 |
| 07/30/21 | B.A. Funari | Confer with D. Roffman regarding dates for imaging; revise engagement letter; emails with CRA's general counsel regarding same. | 0.90 | 545.00 | 490.50 |
| **Totals** | | | **27.30** | | **14,352.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|-----------|-------|------|-------|
| Brad A. Funari | 24.60 hrs @ $ | 545.00 / hr | 13,407.00 |
| Alex G. Mahfood | 2.70 hrs @ $ | 350.00 / hr | 945.00 |
| **Total Professional Services** | | | **14,352.00** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| | Data Hosting Fee | 67.25 |
| | **Total Expenses and Other Charges** | **67.25** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 14,352.00 |
| Total Expenses and Other Charges | $ | 67.25 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **14,419.25** |
| **Total Amount Due** | **$** | **14,419.25** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3434247** |
| Invoice Date: | **9/24/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees.................................................................................$    10,213.50

Total Current Expenses and Other Charges ....................................$           71.30

**Total Due This Invoice:**                                    **$     10,284.80**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3434247** |
| Invoice Date: | **9/24/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance |
|---|---|---|---|---|
| 06/10/21 | 3403199 | 13,049.25 | 0.00 | 13,049.25 |
| 07/12/21 | 3412250 | 10,055.35 | 0.00 | 10,055.35 |
| 08/12/21 | 3422019 | 14,419.25 | 0.00 | 14,419.25 |

**Total Unpaid Balance Previously Billed**      $     37,523.85

According to our records, the above invoices previously billed on this matter, remain unpaid.
Please review your records and remit payment for any of these previously submitted invoices,
which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3434247** |
| Invoice Date: | **9/24/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees............................................................................$      10,213.50

Total Current Expenses and Other Charges ....................................................$      71.30

      **Total Due This Invoice:**      **$      10,284.80**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3434247** |
| Invoice Date: | **9/24/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH August 31, 2021**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/02/21 | B.A. Funari | Coordinate revisions to engagement letter with CRA's counsel; emails with J. Manning, D. Steele and D. Roffman regarding ▮▮▮▮ | 0.40 | 545.00 | 218.00 |
| 08/03/21 | A. G. Mahfood | Correspond w/ B. Funari and D. Roffman re forensic examination protocol and logistics; discuss same w/ B. Funari | 0.20 | 350.00 | 70.00 |
| 08/03/21 | B.A. Funari | Call with forensic investigator regarding scope of GTM and Boston documents to be searched and scheduling imaging; emails with clients regarding ▮▮▮ | 0.50 | 545.00 | 272.50 |
| 08/05/21 | B.A. Funari | Call with J. Manning regarding ▮▮▮▮ ▮▮▮▮ emails with clients regarding ▮▮▮ | 0.50 | 545.00 | 272.50 |
| 08/05/21 | A. G. Mahfood | Correspond and discuss w/ D. Steele, D. Roffman, and B. Funari re logistics associated with forensic imaging | 0.40 | 350.00 | 140.00 |
| 08/09/21 | B.A. Funari | Receipt and analysis of Plaintiff's Second Motion to Clarify | 0.50 | 545.00 | 272.50 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 08/09/21 | A. G. Mahfood | Review motion for clarification relating to GTM documents; discuss same w/ B. Funari; correspond w/ B. Funari, D. Roffman, and J. Manning re e-mail accounts and passwords | 0.30 | 350.00 | 105.00 |
| 08/11/21 | B.A. Funari | Emails with client regarding ██████████. | 0.10 | 545.00 | 54.50 |
| 08/16/21 | B.A. Funari | Emails with counsel and D. Roffman regarding status of the forensic imaging of devices download of all email. | 0.50 | 545.00 | 272.50 |
| 08/16/21 | A. G. Mahfood | Correspond w/ D. Roffman re status of forensic examination; discuss same w/ B. Funari | 0.10 | 350.00 | 35.00 |
| 08/19/21 | B.A. Funari | Draft opposition to motion for clarification. | 5.60 | 545.00 | 3,052.00 |
| 08/20/21 | B.A. Funari | Draft opposition to second motion for clarification. | 4.00 | 545.00 | 2,180.00 |
| 08/23/21 | B.A. Funari | Receipt of order granting motion for clarification; call with clerk regarding same; emails with opposing counsel and D. Roffman regarding same; finalize and file opposition brief. | 2.60 | 545.00 | 1,417.00 |
| 08/23/21 | A. G. Mahfood | Review order granting second motion for clarification; correspond w/ and discuss B. Funari re same; revise response to motion for clarification; finalize and file same | 1.80 | 350.00 | 630.00 |
| 08/26/21 | B.A. Funari | Emails with counsel and D. Roffman regarding search | 0.30 | 545.00 | 163.50 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | terms. | | | |
| 08/27/21 | B.A. Funari | Emails with counsel and D. Roffman regarding search terms. | 0.30 | 545.00 | 163.50 |
| 08/27/21 | A. G. Mahfood | Correspond w/ D. Roffman, B. Funari, and D. Willis re conference call re search terms; review PPTT's motion to file reply in support of motion for clarification and proposed reply; discuss same w/ B. Funari | 0.30 | 350.00 | 105.00 |
| 08/30/21 | B.A. Funari | Zoom with counsel and D. Roffman regarding search results and other issues. | 1.00 | 545.00 | 545.00 |
| 08/30/21 | A. G. Mahfood | Review order on motion for clarification and order on leave to file reply in support of motion for clarification; correspond w/ D. Willis re same; prepare for and participate in conference call w/ D. Roffman, B. Funari, D. Willis, and R. Hannen re search terms | 0.70 | 350.00 | 245.00 |
| **Totals** | | | **20.10** | | **10,213.50** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|-----------|-------|------|-------|
| Brad A. Funari | 16.30 hrs @ $ | 545.00 / hr | 8,883.50 |
| Alex G. Mahfood | 3.80 hrs @ $ | 350.00 / hr | 1,330.00 |
| **Total Professional Services** | | | **10,213.50** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | | Amount |
|------|-------------|--|--------|
| | Data Hosting Fee | | 67.25 |
| | Duplicating/Printing/Scanning | 27.00 @ 0.15 | 4.05 |
| | **Total Expenses and Other Charges** | | **71.30** |

## INVOICE SUMMARY

| | | |
|--|--|--|
| Total Fees | $ | 10,213.50 |
| Total Expenses and Other Charges | $ | 71.30 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **10,284.80** |
| **Total Amount Due** | **$** | **10,284.80** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3441056** |
| Invoice Date: | **10/12/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## *REMITTANCE PAGE*
### *PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees...............................................................................$      26,073.00

Total Current Expenses and Other Charges .....................................$         67.25

**Total Due This Invoice:**                                    **$      26,140.25**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3441056** |
| Invoice Date: | **10/12/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/<br>Credits | Balance |
|---|---|---|---|---|
| 06/10/21 | 3403199 | 13,049.25 | 0.00 | 13,049.25 |
| 07/12/21 | 3412250 | 10,055.35 | 0.00 | 10,055.35 |
| 08/12/21 | 3422019 | 14,419.25 | 0.00 | 14,419.25 |
| 09/24/21 | 3434247 | 10,284.80 | 0.00 | 10,284.80 |

**Total Unpaid Balance Previously Billed** $ 47,808.65

According to our records, the above invoices previously billed on this matter, remain unpaid.
Please review your records and remit payment for any of these previously submitted invoices,
which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| DPAD Group, LLC | Invoice Number: **3441056** |
| 7919 Greentree Road | Invoice Date: **10/12/2021** |
| Bethesda, MD 20817 | Client Number: **394378** |
| | Matter Number: **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees.............................................................................$     26,073.00

Total Current Expenses and Other Charges .....................................$_____ 67.25

      **Total Due This Invoice:**               **$_____26,140.25**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3441056** |
| Invoice Date: | **10/12/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH September 30, 2021**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/01/21 | A. G. Mahfood | Review correspondence from D. Roffman and D. Willis re Boston and GTM documents; discuss same w/ B. Funari | 0.20 | 350.00 | 70.00 |
| 09/02/21 | B.A. Funari | Prepare and participate in call requested by CRA to discuss e-discovery issues. | 1.20 | 545.00 | 654.00 |
| 09/07/21 | B.A. Funari | Prepare for and participate in conference call with clients regarding ▬▬▬. | 1.10 | 545.00 | 599.50 |
| 09/08/21 | B.A. Funari | Emails with CRA regarding document collection and produuction. | 0.60 | 545.00 | 327.00 |
| 09/08/21 | A. G. Mahfood | Participate in meeting w/ B. Funari re strategy to resolve forensic examination process; correspond w/ B. Funari re requesting status conference for same | 0.50 | 350.00 | 175.00 |
| 09/09/21 | B.A. Funari | Review standalone PDFs of the Boston and GTM docs from Willis to CRA; emails regarding Roffman's questions regarding redactions, etc. | 1.50 | 545.00 | 817.50 |
| 09/09/21 | A. G. Mahfood | Discuss drafting request for status conference w/ B. Funari; review documents for drafting same; draft same; | 1.50 | 350.00 | 525.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | transmit same to B. Funari | | | |
| 09/10/21 | B.A. Funari | Call with CRA and opposing counsel regarding outstanding issues; review past court orders; draft motion for status conference. | 6.50 | 545.00 | 3,542.50 |
| 09/10/21 | A. G. Mahfood | Discuss revisions to motion for status conference w/ B. Funari; revise same; preliminary review of petition for attorneys' fees and costs; discuss same w/ B. Funari | 1.10 | 350.00 | 385.00 |
| 09/13/21 | A. G. Mahfood | Correspond w/ B. Funari, J. Manning, and D. Steele re ▮▮▮▮▮▮ prepare for and participate in same; revise motion for status conference per comments and revisions from B. Funari and J. Manning | 1.50 | 350.00 | 525.00 |
| 09/13/21 | B.A. Funari | Call with clients; revise the Motion for a Status Conference; file same; begin analysis of PPTT's fee petition. | 2.20 | 545.00 | 1,199.00 |
| 09/14/21 | A. G. Mahfood | Finalize motion for status conference and exhibits to same; correspond and discuss w/ B. Funari; internal correspondence re filing and serving same; review order setting briefing schedule on petition for attorneys' fees; internal correspondence re same | 1.00 | 350.00 | 350.00 |
| 09/14/21 | B.A. Funari | Analysis of PPTT's fee | 1.50 | 545.00 | 817.50 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | petition; research ▇▇▇▇ ▇▇▇▇▇▇▇▇▇. | | | |
| 09/15/21 | B.A. Funari | Multiple emails with CRA, opposing counsel and the court setting status conference date. | 1.50 | 545.00 | 817.50 |
| 09/15/21 | A. G. Mahfood | Correspond w/ D. Willis and B. Funari re narrowing search terms; discuss supplementing motion for a status conference re same w/ B. Funari; correspond w/ Court, B. Funari, and opposing counsel re status conference; correspond w/ D. Roffman, B. Funari, and opposing counsel re redaction issue; discuss response to petition for attorneys' fees w/ B. Funari | 0.50 | 350.00 | 175.00 |
| 09/16/21 | B.A. Funari | Outline topics for status conference. | 1.50 | 545.00 | 817.50 |
| 09/16/21 | R. J. Tritschler | Legal research and analysis re: ▇▇▇▇▇▇▇▇▇▇▇ | 2.10 | 300.00 | 630.00 |
| 09/16/21 | R. J. Tritschler | Office conference with B. Funari re: case strategy and legal research needed. | 0.50 | 300.00 | 150.00 |
| 09/17/21 | A. G. Mahfood | Discuss response in opposition to petition for attorneys' fees and strategy re same w/ B. Funari; correspond w/ D. Roffman, D. Willis, and B. Funari re strategy for redacted GTM | 0.60 | 350.00 | 210.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | documents; correspond re and discuss narrowing search terms w/ B. Funari, D. Willis, and D. Roffman | | | |
| 09/20/21 | B.A. Funari | Begin drafting motion to hold fee petition in abeyance; confer with G. Stubenhofer regarding expert testimony; multiple emails to Willis and CRA regarding ex parte communications. | 2.70 | 545.00 | 1,471.50 |
| 09/20/21 | A. G. Mahfood | Begin drafting brief in opposition to petition for attorneys' fees; discuss motion to hold motion for attorney's fees in abeyance, status conference, and preparation for same w/ B. Funari | 2.00 | 350.00 | 700.00 |
| 09/21/21 | B.A. Funari | Drafting motion to hold fee petition in abeyance; confer with A. Mahfood regarding same. | 3.20 | 545.00 | 1,744.00 |
| 09/21/21 | A. G. Mahfood | Draft status report in advance of pre-trial status conference; transmit same to B. Funari; correspond re and discuss same w/ B. Funari; transmit same to J. Manning, D. Steele, and internally; revise motion to hold motion for attorneys' in abeyance or in the alternative for extension of time; correspond w/ B. Funari and internally re same; continue researching and drafting brief in opposition to petition for attorneys' fees | 3.60 | 350.00 | 1,260.00 |
| 09/22/21 | B.A. Funari | Prepare for and participate in | 1.20 | 545.00 | 654.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | call with clients ████ █████ call with ████ | | | |
| 09/22/21 | B.A. Funari | Call with clients regarding ████████ | 0.60 | 545.00 | 327.00 |
| 09/22/21 | A. G. Mahfood | Review order setting briefing schedule on motion to hold fee petition in abeyance; correspond w/ B. Funari and internally re same; discuss status report w/ B. Funari; correspond w/ Court and J. Manning re status conference; participate in conference call w/ B. Funari, J. Manning, and D. Steele re status conference; review response in opposition to motion for status conference; discuss same w/ B. Funari; review and discuss draft e-mail to D. Roffman in advance of status conference | 1.10 | 350.00 | 385.00 |
| 09/23/21 | B.A. Funari | Prepare for and participate in status conference with the Court; follow up with clients regarding same. | 2.30 | 545.00 | 1,253.50 |
| 09/23/21 | A. G. Mahfood | Prepare for status conference w/ B. Funari; participate in same; discuss same w/ B. Funari and J. Manning; correspond w/ J. Manning re ████████ correspond w/ J. Manning re ████████ | 1.40 | 350.00 | 490.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 09/24/21 | B.A. Funari | Emails from client and Willis; review production from CRA and preliminary findings. | 2.10 | 545.00 | 1,144.50 |
| 09/24/21 | A. G. Mahfood | Correspond w/ B. Funari re information for review by declarant in opposition to petition for attorneys' fees; correspond w/ D. Willis and B. Funari re motion to modify court order; preliminary review of CRA production re Boston and GTM Documents | 0.50 | 350.00 | 175.00 |
| 09/27/21 | B.A. Funari | Analysis of spreadsheet produced to the court by CRA and discuss same with A. Mahfood. | 1.20 | 545.00 | 654.00 |
| 09/27/21 | A. G. Mahfood | Discuss CRA document production w/ B. Funari | 0.30 | 350.00 | 105.00 |
| 09/28/21 | B.A. Funari | Draft motion to modify order; conference call with CRA to discuss spreadsheet produced to the court. | 1.20 | 545.00 | 654.00 |
| 09/28/21 | A. G. Mahfood | Discuss CRA document production w/ B. Funari; participate in conference call w/ B. Funari and J. Havidic re same | 1.50 | 350.00 | 525.00 |
| 09/29/21 | B.A. Funari | Draft and file motion to modify order; receipt and review of PPTT's motion to modify order. | 2.30 | 545.00 | 1,253.50 |
| 09/30/21 | A. G. Mahfood | Discuss CRA document review and analysis w/ B. Funari; correspond w/ B. Funari, E. Costantinou, and M. Mihalich re same; review and revise motion to modify order; discuss same w/ B. | 1.40 | 350.00 | 490.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | Funari; finalize and file same; review PPTT's motion to modify order and discuss same w/ B. Funari | | | |
| **Totals** | | | **55.70** | | **26,073.00** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|------------|------:|-----:|------:|
| Brad A. Funari | 34.40 hrs @ $ | 545.00 / hr | 18,748.00 |
| Alex G. Mahfood | 18.70 hrs @ $ | 350.00 / hr | 6,545.00 |
| Robert J. Tritschler | 2.60 hrs @ $ | 300.00 / hr | 780.00 |
| **Total Professional Services** | | | **26,073.00** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|------|-------------|-------:|
| | Data Hosting Fee | 67.25 |
| | **Total Expenses and Other Charges** | **67.25** |

## INVOICE SUMMARY

| | | |
|---|---|---:|
| Total Fees | $ | 26,073.00 |
| Total Expenses and Other Charges | $ | 67.25 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **26,140.25** |
| **Total Amount Due** | **$** | **26,140.25** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3451170** |
| Invoice Date: | **11/11/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees..................................................................................$     18,667.00

Total Current Expenses and Other Charges ......................................$         139.71

**Total Due This Invoice:**                                         **$      18,806.71**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3451170** |
| Invoice Date: | **11/11/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees ............................................................................... $     18,667.00

Total Current Expenses and Other Charges ..................................................... $     139.71

    **Total Due This Invoice:**     **$     18,806.71**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3451170** |
| Invoice Date: | **11/11/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH October 31, 2021**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/21 | A. G. Mahfood | Correspond w/ J. Manning and D. Steele re ██████ ██████; participate in meeting w/ B. Funari and E. Costantinou re review of CRA, Boston, and GTM Documents | 1.30 | 350.00 | 455.00 |
| 10/01/21 | B.A. Funari | Meeting with team to discuss CRA results and analysis of results. | 1.20 | 545.00 | 654.00 |
| 10/04/21 | B.A. Funari | Review documents from CRA. | 1.80 | 545.00 | 981.00 |
| 10/04/21 | E. C. Costantinou | Document Review | 2.90 | 300.00 | 870.00 |
| 10/05/21 | B.A. Funari | Review documents produced by CRA; analysis of same | 1.20 | 545.00 | 654.00 |
| 10/05/21 | E. C. Costantinou | Document Review | 4.00 | 300.00 | 1,200.00 |
| 10/05/21 | A. G. Mahfood | Review analysis of CRA, GTM, and Boston Documents from E. Costantinou; correspond re same w/ E. Costantinou and B. Funari; discuss same w/ B. Funari | 0.50 | 350.00 | 175.00 |
| 10/06/21 | E. C. Costantinou | Reviewed results of Special Master's R&R report, comparing CRA files to | 1.90 | 300.00 | 570.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Boston Documents/GTM Documents. | | | |
| 10/06/21 | A. G. Mahfood | Review order on motions to modify forensic examination process; correspond w/ B. Funari and D. Cohen re same; correspond w/ E. Costantinou re review of CRA, GTM, and Boston Documents; review PPTT's response in opposition to hold petition for attorneys' fees in abeyance | 0.50 | 350.00 | 175.00 |
| 10/06/21 | B.A. Funari | Read PPTT's opposition to motion to hold fee issue in abeyance. | 0.80 | 545.00 | 436.00 |
| 10/07/21 | E. C. Costantinou | Reviewed results of Special Master's R&R report, comparing CRA files to Boston Documents/GTM Documents. | 1.10 | 300.00 | 330.00 |
| 10/07/21 | A. G. Mahfood | Participate in conference call w/ B. Funari, J. Manning, and D. Steele re ███████; correspond w/ D. Cohen, bit-x-bit- and M. Mihalich re same | 0.70 | 350.00 | 245.00 |
| 10/07/21 | B.A. Funari | Call with clients regarding strategy and Court's order regarding document review. | 0.80 | 545.00 | 436.00 |
| 10/08/21 | B.A. Funari | Conference calls with RS Red Team and bit-x-bit regarding quotes for document review; follow up call with D. Roffman regarding same. | 1.50 | 545.00 | 817.50 |
| 10/12/21 | D.R. Cohen | – Telephone call with and emails to/from B. Funari, A. | 1.10 | 1,115.00 | 1,226.50 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | Mahfood, P. Novak, B. Wurzel regarding document review and emails to S. Neumann (Compliance), B. Wurzel re review quote | | | |
| 10/13/21 | B.A. Funari | Emails with Hannen regarding settlement demand; attend to document review set up. | 1.30 | 545.00 | 708.50 |
| 10/13/21 | A. G. Mahfood | Draft file review protocol; correspond w/ opposing counsel, B. Funari, J. Manning, and D. Steele re ▇▇▇▇▇ | 1.50 | 350.00 | 525.00 |
| 10/19/21 | M. Mihalich | Conference call with CRA in regard to going forward steps regarding the transfer of the Nuix case and the forensic images at the request of A. Mahfood. | 0.40 | 200.00 | 80.00 |
| 10/19/21 | A. G. Mahfood | Correspond and discuss w/ CRA and M. Mihalich re transfer of data from CRA to Reed Smith; discuss same w/ B. Funari | 0.50 | 350.00 | 175.00 |
| 10/20/21 | M. Mihalich | Create FileZilla Site Manager for the transfer of the Nuix case provided by CRA at the request of A. Mahfood (2.20); | 2.20 | 200.00 | 440.00 |
| 10/20/21 | A. G. Mahfood | Correspond w/ CRA, M. Mihalich, and B. Funari re document transmission from CRA and processing of same | 0.20 | 350.00 | 70.00 |
| 10/20/21 | B.A. Funari | Tend to data transfer from CRA. | 2.50 | 545.00 | 1,362.50 |
| 10/21/21 | M. Mihalich | Prepare D34383_PPT_v_DPAP_External Nuix Evidence files for | 2.20 | 200.00 | 440.00 |

File No. 394378.60001        Invoice No. 3451170        Page 3



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | running search terms provided by A. Mahfood (1.40); review processing options for D34383_PPT_v_DPAP_External Nuix Evidence files at the request of A. Mahfood (0.80); | | | |
| 10/21/21 | M.M. Crawford | Consult with case team to discuss data processing and next steps; consult with gravity stack to detmine scope of processing. | 0.80 | 325.00 | 260.00 |
| 10/22/21 | M. Mihalich | Back-up D34383_PPT_v_DPAP_External Nuix Evidence files for running search terms provided by A. Mahfood (0.80); review processing options for D34383_PPT_v_DPAP_External Nuix Evidence files at the request of A. Mahfood (0.70); | 1.50 | 200.00 | 300.00 |
| 10/22/21 | A. G. Mahfood | Discuss status of document review w/ counsel for Holly Frontier | 0.20 | 350.00 | 70.00 |
| 10/25/21 | A. G. Mahfood | Review order denying motion for attorneys' fees; discuss and correspond re same w/ B. Funari; discuss status of transferring and processing document collection from CRA w/ B. Funari and M. Mihalich | 0.20 | 350.00 | 70.00 |
| 10/25/21 | M.M. Crawford | Assist case team with setting up processing of NUIX database. | 1.00 | 325.00 | 325.00 |
| 10/25/21 | B.A. Funari | Receipt of Court Order regarding PPTT's motion for | 4.00 | 545.00 | 2,180.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | attorneys fees; communicate with clients regarding same; meeting with A. Mahfood and M. Mihalich regarding status of data processing from CRA. | | | |
| 10/26/21 | M. Mihalich | Address questions raised by A. Mahfood in regard to the mounting the Nuix case and running the search terms with Array (0.70); | 0.70 | 200.00 | 140.00 |
| 10/26/21 | B.A. Funari | Call with J. Manning regarding | 0.50 | 545.00 | 272.50 |
| 10/26/21 | B.A. Funari | Calls with J. Manning and D. Roffman regarding CRA invoices; confer with A. Mahfood and M. Mihalich regarding status of data processing. | 1.20 | 545.00 | 654.00 |
| 10/27/21 | M. Mihalich | Address questions raised by A. Mahfood in regard to the mounting the Nuix case and running the search terms with Array (0.60); | 0.60 | 200.00 | 120.00 |
| 10/27/21 | M.M. Crawford | Work on preparing NUIX data for processing. | 0.60 | 325.00 | 195.00 |
| 10/28/21 | M.M. Crawford | Word with vendor and case team to prepare NUIX database processing. | 0.50 | 325.00 | 162.50 |
| 10/28/21 | D.R. Cohen | Review, revise and execute contract with Array, and emails to/from M Crawford re agreement | 0.80 | 1,115.00 | 892.00 |
| **Totals** | | | **44.70** | | **18,667.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| David R. Cohen | 1.90 hrs @ $ | 1,115.00 / hr | 2,118.50 |
| Brad A. Funari | 16.80 hrs @ $ | 545.00 / hr | 9,156.00 |
| Alex G. Mahfood | 5.60 hrs @ $ | 350.00 / hr | 1,960.00 |
| Mandy M. Crawford | 2.90 hrs @ $ | 325.00 / hr | 942.50 |
| Emily C. Costantinou | 9.90 hrs @ $ | 300.00 / hr | 2,970.00 |
| Michael Mihalich | 7.60 hrs @ $ | 200.00 / hr | 1,520.00 |
| **Total Professional Services** | | | **18,667.00** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|---|---|---|
| | Data Hosting Fee | 91.22 |
| 09/13/2021 | Array - Array -Blowback Printing - with Assembly / GBC Bind | 48.49 |
| | **Total Expenses and Other Charges** | **139.71** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 18,667.00 |
| Total Expenses and Other Charges | $ | 139.71 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **18,806.71** |
| **Total Amount Due** | **$** | **18,806.71** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| DPAD Group, LLC | Invoice Number: **3457832** |
| 7919 Greentree Road | Invoice Date: **12/7/2021** |
| Bethesda, MD 20817 | Client Number: **394378** |
| | Matter Number: **394378.60001** |

## *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees.................................................................................$     6,007.50

Total Current Expenses and Other Charges ......................................$       91.22

       **Total Due This Invoice:**     **$     6,098.72**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3457832** |
| Invoice Date: | **12/7/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/Credits | Balance |
|---|---|---|---|---|
| 11/11/21 | 3451170 | 18,806.71 | 0.00 | 18,806.71 |

**Total Unpaid Balance Previously Billed**      $     18,806.71

According to our records, the above invoices previously billed on this matter, remain unpaid.
Please review your records and remit payment for any of these previously submitted invoices,
which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3457832** |
| Invoice Date: | **12/7/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees..............................................................................$      6,007.50

Total Current Expenses and Other Charges .....................................$           91.22

**Total Due This Invoice:**                                                    **$       6,098.72**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3457832** |
| Invoice Date: | **12/7/2021** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH November 30, 2021**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/21 | B.A. Funari | Call with CRA regarding invoices. | 0.30 | 545.00 | 163.50 |
| 11/02/21 | M. Mihalich | Address questions raised by A. Mahfood in regard to running the search terms in the Nuix case and exporting the results with Array (0.50); | 0.50 | 200.00 | 100.00 |
| 11/02/21 | A. G. Mahfood | Correspond and discuss w/ M. Mihalich and Array re processing data and search terms | 0.30 | 350.00 | 105.00 |
| 11/04/21 | B.A. Funari | Emails regarding CRA invoices and status of document processing. | 0.30 | 545.00 | 163.50 |
| 11/04/21 | M. Mihalich | Address questions raised by A. Mahfood in regard to building the going forward steps for client review (0.50); | 0.50 | 200.00 | 100.00 |
| 11/04/21 | A. G. Mahfood | Correspond w/ opposing counsel re status of document review process; correspond w/ Array re search term protocol; correspond re and discuss same w/ B. Funari and M. Mihalich | 0.20 | 350.00 | 70.00 |
| 11/05/21 | B.A. Funari | Emails regarding CRA invoices and status of document processing. | 0.50 | 545.00 | 272.50 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 11/08/21 | A. G. Mahfood | Review summary of search results from Array; correspond w/ B. Funari and Array re same | 0.30 | 350.00 | 105.00 |
| 11/09/21 | B.A. Funari | Emails regarding document review and processing. | 0.40 | 545.00 | 218.00 |
| 11/09/21 | A. G. Mahfood | Correspond w/ Array, B. Funari, and M. Mihalich re search of forensic images; review updated hit reports re same | 0.30 | 350.00 | 105.00 |
| 11/10/21 | M. Mihalich | Nuix Searching Discussion with Array and Reed Smith case team (0.40); | 0.40 | 200.00 | 80.00 |
| 11/10/21 | A. G. Mahfood | Prepare for and participate in conference call w/ B. Funari, M. Mihalich, and Array team re search term results; correspond and discuss w/ B. Funari and opposing counsel re conference call to discuss status of document review and production; correspond w/ Array team re refining search term results | 0.80 | 350.00 | 280.00 |
| 11/11/21 | A. G. Mahfood | Correspond w/ B. Funari re draft communication to CRA re obtaining forensic devices and ceasing all further work; correspond w/ CRA re same; review further revised hit report from Array; draft proposed revisions to same and transmit to B. Funari | 0.40 | 350.00 | 140.00 |
| 11/12/21 | A. G. Mahfood | Correspond w/ B. Funari and D. Willis re conference call on status of document review; correspond w/ CRA and M. | 0.20 | 350.00 | 70.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | Mihalich re forensic images; discuss further revisions to search terms w/ B. Funari; correspond w/ Array re same | | | |
| 11/15/21 | B.A. Funari | Prepare for and participate in conference call with D. Willis regarding document review and production. | 0.50 | 545.00 | 272.50 |
| 11/15/21 | A. G. Mahfood | Prepare for and participate in conference call w/ B. Funari and opposing counsel re forensic image review; correspond w/ M. Mihalich re delivery of forensic images | 0.40 | 350.00 | 140.00 |
| 11/17/21 | B.A. Funari | Emails with clients and D. Willis regarding document processing and review; confer with team regarding same. | 1.70 | 545.00 | 926.50 |
| 11/17/21 | A. G. Mahfood | Correspond w/ D. Willis and B. Funari re search term process and status; discuss same w/ B. Funari | 0.20 | 350.00 | 70.00 |
| 11/18/21 | A. G. Mahfood | Review correspondence from D. Willis re search term process; correspond w/ Array Team re search terms; discuss same w/ B. Funari | 0.20 | 350.00 | 70.00 |
| 11/19/21 | A. G. Mahfood | Participate in conference call w/ B. Funari and J. Manning re ███████████ ███████; correspond w/ Array re same; discuss same w/ B. Funari; correspond w/ Array re hit report | 0.60 | 350.00 | 210.00 |
| 11/22/21 | B.A. Funari | emails regarding document processing and review. | 0.40 | 545.00 | 218.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 11/23/21 | B.A. Funari | Coordinate document processing and review; confer with team regarding same. | 1.00 | 545.00 | 545.00 |
| 11/23/21 | A. G. Mahfood | Review updated hit report from Array; correspond w/ Array, B. Funari, J. Manning, and D. Steele re ■■■■ | 0.40 | 350.00 | 140.00 |
| 11/24/21 | A. G. Mahfood | Correspond w/ J. Manning and M. Mihalich re Array hit report and next steps; discuss same w/ B. Funari | 0.20 | 350.00 | 70.00 |
| 11/29/21 | B.A. Funari | Call with clients regarding document processing and review; confer with team regarding same. | 1.00 | 545.00 | 545.00 |
| 11/29/21 | M. Mihalich | Address questions raised by M. Genovese in regard to ESI Deliverable Specification for Relativity at the request of B. Funari (0.70); | 0.70 | 200.00 | 140.00 |
| 11/29/21 | A. G. Mahfood | Prepare for and participate in conference call w/ B. Funari, J. Manning, and D. Steele re ■■■■■■; discuss same w/ B. Funari and M. Mihalich; review ■■■■■■ from J. Manning | 0.80 | 350.00 | 280.00 |
| 11/30/21 | B.A. Funari | emails regarding document processing and review. | 0.40 | 545.00 | 218.00 |
| 11/30/21 | M. Mihalich | Address questions raised by A. Mahfood in regard to the transfer of the exported materials from Nuix for review / production in Relativity (0.60); | 0.60 | 200.00 | 120.00 |
| 11/30/21 | A. G. Mahfood | Correspond w/ J. Manning | 0.20 | 350.00 | 70.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | and D. Steele re ███ discuss same w/ B. Funari; correspond w/ M. Mihalich and Array Team re status of document export | | | |
| **Totals** | | | **14.70** | | **6,007.50** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Brad A. Funari | 6.50 hrs @ $ | 545.00 / hr | 3,542.50 |
| Alex G. Mahfood | 5.50 hrs @ $ | 350.00 / hr | 1,925.00 |
| Michael Mihalich | 2.70 hrs @ $ | 200.00 / hr | 540.00 |
| **Total Professional Services** | | | **6,007.50** |

**DISBURSEMENTS AND OTHER CHARGES**

| Date | Description | Amount |
|------|-------------|--------|
| | Data Hosting Fee | 91.22 |
| | **Total Expenses and Other Charges** | **91.22** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 6,007.50 |
| Total Expenses and Other Charges | $ | 91.22 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **6,098.72** |
| **Total Amount Due** | **$** | **6,098.72** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON





Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| DPAD Group, LLC | Invoice Number: **3471529** |
| 7919 Greentree Road | Invoice Date: **1/25/2022** |
| Bethesda, MD 20817 | Client Number: **394378** |
| | Matter Number: **394378.60001** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees.................................................................................$  23,640.00

Total Current Expenses and Other Charges ......................................$     8,223.22

**Total Due This Invoice:**                  **$     31,863.22**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3471529** |
| Invoice Date: | **1/25/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/<br>Credits | Balance |
|---|---|---|---|---|
| 06/16/22 | 3513264 | 20,709.65 | 0.00 | 20,709.65 |

**Total Unpaid Balance Previously Billed**   $   20,709.65

According to our records, the above invoices previously billed on this matter, remain unpaid.
Please review your records and remit payment for any of these previously submitted invoices,
which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3471529** |
| Invoice Date: | **1/25/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees...............................................................................$     23,640.00

Total Current Expenses and Other Charges .....................................$      8,223.22

**Total Due This Invoice:**                                                **$      31,863.22**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| DPAD Group, LLC | Invoice Number: **3471529** |
| 7919 Greentree Road | Invoice Date: **1/25/2022** |
| Bethesda, MD 20817 | Client Number: **394378** |
| | Matter Number: **394378.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH December 31, 2021**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/21 | A. G. Mahfood | Draft status report re search of electronic devices; discuss and correspond re same w/ B. Funari | 1.00 | 350.00 | 350.00 |
| 12/01/21 | B.A. Funari | Multiple emails with team regarding document collection and review process. | 0.60 | 545.00 | 327.00 |
| 12/02/21 | M. Mihalich | Review contents of the 20211201 Export - Mobile deliverable receive from Array prior to submitting to the Operations Team for processing for review / production (1.90); address questions raised by A. Mahfood in regard to the processing of the exported materials from Nuix for review / production in Relativity with M. Genovese (1.20); | 3.10 | 200.00 | 620.00 |
| 12/02/21 | E. Sanroman | Prepare ESI for review as requested by A. Mahfood. | 0.30 | 200.00 | 60.00 |
| 12/02/21 | A. G. Mahfood | Revise status report re search of electronic devices per comments from B. Funari; correspond and discuss w/ Array and M. Mihalich re export of data from electronic devices; research and revise draft e-mail to opposing | 1.50 | 350.00 | 525.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | counsel re status report from B. Funari; correspond and discuss same w/ B. Funari and internally; correspond and discuss status report w/ B. Funari and opposing counsel; correspond re document review w/ D. Cohen | | | |
| 12/02/21 | M.M. Crawford | Attention to preparing documents for review. | 0.70 | 200.00 | 140.00 |
| 12/02/21 | R. J. Tritschler | Legal research and analysis re: ███████████████ | 1.20 | 325.00 | 390.00 |
| 12/02/21 | B.A. Funari | Revise draft status report to the court; emails with D. Willis regarding same; confer with A. Mahfood regarding same; multiple emails regarding Array's processing and schedule for completion. | 1.50 | 545.00 | 817.50 |
| 12/03/21 | M. Mihalich | Address questions raised by A. Mahfood in regard to the processing of the exported materials from Nuix for review / production in Relativity with M. Genovese (1.00); | 1.00 | 200.00 | 200.00 |
| 12/03/21 | A. G. Mahfood | Correspond w/ M. Mihalich and Array re remaining file transfer; correspond w/ D. Willis and B. Funari re status report and document production process; internal correspondence re filing status report; correspond w/ | 0.60 | 350.00 | 210.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | D. Cohen, B. Wurzel, and M. Mihalich re document review options; discuss same w/ B. Funari; draft e-mail to J. Manning and D. Steele outlining same | | | |
| 12/03/21 | B.A. Funari | Coordinate document processing and review. | 1.40 | 545.00 | 763.00 |
| 12/04/21 | B.A. Funari | Draft status report to clients. | 0.50 | 545.00 | 272.50 |
| 12/05/21 | B.A. Funari | Multiple emails coordinating retention of Compliance document reviewers. | 0.60 | 545.00 | 327.00 |
| 12/06/21 | A. G. Mahfood | Correspond B. Wurzel, M. Mihalich, and Compliance re document review process; correpsond w/ J. Manning, D. Steele, and B. Funari re ▮▮▮▮▮; Correspond w/ Array and M. Mihalich re document processing; revise document review protocol | 0.40 | 350.00 | 140.00 |
| 12/06/21 | M. Mihalich | Prepare NUIX2 Exports received from M. Genovese for review / production in Relativity at the request of A. Mahfood (1.40); | 1.40 | 200.00 | 280.00 |
| 12/06/21 | B.A. Funari | Emails with clients regarding ▮▮▮▮▮; review contract attorneys' resumes and approve review team. | 1.40 | 545.00 | 763.00 |
| 12/07/21 | A. G. Mahfood | Participate in conference call w/ B. Funari, J. Manning, and D. Steele re ▮▮▮▮▮; discuss review team, document | 1.50 | 350.00 | 525.00 |

Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|------------|-------------|-------|------|--------|
| | | review protocol, and related issues w/ B. Funari; correspond re same w/ Compliance; correspond w/ B. Whitecap re project management; discuss document review database w/ M. Mihalich | | | |
| 12/07/21 | M. Mihalich | Address questions raised by A. Mahfood in regard to the going forward steps with the Relativity review (0.80); | 0.80 | 200.00 | 160.00 |
| 12/07/21 | M.M. Crawford | Attention to preparing documents for review. | 2.50 | 200.00 | 500.00 |
| 12/07/21 | B.A. Funari | Prepare for and participate in status call with clients; multiple emails regarding document review. | 1.50 | 545.00 | 817.50 |
| 12/08/21 | A. G. Mahfood | Revise file review protocol per comments from B. Funari; draft e-mail to M. Crawford, B. Whitecap, and M. Mihalich re document review filtering and parameters; participate in conference call w/ M. Crawford, B. Whitecap, and M. Mihalich re same; draft invitation to Consilio Team re document review training; prepare for same | 2.00 | 350.00 | 700.00 |
| 12/08/21 | B.C. Whitecap | Participate in call with A. Mahfood to discuss DPAD review. | 0.50 | 275.00 | 137.50 |
| 12/08/21 | M.M. Crawford | Conference call with case team to discuss contract attorney review; Attention to preparing documents for review; prepare external | 4.50 | 200.00 | 900.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | accounts. | | | |
| 12/08/21 | B.A. Funari | Receive update from A. Mahfood regarding document review. | 0.30 | 545.00 | 163.50 |
| 12/09/21 | B.C. Whitecap | Participate in call with A. Mahfood to discuss DPAD review. | 1.00 | 275.00 | 275.00 |
| 12/09/21 | A. G. Mahfood | Prepare for and participate in document review training session w/ Compliance team; correspond w/ M. Crawford and B. Whitecap re same; correspond w/ J. Manning and D. Steele re ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓; field questions from Compliance team re specific documents; discuss document review w/ Compliance management | 2.20 | 350.00 | 770.00 |
| 12/09/21 | M.M. Crawford | Assist external review team with access issues. | 1.00 | 200.00 | 200.00 |
| 12/09/21 | B.A. Funari | Emails and update on document reviewer training. | 0.80 | 545.00 | 436.00 |
| 12/10/21 | A. G. Mahfood | Correspond w/ D. Steele re export of file index; field questions from Compliance review team; participate in video conference call w/ J. Manning and D. Steele re ▓▓▓▓▓▓▓▓ | 1.50 | 350.00 | 525.00 |
| 12/10/21 | M.M. Crawford | Assist external reviewers with issues and questions. | 1.00 | 200.00 | 200.00 |
| 12/11/21 | A. G. Mahfood | Correspond w/ J. Manning re ▓▓▓▓▓▓▓▓▓▓; correspond w/ M. Crawford re | 0.10 | 350.00 | 35.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | access to database | | | |
| 12/11/21 | B.A. Funari | Catch up on emails regarding progress of document review. | 0.70 | 545.00 | 381.50 |
| 12/12/21 | A. G. Mahfood | Correspond w/ J. Manning and D. Steele re ▉▉▉▉▉▉▉▉▉▉▉ | 0.10 | 350.00 | 35.00 |
| 12/13/21 | A. G. Mahfood | Participate in meeting w/ J. Manning and D. Steele re ▉▉▉▉▉▉▉ correspond w/ M. Crawford and Compliance review team re database access and promotion of certain documents; field questions from Compliance review team | 2.00 | 350.00 | 700.00 |
| 12/13/21 | M.M. Crawford | Assist external reviewers with Relativity issues; Attention to preparing documents for review. | 1.00 | 200.00 | 200.00 |
| 12/14/21 | A. G. Mahfood | Participate in conference call w/ J. Manning and D. Steele re ▉▉▉▉▉▉ correspond w/ M. Crawford, J. Manning, and D. Steele re ▉▉▉▉▉▉; field questions from Compliance review team; correspond w/ J. Manning re ▉▉▉ | 1.20 | 350.00 | 420.00 |
| 12/14/21 | B.A. Funari | Update on document review. | 0.80 | 545.00 | 436.00 |
| 12/14/21 | M.M. Crawford | Attention to preparing documents for review and production. | 0.50 | 200.00 | 100.00 |
| 12/15/21 | B.A. Funari | Update on document review. | 0.50 | 545.00 | 272.50 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 12/15/21 | A. G. Mahfood | Participate in conference call w/ Compliance review team re outstanding questions and next steps | 0.20 | 350.00 | 70.00 |
| 12/15/21 | M.M. Crawford | Assist external reviewers with Relativity questions and issues. | 0.50 | 200.00 | 100.00 |
| 12/16/21 | A. G. Mahfood | Correspond w/ Compliance review team and management re status and completion of document review | 0.20 | 350.00 | 70.00 |
| 12/17/21 | M.M. Crawford | Attention to preparing documents for review. | 1.00 | 200.00 | 200.00 |
| 12/17/21 | A. G. Mahfood | Correspond w/ Consilio review team and management and M. Crawford re completion of document review; discuss ▓▓▓▓▓ w/ B. Funari; correspond w/ D. Cohen, J. Manning, D. Steele, and B. Funari re same | 1.10 | 350.00 | 385.00 |
| 12/20/21 | B.A. Funari | Call with D. Cohen and A. Mahfood to discuss review progress and affidavit from Cohen. | 1.20 | 545.00 | 654.00 |
| 12/20/21 | A. G. Mahfood | Correspond w/ D. Cohen and B. Funari re conference call to discuss document review process and next steps; participate in same conference call; discuss next steps w/ B. Funari; draft e-mail to J. Manning and D. Steele re ▓▓▓▓; discuss revisions to same e-mail w/ B. | 1.80 | 350.00 | 630.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | Funari; revise same e-mail per discussion w/ B. Funari ; transmit same e-mail to J. Manning and D. Steele | | | |
| 12/20/21 | D.R. Cohen | T/c with and emails to/from B. Funari, A Mahfood re document review options and certification.  Prepare notes of call and email to/from B Wurzel re review | 0.70 | 895.00 | 626.50 |
| 12/21/21 | B.A. Funari | Call with clients regarding status update. | 1.20 | 545.00 | 654.00 |
| 12/21/21 | A. G. Mahfood | Prepare for and participate in conference call w/ B. Funari, J. Manning, and D. Steele re ▇▇▇▇; correspond w/ M. Crawford re creating various saved searches to test validity of document review process and accuracy of Compliance's responsiveness determinations; discuss same w/ B. Funari; correspond re ▇▇▇ w/ J. Manning and D. Steele; ▇▇▇▇▇▇ | 2.70 | 350.00 | 945.00 |
| 12/21/21 | D.R. Cohen | Analyze court order and telephone call with B. Funari, A. Mahfood regarding compliance review process options and attestation | 0.80 | 895.00 | 716.00 |
| 12/21/21 | M.M. Crawford | Attention to preparing documents for review. | 0.60 | 200.00 | 120.00 |
| 12/22/21 | A. G. Mahfood | Correspond w/ J. Manning re | 1.50 | 350.00 | 525.00 |





Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630



Reed Smith LLP



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI



Reed Smith LLP



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 12/29/21 | A. G. Mahfood | Continue reviewing and coding privileged documents; correspond w/ J. Manning and M. Crawford re ███████ | 2.40 | 350.00 | 840.00 |
| **Totals** | | | **66.90** | | **23,640.00** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| David R. Cohen | 1.50 hrs @ $ | 895.00 / hr | 1,342.50 |
| Brad A. Funari | 13.00 hrs @ $ | 545.00 / hr | 7,085.00 |
| Alex G. Mahfood | 29.80 hrs @ $ | 350.00 / hr | 10,430.00 |
| Robert J. Tritschler | 1.20 hrs @ $ | 325.00 / hr | 390.00 |
| Bradley C. Whitecap | 1.50 hrs @ $ | 275.00 / hr | 412.50 |
| Mandy M. Crawford | 13.30 hrs @ $ | 200.00 / hr | 2,660.00 |
| Michael Mihalich | 6.30 hrs @ $ | 200.00 / hr | 1,260.00 |
| Enrique Sanroman | 0.30 hrs @ $ | 200.00 / hr | 60.00 |
| **Total Professional Services** | | | **23,640.00** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| | Data Hosting Fee | 6,200.99 |
| | ESI Data Filtering/ECA | 25.80 |
| | ESI Data Processing | 121.43 |
| | User Fee | 1,875.00 |
| | **Total Expenses and Other Charges** | **8,223.22** |

## INVOICE SUMMARY



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | | |
|---|---|---|
| Total Fees | $ | 23,640.00 |
| Total Expenses and Other Charges | $ | 8,223.22 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **31,863.22** |
| **Total Amount Due** | **$** | **31,863.22** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3478932** |
| Invoice Date: | **2/21/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees.................................................................................$ 15,997.50

Total Current Expenses and Other Charges ......................................$ 6,653.88

**Total Due This Invoice:** **$ 22,651.38**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3478932** |
| Invoice Date: | **2/21/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance |
|---|---|---|---|---|
| 06/16/22 | 3513264 | 20,709.65 | 0.00 | 20,709.65 |

**Total Unpaid Balance Previously Billed**      $      20,709.65

According to our records, the above invoices previously billed on this matter, remain unpaid.
Please review your records and remit payment for any of these previously submitted invoices,
which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI** ♦ **ATHENS** ♦ **AUSTIN** ♦ **BEIJING** ♦ **BRUSSELS** ♦ **CENTURY CITY** ♦ **CHICAGO** ♦ **DALLAS** ♦ **DUBAI** ♦ **FRANKFURT** ♦ **HONG KONG** ♦ **HOUSTON** ♦ **KAZAKHSTAN** ♦ **LONDON** ♦ **LOS ANGELES** ♦ **MIAMI**
**MUNICH** ♦ **NEW YORK** ♦ **PARIS** ♦ **PHILADELPHIA** ♦ **PITTSBURGH** ♦ **PRINCETON** ♦ **RICHMOND** ♦ **SAN FRANCISCO** ♦ **SHANGHAI** ♦ **SILICON VALLEY** ♦ **SINGAPORE** ♦ **TYSONS** ♦ **WASHINGTON, D.C.** ♦ **WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3478932** |
| Invoice Date: | **2/21/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees..............................................................................$     15,997.50

Total Current Expenses and Other Charges ....................................$     6,653.88

**Total Due This Invoice:**                                          **$     22,651.38**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3478932** |
| Invoice Date: | **2/21/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH January 31, 2022**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/04/22 | A. G. Mahfood | Correspond w/ M. Crawford and J. Manning re meeting to discuss second level document review; correspond w/ M. Crawford re next steps in terms of Relativity logistics | 0.30 | 400.00 | 120.00 |
| 01/05/22 | B.A. Funari | Emails regarding documents needing further review; sample J. Manning documents. | 1.30 | 600.00 | 780.00 |
| 01/06/22 | M.M. Crawford | Conference call with case to discuss 2nd level review of documents; prepare searches per A. Mahfood. | 1.00 | 250.00 | 250.00 |
| 01/06/22 | A. G. Mahfood | Participate in Teams meeting w/ M. Crawford, J. Manning, and D. Steele re ███████ ███████████████ discuss follow-up steps w/ M. Crawford and B. Funari; spot review of documents deemed responsive to produce | 0.80 | 400.00 | 320.00 |
| 01/07/22 | A. G. Mahfood | Correspond w/ M. Crawford and B. Funari re first rolling production to PPTT; correspond and discuss w/ B. Funari and PPTT's counsel re meet and confer on case schedule; correspond w/ | 0.50 | 400.00 | 200.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | PPTT's counsel re transmission of document production | | | |
| 01/07/22 | M.M. Crawford | Prepare document production. | 1.00 | 250.00 | 250.00 |
| 01/10/22 | M.M. Crawford | Attention to preparing documents for review. | 0.50 | 250.00 | 125.00 |
| 01/10/22 | A. G. Mahfood | Correspond and discuss w/ B. Whitecap, M. Crawford, and B. Funari re second level document review | 0.90 | 400.00 | 360.00 |
| 01/10/22 | B.A. Funari | Review documents tagged by clients. | 1.00 | 600.00 | 600.00 |
| 01/11/22 | A. G. Mahfood | Correspond w/ D. Willis re meet and confer on proposed schedule; discuss strategy for same conference w/ B. Funari; participate in same conference; correspond w/ B. Whitecap and RED Team re second level review; draft joint status report and transmit same to B. Funari | 0.80 | 400.00 | 320.00 |
| 01/11/22 | B.A. Funari | Review documents; confer with A. Mahfood regarding same; prepare and participate in status call with opposing counsel; draft status report. | 3.20 | 600.00 | 1,920.00 |
| 01/12/22 | A. G. Mahfood | Revise joint status report per comments and revisions from B. Funari; correspond w/ B. Funari and opposing counsel re same | 0.20 | 400.00 | 80.00 |
| 01/12/22 | B.A. Funari | Revise and finalize status report for filing. | 0.80 | 600.00 | 480.00 |
| 01/13/22 | A. G. Mahfood | Discuss second level review w/ B. Whitecap and RED | 0.70 | 400.00 | 280.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | Team members | | | |
| 01/13/22 | R. Del Greco | Participate in matter orientation call with A. Mahfood and B. Whitecap to discuss second level review project (0.7); review case background materials (0.3). | 1.00 | 250.00 | 250.00 |
| 01/13/22 | B.C. Whitecap | Participate in orientation call with A. Mahfood. | 0.50 | 300.00 | 150.00 |
| 01/13/22 | M. A. Ridenour | perform second level review of documents | 1.00 | 185.00 | 185.00 |
| 01/13/22 | T.R. Fairman | Participated in orientation training with A. Mahfood. | 0.50 | 300.00 | 150.00 |
| 01/14/22 | M. A. Ridenour | perform second level review of documents | 2.50 | 185.00 | 462.50 |
| 01/14/22 | B.C. Whitecap | Perform second level review of documents at the request of A. Mahfood. | 0.80 | 300.00 | 240.00 |
| 01/14/22 | A. G. Mahfood | Correspond w/ B. Funari and internaly re filing joint status report; correspond and discuss second level review w/ B. Funari, B. Whitecap. and RED Team | 0.60 | 400.00 | 240.00 |
| 01/16/22 | A. G. Mahfood | Review batch of approximately 250 NFR documents ▇▇▇▇▇▇; discuss same w/ B. Funari; correspond w/ B. Whitecap re review of his first NFR batch | 2.30 | 400.00 | 920.00 |
| 01/19/22 | B.C. Whitecap | Perform second level review of documents at the request of A. Mahfood. | 3.10 | 300.00 | 930.00 |
| 01/19/22 | A. G. Mahfood | Discuss second level review strategy w/ B. Whitecap | 0.50 | 400.00 | 200.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 01/20/22 | B.A. Funari | Review second level review documents from RED team. | 1.50 | 600.00 | 900.00 |
| 01/20/22 | A. G. Mahfood | Discuss and correspond w/ B. Funari, J. Manning, and D. Steele re ███████ ███████ spot check batch reviewed by B. Whitecap | 0.70 | 400.00 | 280.00 |
| 01/21/22 | B.A. Funari | Prepare for and participate in client call regarding findings and Next Steps re Second Level Review; confer with internal team regarding next steps; emails with J. Manning. | 1.80 | 600.00 | 1,080.00 |
| 01/21/22 | M.M. Crawford | Prepare searches per case team request. | 0.50 | 250.00 | 125.00 |
| 01/21/22 | A. G. Mahfood | Prepare for and participate in discussion re ██████ ██████ w/ B. Funari, J. Manning, and D. Steele; correspond w/ M. Crawford re saved search for production; correspond w/ J. Manning and B. Funari re ██████ ████████ | 0.80 | 400.00 | 320.00 |
| 01/22/22 | B.A. Funari | Emails regarding second level review; confer with A. Mahfoud regarding same. | 0.60 | 600.00 | 360.00 |
| 01/23/22 | B.A. Funari | Emails regarding second level review; confer with A. Mahfoud regarding same. | 0.10 | 600.00 | 60.00 |
| 01/25/22 | A. G. Mahfood | Correspond w/ J. Manning and B. Funari re ████████ ██████; discuss same w/ B. Funari | 0.20 | 400.00 | 80.00 |
| 01/26/22 | A. G. Mahfood | Correspond w/ B. Funari re | 0.10 | 400.00 | 40.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | file review protocol for purposes of discussion of ▇▇▇▇▇ w/ J. Manning; correspond w/ J. Manning and B. Funari re ▇▇▇▇▇ | | | |
| 01/27/22 | B.A. Funari | Emails with clients regarding ▇▇▇▇▇; confer with A. Mahfood regarding same. | 1.00 | 600.00 | 600.00 |
| 01/27/22 | A. G. Mahfood | Discuss second level review w/ B. Funari; draft correspondence to J. Manning re ▇▇; correspond w/ B. Funari and J. Manning re ▇▇; draft set of instructions for accessing review batches; conduct third level review of documents ▇▇▇▇▇; correspond w/ M. Crawford re preparation of document production | 2.00 | 400.00 | 800.00 |
| 01/28/22 | B.A. Funari | Emails with clients regarding ▇▇▇▇▇ confer with A. Mahfood regarding same. | 0.50 | 600.00 | 300.00 |
| 01/28/22 | A. G. Mahfood | Correspond w/ M. Crawford and opposing counsel re document production | 0.20 | 400.00 | 80.00 |
| 01/28/22 | M.M. Crawford | Create document production per A. Mahfood. | 1.00 | 250.00 | 250.00 |
| 01/29/22 | B.A. Funari | Emails with clients regarding ▇▇▇▇▇; confer with A. Mahfood regarding same. | 0.20 | 600.00 | 120.00 |
| 01/29/22 | A. G. Mahfood | Correspond w/ J. Manning re ▇▇▇▇▇ | 0.10 | 400.00 | 40.00 |
| 01/30/22 | B.A. Funari | Emails with clients regarding | 0.30 | 600.00 | 180.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | ███████ ; confer with A. Mahfood regarding same. | | | |
| 01/30/22 | A. G. Mahfood | Correspond w/ J. Manning and RED Team re ████ ████ | 0.20 | 400.00 | 80.00 |
| 01/31/22 | A. G. Mahfood | Correspond w/ RED Team re second level review questions | 0.10 | 400.00 | 40.00 |
| 01/31/22 | T.R. Fairman | Perform second level review of documents. | 1.50 | 300.00 | 450.00 |
| **Totals** | | | **39.20** | | **15,997.50** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|-----------|-------|------|-------|
| Brad A. Funari | 12.30 hrs @ $ | 600.00 / hr | 7,380.00 |
| Alex G. Mahfood | 12.00 hrs @ $ | 400.00 / hr | 4,800.00 |
| Bradley C. Whitecap | 4.40 hrs @ $ | 300.00 / hr | 1,320.00 |
| Todd R. Fairman | 2.00 hrs @ $ | 300.00 / hr | 600.00 |
| Mandy M. Crawford | 4.00 hrs @ $ | 250.00 / hr | 1,000.00 |
| Ryan R. Del Greco | 1.00 hrs @ $ | 250.00 / hr | 250.00 |
| Melissa A. Ridenour | 3.50 hrs @ $ | 185.00 / hr | 647.50 |
| **Total Professional Services** | | | **15,997.50** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| | Data Hosting Fee | 6,203.88 |
| | User Fee | 450.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Description | Amount |
|------|-------------|--------|
| | **Total Expenses and Other Charges** | **6,653.88** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 15,997.50 |
| Total Expenses and Other Charges | $ | 6,653.88 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **22,651.38** |
| **Total Amount Due** | **$** | **22,651.38** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3485584** |
| Invoice Date: | **3/14/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees................................................................................$     35,308.00

Total Current Expenses and Other Charges .....................................$     12,916.51

**Total Due This Invoice:** **$     48,224.51**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3485584** |
| Invoice Date: | **3/14/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance |
|---|---|---|---|---|
| 06/16/22 | 3513264 | 20,709.65 | 0.00 | 20,709.65 |

**Total Unpaid Balance Previously Billed** $    20,709.65

According to our records, the above invoices previously billed on this matter, remain unpaid. Please review your records and remit payment for any of these previously submitted invoices, which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3485584** |
| Invoice Date: | **3/14/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees............................................................................$     35,308.00

Total Current Expenses and Other Charges .....................................$     12,916.51

**Total Due This Invoice:**       **$     48,224.51**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3485584** |
| Invoice Date: | **3/14/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH February 28, 2022**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/01/22 | M. A. Ridenour | Perform second level review of documents. | 8.90 | 185.00 | 1,646.50 |
| 02/01/22 | T.R. Fairman | Perform second level review of documents. | 8.40 | 300.00 | 2,520.00 |
| 02/02/22 | R. Del Greco | Perform second level review of documents per request of A Mahfood. | 6.60 | 250.00 | 1,650.00 |
| 02/02/22 | A. G. Mahfood | Correspond w/ RED Team re second level review | 0.20 | 400.00 | 80.00 |
| 02/02/22 | M. A. Ridenour | Perform second level review of documents. | 6.00 | 185.00 | 1,110.00 |
| 02/02/22 | T.R. Fairman | Perform second level review of documents. | 8.20 | 300.00 | 2,460.00 |
| 02/03/22 | R. Del Greco | Perform second level review of documents per request of A Mahfood. | 6.40 | 250.00 | 1,600.00 |
| 02/03/22 | A. G. Mahfood | Correspond w/ RED Team re second level review; discuss same w/ B. Funari; correspond re ███ w/ J. Manning and M. Crawford re ███ | 0.30 | 400.00 | 120.00 |
| 02/03/22 | T.R. Fairman | Perform second level review of documents. | 2.50 | 300.00 | 750.00 |
| 02/04/22 | A. G. Mahfood | Correspond w/ J. Manning and M. Crawford re ███ ███ | 0.70 | 400.00 | 280.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | ▮▮▮▮▮; final review and quality control of Batch 2 | | | |
| 02/04/22 | M.M. Crawford | Create document production per A. Mahfood. | 1.00 | 250.00 | 250.00 |
| 02/04/22 | B.A. Funari | Emails regarding document review and production. | 0.50 | 600.00 | 300.00 |
| 02/07/22 | R. Del Greco | Perform second level review of documents per request of A Mahfood. | 5.90 | 250.00 | 1,475.00 |
| 02/07/22 | A. G. Mahfood | Correspond w/ RED Team re second level review; correspond w/ D. Steele re ▮▮▮▮▮ | 0.20 | 400.00 | 80.00 |
| 02/07/22 | M. A. Ridenour | Perform second level review of documents. | 6.90 | 185.00 | 1,276.50 |
| 02/08/22 | M. A. Ridenour | Perform second level review of documents. | 1.00 | 185.00 | 185.00 |
| 02/08/22 | R. Del Greco | Perform second level review of documents per request of A Mahfood. | 7.40 | 250.00 | 1,850.00 |
| 02/08/22 | A. G. Mahfood | Correspond w/ RED Team re second level review; discuss same w/ B. Funari | 0.10 | 400.00 | 40.00 |
| 02/09/22 | R. Del Greco | Perform second level review of documents per request of A Mahfood. | 0.20 | 250.00 | 50.00 |
| 02/10/22 | A. G. Mahfood | Review second level review documents for redaction; review order setting video status conference; discuss same w/ B. Funari; correspond w/ J. Manning and D. Steele re ▮▮▮▮▮ | 0.60 | 400.00 | 240.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 02/11/22 | M.M. Crawford | Prepare document production per A. Manfood request. | 1.00 | 250.00 | 250.00 |
| 02/11/22 | A. G. Mahfood | Correspond w/ M. Crawford and opposing counsel re supplemental document production; review and code documents marked privilege withhold or redact; correspond w/ J. Manning re ███████████ | 0.60 | 400.00 | 240.00 |
| 02/14/22 | R. Del Greco | Perform second level review of documents per request of A Mahfood. | 8.10 | 250.00 | 2,025.00 |
| 02/15/22 | R. Del Greco | Perform second level review of documents per request of A Mahfood. | 10.60 | 250.00 | 2,650.00 |
| 02/16/22 | R. Del Greco | Perform second level review of documents per request of A Mahfood. | 9.30 | 250.00 | 2,325.00 |
| 02/17/22 | R. Del Greco | Perform second level review of documents per request of A Mahfood. | 2.90 | 250.00 | 725.00 |
| 02/17/22 | A. G. Mahfood | Correspond w/ RED Team re second level review; review privileged documents; correspond w/ M. Crawford and B. Funari re supplemental production; correspond w/ D. Willis and B. Funari re status conference | 1.40 | 400.00 | 560.00 |
| 02/17/22 | B.A. Funari | Multiple emails with D. Willis regarding rescheduling status conference; QC documents to be produced on Friday. | 1.50 | 600.00 | 900.00 |
| 02/18/22 | A. G. Mahfood | Correspond w/ M. Crawford re supplemental production and privilege coding issues; | 0.30 | 400.00 | 120.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | re-code privilege documents; review and revise draft motion for continuance from D. Willis; correspond w/ J. Manning re ██████████; correspond w/ opposing counsel re supplemental production | | | |
| 02/18/22 | M.M. Crawford | Create document production per A. Mahfood. | 1.00 | 250.00 | 250.00 |
| 02/18/22 | B.A. Funari | Tend to document production issues. | 0.50 | 600.00 | 300.00 |
| 02/21/22 | M. A. Ridenour | Perform second level review of documents. | 5.00 | 185.00 | 925.00 |
| 02/21/22 | R. Del Greco | Perform second level review of documents per request of A Mahfood. | 5.00 | 250.00 | 1,250.00 |
| 02/21/22 | A. G. Mahfood | Correspond w/ RED Team re second level review | 0.10 | 400.00 | 40.00 |
| 02/22/22 | M. A. Ridenour | Perform second level review of documents. | 4.00 | 185.00 | 740.00 |
| 02/22/22 | A. G. Mahfood | Review order granting motion to continue status conference; correspond w/ B. Funari re same | 0.10 | 400.00 | 40.00 |
| 02/22/22 | B.A. Funari | Review emails regarding status of document review and anticipated production; receipt of order resetting data of telephone status conference. | 0.60 | 600.00 | 360.00 |
| 02/22/22 | R. Del Greco | Perform second level review of documents per request of A Mahfood. | 6.30 | 250.00 | 1,575.00 |
| 02/23/22 | A. G. Mahfood | Correspond w/ RED Team re second level review | 0.10 | 400.00 | 40.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 02/23/22 | B.A. Funari | Tend to questions from document reviewers. | 0.50 | 600.00 | 300.00 |
| 02/25/22 | A. G. Mahfood | Review privilege documents identified by RED Team; correspond w/ M. Crawford, B. Funari, and opposing counsel re additional document production; correspond w/ B. Funari and opposing counsel re status of remaining document productions | 1.00 | 400.00 | 400.00 |
| 02/25/22 | M.M. Crawford | Create document production per A. Mahfood. | 1.00 | 250.00 | 250.00 |
| 02/25/22 | B.A. Funari | Emails with opposing counsel regarding status of document production;confer with team regarding same; QC before production. | 1.80 | 600.00 | 1,080.00 |
| **Totals** | | | **134.70** | | **35,308.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Brad A. Funari | 5.40 hrs @ $ | 600.00 / hr | 3,240.00 |
| Alex G. Mahfood | 5.70 hrs @ $ | 400.00 / hr | 2,280.00 |
| Todd R. Fairman | 19.10 hrs @ $ | 300.00 / hr | 5,730.00 |
| Mandy M. Crawford | 4.00 hrs @ $ | 250.00 / hr | 1,000.00 |
| Ryan R. Del Greco | 68.70 hrs @ $ | 250.00 / hr | 17,175.00 |
| Melissa A. Ridenour | 31.80 hrs @ $ | 185.00 / hr | 5,883.00 |
| **Total Professional Services** | | | **35,308.00** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| | Data Hosting Fee | 6,239.76 |
| | User Fee | 150.00 |
| 01/10/2022 | Array - OUTSIDE DUPLICATING Nov. and Dec. hosting, Forensica, Project mangement per hour, general zip file fro delivery by Mike Mihalich | 6,526.75 |
| | **Total Expenses and Other Charges** | **12,916.51** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 35,308.00 |
| Total Expenses and Other Charges | $ | 12,916.51 |
| **TOTAL CURRENT INVOICE DUE** | $ | 48,224.51 |
| **Total Amount Due** | $ | 48,224.51 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC                      Invoice Number:     **3495500**
7919 Greentree Road                  Invoice Date:       **4/18/2022**
Bethesda, MD 20817                   Client Number:      **394378**
                                     Matter Number:      **394378.60001**

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees.............................................................................$     28,183.00

Total Current Expenses and Other Charges ......................................$     45,142.29

**Total Due This Invoice:**                           **$     73,325.29**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3495500** |
| Invoice Date: | **4/18/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance |
|---|---|---|---|---|
| 06/16/22 | 3513264 | 20,709.65 | 0.00 | 20,709.65 |

**Total Unpaid Balance Previously Billed**      $     20,709.65

According to our records, the above invoices previously billed on this matter, remain unpaid.
Please review your records and remit payment for any of these previously submitted invoices,
which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3495500** |
| Invoice Date: | **4/18/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees.................................................................................$      28,183.00

Total Current Expenses and Other Charges .....................................$      45,142.29

**Total Due This Invoice:**                                          **$      73,325.29**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3495500** |
| Invoice Date: | **4/18/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH March 31, 2022**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/10/22 | B.C. Whitecap | Participate in call with A. Mahfood to discuss DPAD review project. | 0.30 | 300.00 | 90.00 |
| 03/01/22 | A. G. Mahfood | Correspond w/ J. Manning and D. Steele re ▮▮▮▮▮ | 0.10 | 400.00 | 40.00 |
| 03/01/22 | B.A. Funari | Multiple emails regarding status of document review; emails regarding ▮▮▮ with client. | 0.60 | 600.00 | 360.00 |
| 03/04/22 | M. A. Ridenour | Perform second level review of documents. | 8.90 | 185.00 | 1,646.50 |
| 03/05/22 | M. A. Ridenour | Perform second level review of documents. | 5.00 | 185.00 | 925.00 |
| 03/07/22 | A. G. Mahfood | Correspond w/ RED Team re second level review; review documents coded privileged redact and needs further review; correspond w/ M. Crawford re preparation of supplemental production | 0.30 | 400.00 | 120.00 |
| 03/07/22 | M. A. Ridenour | Perform second level review of documents. | 3.00 | 185.00 | 555.00 |
| 03/08/22 | B.A. Funari | Multiple emails regarding status of document review, next production and preparation of privilege log. | 0.80 | 600.00 | 480.00 |
| 03/08/22 | A. G. Mahfood | Correspond w/ M. Crawford | 0.20 | 400.00 | 80.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | and opposing counsel re supplemental document production; correspond w/ J. Manning and RED Team re ▋▋▋▋ | | | |
| 03/08/22 | M.M. Crawford | Create document production per A. Mahfood. | 1.00 | 250.00 | 250.00 |
| 03/09/22 | B.A. Funari | Emails regarding status of document review and upcoming status conference. | 0.50 | 600.00 | 300.00 |
| 03/09/22 | R. Del Greco | Perform second level review of documents per request of A Mahfood. | 9.40 | 250.00 | 2,350.00 |
| 03/09/22 | A. G. Mahfood | Correspond w/ RED Team re second level review; correspond w/ J. Manning, D. Steele, and B. Funari re ▋▋▋▋ | 0.20 | 400.00 | 80.00 |
| 03/09/22 | M. A. Ridenour | Perform second level review of documents. | 6.90 | 185.00 | 1,276.50 |
| 03/10/22 | R. Del Greco | Perform second level review of documents per request of A Mahfood. | 5.10 | 250.00 | 1,275.00 |
| 03/10/22 | A. G. Mahfood | Correspond re RED Team re second level review; review privileged and redacted documents; correspond w/ M. Crawford re additional production specifications and creating saved search for privilege log; correspond w/ B. Whitecap re drafting privilege log | 0.50 | 400.00 | 200.00 |
| 03/10/22 | M. A. Ridenour | Perform second level review of documents. | 2.00 | 185.00 | 370.00 |

File No. 394378.60001          Invoice No. 3495500          Page 2



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/10/22 | M.M. Crawford | Create document production per A. Mahfood. | 1.00 | 250.00 | 250.00 |
| 03/11/22 | B.A. Funari | Prepare for and participate in call with clients; emails regrding preparation of privilege log. | 1.00 | 600.00 | 600.00 |
| 03/11/22 | A. G. Mahfood | Discuss document production, privilege log, declaration and next steps w/ B. Funari; correspond re same w/ M. Crawford, B. Whitecap, and opposing counsel; prepare for and participate in conference call w/ J. Manning, D. Steele, and B. Funari re ▮▮▮ ▮▮▮▮ draft declaration for document search and review process; transmit same to B. Funari | 2.00 | 400.00 | 800.00 |
| 03/14/22 | B.C. Whitecap | Review documents for privilege and draft privilege log at the request of A. Mahfood. | 6.10 | 300.00 | 1,830.00 |
| 03/14/22 | A. G. Mahfood | Prepare for status conference; correspond w/ B. Funari, opposing counsel, court, and internally re same; correspond w/ B. Whitecap re privilege log; review documents for same; participate in conference call w/ B. Funari, D. Willis, and R. Hannen re proposal for scheduling order at status conference; correspond w/ B. Funari and J. Manning re ▮▮▮▮ | 1.00 | 400.00 | 400.00 |
| 03/14/22 | B.A. Funari | Telephone calls with | 0.80 | 600.00 | 480.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | opposing counsel and client in advance of status conference with Judge Kelly. | | | |
| 03/15/22 | A. G. Mahfood | Prepare for and participate in status conference; discuss █████████ w/ J. Manning and B. Funari; correspond and discuss privilege log w/ B. Whitecap; revise draft declaration per discussion w/ B. Funari; review hearing memorandum following status conference; correspond w/ B. Funari re same | 1.60 | 400.00 | 640.00 |
| 03/15/22 | B.C. Whitecap | Review documents for privilege and draft privilege log at the request of A. Mahfood. | 4.10 | 300.00 | 1,230.00 |
| 03/15/22 | B.A. Funari | Prepare for and participate in status conference with Court; follow-up call with J. Manning re: ████; meeting with A. Mahfood re: ESI declaration; revise same. | 1.20 | 600.00 | 720.00 |
| 03/16/22 | B.A. Funari | Revise D. Cohen declaration; multiple emails re same. | 0.80 | 600.00 | 480.00 |
| 03/16/22 | A. G. Mahfood | Revise declaration re ESI search terms and process per comments and revisions from B. Funari and D. Cohen; draft e-mails to D. Cohen and M. Mihalich re same | 0.70 | 400.00 | 280.00 |
| 03/16/22 | B.C. Whitecap | Review documents for privilege and draft privilege log at the request of A. Mahfood. | 7.10 | 300.00 | 2,130.00 |
| 03/16/22 | D.R. Cohen | Review and revise | 1.40 | 900.00 | 1,260.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | Declaration for Forensic Review and emails to/from B. Funari, A. Mahfood, P. Novak regarding same | | | |
| 03/17/22 | B.A. Funari | Meeting with A. Mahfood re privilege log and revisions to D. Cohen's declarations; emails re same. | 0.60 | 600.00 | 360.00 |
| 03/17/22 | D.R. Cohen | Emails to/from P. Novak regarding NUIX Language | 0.20 | 900.00 | 180.00 |
| 03/17/22 | B.C. Whitecap | Review documents for privilege and draft privilege log at the request of A. Mahfood. | 1.20 | 300.00 | 360.00 |
| 03/17/22 | A. G. Mahfood | Correspond w/ B. Whitecap re privilege log; discuss same w/ B. Funari | 0.20 | 400.00 | 80.00 |
| 03/18/22 | D.R. Cohen | Review and revise regarding Declaration for Forensic Review Process and emails to/from B. Funari, A. Mahfood re final revisions | 0.50 | 900.00 | 450.00 |
| 03/18/22 | A. G. Mahfood | Review further revisions to ESI protocol declaration from D. Cohen; conduct internal research re same; correspond w/ D. Cohen re same; revise declaration per same | 0.20 | 400.00 | 80.00 |
| 03/21/22 | A. G. Mahfood | Correspond w/ D. Cohen re finalized declaration on ESI protocol; discuss privilege log w/ B. Funari; review and revise privileged documents and privilege log; correspond w/ B. Whitecap re same | 5.00 | 400.00 | 2,000.00 |
| 03/21/22 | D.R. Cohen | Emails to/from B. Funari, A. Mahfood regarding Forensic | 0.20 | 900.00 | 180.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | Review Process Declaration | | | |
| 03/21/22 | B.A. Funari | Review and revise privilege log and D. Cohen declaration prior to service; QC privileged docs; confer with A. Mahfood regarding same. | 1.20 | 600.00 | 720.00 |
| 03/22/22 | A. G. Mahfood | Correspond w/ B. Whitecap re privilege log; correspond and discuss ESI protocol declaration w/ D. Cohen; serve privilege log and ESI protocol declaration on opposing counsel | 0.50 | 400.00 | 200.00 |
| 03/22/22 | B.C. Whitecap | Review documents for privilege and draft privilege log at the request of A. Mahfood. | 1.30 | 300.00 | 390.00 |
| 03/22/22 | D.R. Cohen | Review and finalize declaration and bio exhibit and telephone conferences with and emails to/from B. Funari, A. Mahfood, M. McNamara regarding Declaration | 1.00 | 900.00 | 900.00 |
| 03/22/22 | B.A. Funari | Review and approve final privilege log and D. Cohen declaration prior to service; confer with A. Mahfood regarding same. | 0.60 | 600.00 | 360.00 |
| 03/31/22 | A. G. Mahfood | Correspond w/ M. Crawford re mobile devices and text messages; discuss same w/ B. Funari | 0.30 | 400.00 | 120.00 |
| 03/31/22 | M.M. Crawford | Assist case team with answering opposing counsels production questions. | 0.50 | 250.00 | 125.00 |
| 03/31/22 | B.A. Funari | Confer with A. Mahfood | 0.30 | 600.00 | 180.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | regarding inquiry from Willis regarding cell phone imaging. | | | |
| **Totals** | | | **87.40** | | **28,183.00** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| David R. Cohen | 3.30 hrs @ $ | 900.00 / hr | 2,970.00 |
| Brad A. Funari | 8.40 hrs @ $ | 600.00 / hr | 5,040.00 |
| Alex G. Mahfood | 12.80 hrs @ $ | 400.00 / hr | 5,120.00 |
| Bradley C. Whitecap | 20.10 hrs @ $ | 300.00 / hr | 6,030.00 |
| Mandy M. Crawford | 2.50 hrs @ $ | 250.00 / hr | 625.00 |
| Ryan R. Del Greco | 14.50 hrs @ $ | 250.00 / hr | 3,625.00 |
| Melissa A. Ridenour | 25.80 hrs @ $ | 185.00 / hr | 4,773.00 |
| **Total Professional Services** | | | **28,183.00** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| | Data Hosting Fee | 6,256.29 |
| | User Fee | 225.00 |
| 04/07/2022 | Compliance, A System One division - OUTSIDE VENDOR-SUPPORT SERVICES Document Review - Third Party Reviewer | 25,200.00 |
| 04/07/2022 | Compliance, A System One division - OUTSIDE VENDOR-SUPPORT SERVICES Document Review - Third Party Reviewer | 13,461.00 |
| | **Total Expenses and Other Charges** | **45,142.29** |

## INVOICE SUMMARY

| | | |
|--|--|--|
| Total Fees | $ | 28,183.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Total Expenses and Other Charges      $      45,142.29

**TOTAL CURRENT INVOICE DUE**      **$      73,325.29**

**Total Amount Due**      **$      73,325.29**





Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| DPAD Group, LLC | Invoice Number: **3503694** |
| 7919 Greentree Road | Invoice Date: **5/16/2022** |
| Bethesda, MD 20817 | Client Number: **394378** |
| | Matter Number: **394378.60001** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees....................................................................................$ 3,145.00

Total Current Expenses and Other Charges ......................................$ 6,560.65

**Total Due This Invoice:** **$ 9,705.65**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*

**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3503694** |
| Invoice Date: | **5/16/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance |
|---|---|---|---|---|
| 06/16/22 | 3513264 | 20,709.65 | 0.00 | 20,709.65 |

**Total Unpaid Balance Previously Billed**     $     20,709.65

According to our records, the above invoices previously billed on this matter, remain unpaid. Please review your records and remit payment for any of these previously submitted invoices, which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| DPAD Group, LLC | Invoice Number: **3503694** |
| 7919 Greentree Road | Invoice Date: **5/16/2022** |
| Bethesda, MD 20817 | Client Number: **394378** |
| | Matter Number: **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees.............................................................................$    3,145.00

Total Current Expenses and Other Charges .....................................$    6,560.65

       **Total Due This Invoice:**    **$    9,705.65**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3503694** |
| Invoice Date: | **5/16/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH April 30, 2022**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/01/22 | A. G. Mahfood | Review text messages for responsiveness and privilege; correspond w/ M. Crawford, M. Mihalich, and B. Funari re same | 0.80 | 400.00 | 320.00 |
| 04/01/22 | B.A. Funari | Emails regarding document production. | 0.50 | 600.00 | 300.00 |
| 04/01/22 | M.M. Crawford | Assist case team with answering opposing counsels production questions. | 0.50 | 250.00 | 125.00 |
| 04/04/22 | A. G. Mahfood | Discuss text message and document processing, review, and production issues w/ B. Funari and M. Mihalich; conduct internal research re same; review correspondence re same | 0.70 | 400.00 | 280.00 |
| 04/04/22 | M. Mihalich | Address questions raised by A. Mahfood in regard to the NUIX DB Restoration Mobile Data Export (0.90); | 0.90 | 200.00 | 180.00 |
| 04/05/22 | A. G. Mahfood | Discuss text messages w/ B. Funari; correspond re ███ w/ J. Manning and D. Steele; review documents marked responsive but not previously produced | 0.30 | 400.00 | 120.00 |
| 04/07/22 | A. G. Mahfood | Discuss final supplemental document production issues | 0.10 | 400.00 | 40.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | w/ B. Funari | | | |
| 04/11/22 | A. G. Mahfood | Discuss response to D. Willis re mobile devices w/ B. Funari; draft same; finalize supplemental production re same; correspond w/ M. Crawford re supplemental production | 0.50 | 400.00 | 200.00 |
| 04/11/22 | B.A. Funari | Conference with A. Mahfood regarding response to PPTT's request for text messages review production data regarding same. | 0.80 | 600.00 | 480.00 |
| 04/11/22 | M.M. Crawford | Prepare document production. | 1.00 | 250.00 | 250.00 |
| 04/15/22 | A. G. Mahfood | Correspond w/ D. Willis, B. Funari, and M. Crawford re devices imaged and family attachment issues | 0.40 | 400.00 | 160.00 |
| 04/20/22 | A. G. Mahfood | Correspond w/ M. Crawford and D. Willis re attachment issues; discuss same w/ B. Funari; discuss Compliance billing issue w/ B. Whitecap | 0.80 | 400.00 | 320.00 |
| 04/20/22 | M.M. Crawford | Assist case team with answering opposing counsels production questions. | 1.00 | 250.00 | 250.00 |
| 04/20/22 | B.A. Funari | Emails regarding follow up questions by D. Willis to document production. | 0.20 | 600.00 | 120.00 |
| **Totals** | | | **8.50** | | **3,145.00** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|-----------|-------|------|-------|
| | | | |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brad A. Funari | 1.50 hrs @ $ | 600.00 / hr | 900.00 |
| Alex G. Mahfood | 3.60 hrs @ $ | 400.00 / hr | 1,440.00 |
| Mandy M. Crawford | 2.50 hrs @ $ | 250.00 / hr | 625.00 |
| Michael Mihalich | 0.90 hrs @ $ | 200.00 / hr | 180.00 |
| **Total Professional Services** | | | **3,145.00** |

**DISBURSEMENTS AND OTHER CHARGES**

| Date | Description | | Amount |
|---|---|---|---|
| | Data Hosting Fee | | 6,256.60 |
| | Duplicating/Printing/Scanning | 27.00 @ 0.15 | 4.05 |
| | User Fee | | 300.00 |
| | **Total Expenses and Other Charges** | | **6,560.65** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 3,145.00 |
| Total Expenses and Other Charges | $ | 6,560.65 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **9,705.65** |
| **Total Amount Due** | **$** | **9,705.65** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3513264** |
| Invoice Date: | **6/16/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## *REMITTANCE PAGE*
### *PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees ............................................................................$     14,395.00

Total Current Expenses and Other Charges ......................................$     6,314.65

**Total Due This Invoice:**                                   **$     20,709.65**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3513264** |
| Invoice Date: | **6/16/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees..............................................................................$      14,395.00

Total Current Expenses and Other Charges .....................................................$      6,314.65

      **Total Due This Invoice:**      **$      20,709.65**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3513264** |
| Invoice Date: | **6/16/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH May 31, 2022**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/03/22 | A. G. Mahfood | Discuss strategy for next steps in terms of discovery and summary judgment schedule w/ B. Funari | 0.30 | 400.00 | 120.00 |
| 05/18/22 | B.A. Funari | Email exchange with D. Willis; review order appointing special discovery master. | 0.80 | 600.00 | 480.00 |
| 05/18/22 | R. J. Tritschler | Office conference with B. Funari and A. Mahfood re: motion to strike. | 0.50 | 350.00 | 175.00 |
| 05/18/22 | R. J. Tritschler | Draft motion to strike. | 2.00 | 350.00 | 700.00 |
| 05/18/22 | A. G. Mahfood | Correspond w/ D. Willis and B. Funari re forthcoming sanctions motion; discuss same w/ B. Funari; review sanctions motion, brief in support, and exhibits to same; discuss same w/ B. Funari; discuss filing motion to strike sanctions motion w/ B. Funari and R. Tritschler; conduct research re same; review draft of same; compile exhibits for same | 3.00 | 400.00 | 1,200.00 |
| 05/19/22 | B.A. Funari | Read PPTT's motion for sanctions and supporting brief; revise motion to strike motion for sanctions; correspondence with client and opposing counsel | 2.70 | 600.00 | 1,620.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | regarding same. | | | |
| 05/19/22 | R. J. Tritschler | Draft motion to strike. | 0.60 | 350.00 | 210.00 |
| 05/19/22 | R. J. Tritschler | Draft time line of events re: motion for sanctions and motion to strike to update client. | 0.60 | 350.00 | 210.00 |
| 05/19/22 | A. G. Mahfood | Review order setting brief schedule on motion for sanctions and default judgment; review order setting briefing schedule on motion to strike; discuss all of same w/ B. Funari; correspond w/ B. Funari, J. Manning, and D. Steele re ■ | 0.20 | 400.00 | 80.00 |
| 05/20/22 | B.A. Funari | File motion to strike; receipt of opposition to same; receipt of scheduling orders from MJ Kelly; revise and file motion for extension of time; file same; emails with A. Mahfood and clients regarding same. | 2.50 | 600.00 | 1,500.00 |
| 05/20/22 | A. G. Mahfood | Draft supplement to motion to strike motion for sanctions; discuss same w/ B. Funari and Court; review order denying motion to strike; research and draft motion for extension of time to file response to motion for sanctions; discuss same w/ B. Funari | 2.60 | 400.00 | 1,040.00 |
| 05/23/22 | B.A. Funari | Call with clients regarding status conference and motion for sanctions; email to the Court regarding D. Cohen declaration. | 1.40 | 600.00 | 840.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 05/23/22 | A. G. Mahfood | Correspond and discuss w/ B. Funari, J. Manning, and D. Steele re ▮▮▮▮▮▮▮ prepare for and participate in meeting re ▮▮▮▮▮▮ w/ B. Funari, J. Manning, and D. Steele; draft e-mail to Court re status conference; draft outline for argument at status conference | 2.50 | 400.00 | 1,000.00 |
| 05/24/22 | B.A. Funari | Prepare for status conference; confer with clients regarding same. | 1.20 | 600.00 | 720.00 |
| 05/24/22 | A. G. Mahfood | Discuss status conference and preparations re same w/ B. Funari and internally | 0.20 | 400.00 | 80.00 |
| 05/25/22 | B.A. Funari | Call with R. Hannen regarding possible mediation. | 0.80 | 600.00 | 480.00 |
| 05/25/22 | B.A. Funari | Attend status conference; confer with clients regarding same. | 1.30 | 600.00 | 780.00 |
| 05/25/22 | A. G. Mahfood | Prepare for and participate in status conference w/ Court; discuss strategy for next steps re same w/ B. Funari; discuss conversation w/ R. Hannen w/ B. Funari; participate in conference call w/ J. Manning and D. Steele re ▮▮▮▮▮▮ | 2.90 | 400.00 | 1,160.00 |
| 05/26/22 | B.A. Funari | Multiple emails and calls with R. Hannen and clients regarding terms of mediation. | 1.70 | 600.00 | 1,020.00 |
| 05/27/22 | B.A. Funari | Continued discussions regarding terms of mediation. | 0.80 | 600.00 | 480.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 05/31/22 | A. G. Mahfood | Discuss mediation strategy w/ B. Funari | 0.20 | 400.00 | 80.00 |
| 05/31/22 | B.A. Funari | Mediation discussions; prep for status conference | 0.70 | 600.00 | 420.00 |
| **Totals** | | | **29.50** | | **14,395.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|-----------|-------|------|-------|
| Brad A. Funari | 13.90 hrs @ $ | 600.00 / hr | 8,340.00 |
| Alex G. Mahfood | 11.90 hrs @ $ | 400.00 / hr | 4,760.00 |
| Robert J. Tritschler | 3.70 hrs @ $ | 350.00 / hr | 1,295.00 |
| **Total Professional Services** | | | **14,395.00** |

**DISBURSEMENTS AND OTHER CHARGES**

| Date | Description | | Amount |
|------|-------------|--|--------|
| | Data Hosting Fee | | 6,256.60 |
| | Duplicating/Printing/Scanning | 387.00 @ 0.15 | 58.05 |
| | **Total Expenses and Other Charges** | | **6,314.65** |

**INVOICE SUMMARY**

| | | |
|--|--|--|
| Total Fees | $ | 14,395.00 |
| Total Expenses and Other Charges | $ | 6,314.65 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **20,709.65** |
| **Total Amount Due** | **$** | **20,709.65** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON





Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| Invoice Number: | **3522947** |
| Invoice Date: | **7/19/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees.................................................................................$    4,740.00

Total Current Expenses and Other Charges .....................................$_____ 10,534.90

**Total Due This Invoice:**        **$_____ 15,274.90**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3522947** |
| Invoice Date: | **7/19/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance |
|---|---|---:|---:|---:|
| 01/25/22 | 3471529 | 31,863.22 | 0.00 | 31,863.22 |
| 02/21/22 | 3478932 | 22,651.38 | 0.00 | 22,651.38 |
| 03/14/22 | 3485584 | 48,224.51 | 0.00 | 48,224.51 |
| 04/18/22 | 3495500 | 73,325.29 | 0.00 | 73,325.29 |
| 05/16/22 | 3503694 | 9,705.65 | 0.00 | 9,705.65 |
| 06/16/22 | 3513264 | 20,709.65 | 0.00 | 20,709.65 |

**Total Unpaid Balance Previously Billed**      $      206,479.70

According to our records, the above invoices previously billed on this matter, remain unpaid. Please review your records and remit payment for any of these previously submitted invoices, which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3522947** |
| Invoice Date: | **7/19/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees............................................................................$     4,740.00

Total Current Expenses and Other Charges ......................................$    10,534.90

    **Total Due This Invoice:**     **$    15,274.90**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLC
7919 Greentree Road
Bethesda, MD 20817

| | |
|---|---|
| Invoice Number: | **3522947** |
| Invoice Date: | **7/19/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH June 30, 2022**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/22 | B.A. Funari | Prepare for and attend status conference with Judge Kelly; follow-up call with R. Hannen regarding mediation terms; emails with Judge Benson regarding mediation dates. | 1.20 | 600.00 | 720.00 |
| 06/02/22 | B.A. Funari | Status call with clients; multiple emails with opposing counsel regarding terms of mediation and withdrawal of motion for sanctions; receipt of same. | 1.30 | 600.00 | 780.00 |
| 06/03/22 | B.A. Funari | Receipt of order withdrawing motion for sanctions; emails regarding same. | 0.20 | 600.00 | 120.00 |
| 06/07/22 | B.A. Funari | Prepare for status conference with MJ Kelly; multiple emails and calls with opposing counsel and clients regarding mediation terms. | 0.70 | 600.00 | 420.00 |
| 06/08/22 | B.A. Funari | Call with D. Willis regarding mediation brackets; prepare for and participate in status conference with MJ Kelly; follow-up with clients regarding same. | 1.50 | 600.00 | 900.00 |
| 06/13/22 | B.A. Funari | Email and follow-up telephone conference with R. Monihan regarding mediation and settlement negotiations. | 0.70 | 600.00 | 420.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/14/22 | B.A. Funari | Emails with opposing counsel regarding Exelon payments and settlement negotiations. | 0.80 | 600.00 | 480.00 |
| 06/15/22 | B.A. Funari | Call with and follow up with R. Monihan regarding preparation fro status conference and settlement positions going into mediation; emails with Judge Benson regarding earliest mediation date possible; call with client regarding same. | 1.00 | 600.00 | 600.00 |
| 06/16/22 | B.A. Funari | Attend status conference with MJ Kelly and opposing counsel. | 0.50 | 600.00 | 300.00 |
| **Totals** | | | **7.90** | | **4,740.00** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|-----------|-------|------|-------|
| Brad A. Funari | 7.90 hrs @ $ | 600.00 / hr | 4,740.00 |
| **Total Professional Services** | | | **4,740.00** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| | Archive Costs | 150.00 |
| | Data Hosting Fee | 9,384.90 |
| 06/28/2022 | BIT-X-BIT, LLC - OUTSIDE VENDOR-SUPPORT SERVICES 6/22/2022 Annual Data Storage Charge | 1,000.00 |
| | **Total Expenses and Other Charges** | **10,534.90** |

## INVOICE SUMMARY



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | | |
|---|---|---|
| Total Fees | $ | 4,740.00 |
| Total Expenses and Other Charges | $ | 10,534.90 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **15,274.90** |
| **Total Amount Due** | **$** | **15,274.90** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| DPAD Group, LLP | Invoice Number: **3533083** |
| 10421 Wine Palm Road | Invoice Date: **8/22/2022** |
| Suite 4926 | Client Number: **394378** |
| Fort Myers, FL 33966 | Matter Number: **394378.60001** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees.................................................................................$      27,580.00

Total Current Expenses and Other Charges ......................................$            12.00

**Total Due This Invoice:**                                    **$      27,592.00**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLP
10421 Wine Palm Road
Suite 4926
Fort Myers, FL 33966

| | |
|---|---|
| Invoice Number: | **3533083** |
| Invoice Date: | **8/22/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/<br>Credits | Balance |
|---|---|---|---|---|
| 07/19/22 | 3522947 | 15,274.90 | 0.00 | 15,274.90 |

**Total Unpaid Balance Previously Billed**    $    15,274.90

According to our records, the above invoices previously billed on this matter, remain unpaid.
Please review your records and remit payment for any of these previously submitted invoices,
which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*

**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLP
10421 Wine Palm Road
Suite 4926
Fort Myers, FL 33966

| | |
|---|---|
| Invoice Number: | **3533083** |
| Invoice Date: | **8/22/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees.............................................................................$    27,580.00

Total Current Expenses and Other Charges .....................................$         12.00

**Total Due This Invoice:**                                           **$    27,592.00**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLP
10421 Wine Palm Road
Suite 4926
Fort Myers, FL 33966

| | |
|---|---|
| Invoice Number: | **3533083** |
| Invoice Date: | **8/22/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH July 31, 2022**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/07/22 | A. G. Mahfood | Correspond and discuss mediation bracket and next steps w/ D. Willis and B. Funari | 0.70 | 400.00 | 280.00 |
| 06/08/22 | A. G. Mahfood | Prepare for and participate in status conference | 0.50 | 400.00 | 200.00 |
| 06/14/22 | A. G. Mahfood | Discuss mediation strategy w/ B. Funari; conduct legal research re ██████████ | 0.50 | 400.00 | 200.00 |
| 06/15/22 | A. G. Mahfood | Discuss mediation strategy and opposing counsel communications re same w/ B. Funari; internal correspondence re summarizing deposition transcripts; prepare for status conference | 1.00 | 400.00 | 400.00 |
| 06/16/22 | A. G. Mahfood | Prepare for and participate in status conference; discuss next steps w/ B. Funari; correspondence w/ opposing counsel re K. Urish deposition transcript; review hearing memorandum and order referring the matter to mediation | 0.60 | 400.00 | 240.00 |
| 06/21/22 | A. G. Mahfood | Discuss mediation strategy and next steps w/ B. Funari | 0.40 | 400.00 | 160.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/28/22 | A. G. Mahfood | Review deposition transcript summaries for purposes of drafting summary judgment filings; draft shell documents of same | 1.10 | 400.00 | 440.00 |
| 06/29/22 | A. G. Mahfood | Begin drafting concise statement of material facts in support of motions for summary judgment | 2.20 | 400.00 | 880.00 |
| 06/30/22 | A. G. Mahfood | Continue drafting concise statement of material facts in support of motions for summary judgment | 5.50 | 400.00 | 2,200.00 |
| 07/01/22 | B.A. Funari | Call with A. Mahfood regarding early motion for summary judgement and strategy. | 0.50 | 600.00 | 300.00 |
| 07/01/22 | A. G. Mahfood | Draft motion for summary judgment on PPTT's claims and brief in support; draft motion for summary judgment on counterclaims and brief in support; draft appendix of evidence in support of motions for summary judgment; finalize concise statement of material facts in support of motions for summary judgment; proof all of same; transmit all of same to B. Funari | 8.00 | 400.00 | 3,200.00 |
| 07/05/22 | A. G. Mahfood | Review and revise briefs in support of motions for summary judgment on PPTT's claims and on counterclaims and concise statement of material facts in support of same motions; correspond w/ B. Funari re | 0.60 | 400.00 | 240.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | same; review summary of D. Steele deposition transcript from B. Hale | | | |
| 07/11/22 | A. G. Mahfood | Discuss summary judgment and mediation strategy w/ B. Funari | 0.10 | 400.00 | 40.00 |
| 07/18/22 | B.A. Funari | Review and approve ADR agreement with mediator. | 0.30 | 600.00 | 180.00 |
| 07/18/22 | A. G. Mahfood | Correspond w/ B. Funari re next steps re mediation and summary judgment | 0.10 | 400.00 | 40.00 |
| 07/19/22 | A. G. Mahfood | Discuss mediation and summary judgment strategy w/ B. Funari | 0.20 | 400.00 | 80.00 |
| 07/20/22 | B.A. Funari | Review and revise motion for summary judgment documents. | 3.20 | 600.00 | 1,920.00 |
| 07/21/22 | B.A. Funari | Confer with A. Mahfood regarding motion for summary judgment and mediation statement; continue revising MSJ materials. | 2.00 | 600.00 | 1,200.00 |
| 07/21/22 | A. G. Mahfood | Correspond and discuss revisions to confidential mediation statement w/ B. Funari; correspond re same and next steps re mediation and summary judgment w/ J. Manning, and D. Steele | 0.40 | 400.00 | 160.00 |
| 07/22/22 | B.A. Funari | Revise mediation statement; confer with A. Mahfood regarding same; serve same on Judge Benson. | 2.20 | 600.00 | 1,320.00 |
| 07/22/22 | A. G. Mahfood | Correspond w/ B. Funari, mediator, and J. Manning re ███████ | 0.10 | 400.00 | 40.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/26/22 | A. G. Mahfood | Discuss mediation and summary judgment strategy w/ B. Funari; correspond w/ J. Manning, D. Steele, and B. Funari re ▉▉▉ | 0.20 | 400.00 | 80.00 |
| 07/26/22 | B.A. Funari | Draft and revise summary judgment papers. | 3.50 | 600.00 | 2,100.00 |
| 07/27/22 | B.A. Funari | Draft and revise summary judgment papers; confer with A. Mahfood regarding same and mediation. | 3.60 | 600.00 | 2,160.00 |
| 07/28/22 | A. G. Mahfood | Participate in conference call w/ B. Funari, J. Manning, and D. Steele re ▉▉▉▉; discuss same w/ B. Funari; prepare materials for mediation; review revisions to concise statement of material facts in support of motions for summary judgment from J. Manning; correspond w/ B. Funari re same | 1.50 | 400.00 | 600.00 |
| 07/28/22 | B.A. Funari | Prepare for mediation. | 1.40 | 600.00 | 840.00 |
| 07/29/22 | B.A. Funari | Prepare for and attend mediation. | 8.00 | 600.00 | 4,800.00 |
| 07/30/22 | B.A. Funari | Review and revise declarations; confer with A. Mahfood and clients regarding same. | 1.30 | 600.00 | 780.00 |
| 07/30/22 | A. G. Mahfood | Revise declarations of J. Manning and D. Steele per comments and revisions from J. Manning; revise brief in support of motion for summary judgment on PPTT's claims per comments and revisions from J. Manning; discuss strategy for | 1.00 | 400.00 | 400.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | finalizing and filing same w/ B. Funari | | | |
| 07/31/22 | A. G. Mahfood | Revise brief in support of motion for summary judgment on counterclaims per comments and revisions from B. Funari; internal correspondence re inserting table of contents and table of authorities in briefs and revise same; correspond w/ D. Steele re declaration; discuss final draft filings w/ B. Funari; file all of same; correspond w/ Court, B. Funari, and opposing counsel re same | 1.50 | 400.00 | 600.00 |
| 07/31/22 | B.A. Funari | Finalize and file summary judgment papers. | 2.50 | 600.00 | 1,500.00 |
| **Totals** | | | **54.70** | | **27,580.00** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Brad A. Funari | 28.50 hrs @ $ | 600.00 / hr | 17,100.00 |
| Alex G. Mahfood | 26.20 hrs @ $ | 400.00 / hr | 10,480.00 |
| **Total Professional Services** | | | **27,580.00** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | | Amount |
|------|-------------|--|--------|
| | Duplicating/Printing/Scanning | 80.00 @ 0.15 | 12.00 |
| | **Total Expenses and Other Charges** | | **12.00** |

## INVOICE SUMMARY



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

| | | |
|---|---|---|
| Total Fees | $ | 27,580.00 |
| Total Expenses and Other Charges | $ | 12.00 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **27,592.00** |
| **Total Amount Due** | **$** | **27,592.00** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| DPAD Group, LLP | Invoice Number: **3541045** |
| 10421 Wine Palm Road | Invoice Date: **11/2/2022** |
| Suite 4926 | Client Number: **394378** |
| Fort Myers, FL 33966 | Matter Number: **394378.60001** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees.................................................................................$  24,045.00

Total Current Expenses and Other Charges ......................................$  5,099.49

**Total Due This Invoice:** **$  29,144.49**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLP
10421 Wine Palm Road
Suite 4926
Fort Myers, FL 33966

| | |
|---|---|
| Invoice Number: | **3541045** |
| Invoice Date: | **11/2/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/Credits | Balance |
|---|---|---|---|---|
| 07/19/22 | 3522947 | 15,274.90 | 0.00 | 15,274.90 |
| 08/22/22 | 3533083 | 27,592.00 | 0.00 | 27,592.00 |
| 10/08/22 | 3546740 | 9,714.85 | 0.00 | 9,714.85 |

**Total Unpaid Balance Previously Billed**          $          52,581.75

According to our records, the above invoices previously billed on this matter, remain unpaid. Please review your records and remit payment for any of these previously submitted invoices, which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLP
10421 Wine Palm Road
Suite 4926
Fort Myers, FL 33966

| | |
|---|---|
| Invoice Number: | **3541045** |
| Invoice Date: | **11/2/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees..............................................................................$      24,045.00

Total Current Expenses and Other Charges .....................................$       5,099.49

**Total Due This Invoice:**                                        **$      29,144.49**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLP
10421 Wine Palm Road
Suite 4926
Fort Myers, FL 33966

| | |
|---|---|
| Invoice Number: | **3541045** |
| Invoice Date: | **11/2/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH August 31, 2022**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/22 | A. G. Mahfood | Review correspondence from opposing counsel to Court re summary judgment filings; discuss same w/ B. Funari; internal correspondence re hard copies of same and transmission of electronic versions to clients; draft cover letter to clerk re courtesy copies of same and arrange for delivery; discuss resolution strategy and next steps w/ B. Funari | 0.60 | 400.00 | 240.00 |
| 08/01/22 | B.A. Funari | Multiple emails with opposing counsel and court regarding joint statement of undisputed facts filed with our summary judgment papers: | 0.90 | 600.00 | 540.00 |
| 08/01/22 | M. Mihalich | Create SharFile link for the disbursement of Mediation Statement at the request of A. Mahfood (0.20); | 0.20 | 200.00 | 40.00 |
| 08/02/22 | B.A. Funari | Multiple emails with opposing counsel and court regarding joint statement of undisputed facts filed with our summary judgment papers: | 0.90 | 600.00 | 540.00 |
| 08/03/22 | B.A. Funari | Emails with opposing counsel regarding meet and confer obligation prior to re-filing | 0.20 | 600.00 | 120.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | motion for sanctions. | | | |
| 08/03/22 | A. G. Mahfood | Correspond w/ B. Funari and R. Moynihan re joint statement of facts and motion for sanctions | 0.20 | 400.00 | 80.00 |
| 08/04/22 | B.A. Funari | Emails with opposing counsel regarding meet and confer obligation prior to re-filing motion for sanctions; call with opposing counsel regarding same. | 1.30 | 600.00 | 780.00 |
| 08/04/22 | A. G. Mahfood | Correspond w/ B. Funari and R. Moynihan re meet and confer on motion for sanctions; prepare for same w/ B. Funari; participate in same; discuss next steps following same w/ B. Funari | 2.40 | 400.00 | 960.00 |
| 08/05/22 | B.A. Funari | Revise proposed joint statement of material facts; confer with A. Mahfood regarding same; emails with opposing counsel regarding renewed motion for sanctions. | 0.40 | 600.00 | 240.00 |
| 08/05/22 | A. G. Mahfood | Correspond and discuss meet and confer on motion for sanctions w/ B. Funari and R. Moynihan; review renewed motion for sanctions and memorandum in support; correspond w/ B. Funari re same | 1.20 | 400.00 | 480.00 |
| 08/05/22 | M. Mihalich | Prepare e-filings along with the exhibits being filed under seal for review at the request of A.Mahfood (0.30); | 0.30 | 200.00 | 60.00 |
| 08/06/22 | B.A. Funari | Receipt and analysis of renewed motion for sanctions, | 1.20 | 600.00 | 720.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | supporting brief and exhibits to same; confer with A. Mahfood regarding same. | | | |
| 08/06/22 | A. G. Mahfood | Conduct legal research re ███████████████████ | 0.40 | 400.00 | 160.00 |
| 08/08/22 | B.A. Funari | Receipt of court orders granting leave to file under seal and setting briefing schedule on renewed motion for sanctions. | 0.30 | 600.00 | 180.00 |
| 08/08/22 | A. G. Mahfood | Review orders on briefing schedule on motion for sanctions and entry of default judgment; discuss same w/ B. Funari; correspond w/ J. Manning, D. Steele, and M. Mihalich re ████ begin researching and drafting brief in opposition to same | 6.00 | 400.00 | 2,400.00 |
| 08/08/22 | M. Mihalich | Create ShareFile link for the disbursement of e-filings along with the exhibits being filed under seal for review at the request of A.Mahfood (0.30); | 0.30 | 200.00 | 60.00 |
| 08/09/22 | A. G. Mahfood | Continue researching and drafting brief in opposition to motion for sanctions and entry of default judgment; communicate w/ B. Funari and J. Manning re ████ | 4.50 | 400.00 | 1,800.00 |
| 08/10/22 | B.A. Funari | Review PPTT's redline of statement of material facts; confer with A. Mahfood regarding same; revise draft opposition to motion for sanctions; meet with A. | 3.50 | 600.00 | 2,100.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | Mahfood to discuss same; emails with clients regarding same; review final comments and edits. | | | |
| 08/10/22 | A. G. Mahfood | Revise brief in opposition to motion for sanctions per comments and revisions from B. Funari and J. Manning; discuss and correspond re ▉ w/ B. Funari, J. Manning, D. Steele, and internally; finalize same and file; review joint statement of facts from opposing counsel; discuss same w/ B. Funari; revise same; correspond w/ opposing counsel re same | 3.00 | 400.00 | 1,200.00 |
| 08/11/22 | B.A. Funari | Emails with opposing counsel regarding revisions to joint statement of material facts; finalize same; | 0.60 | 600.00 | 360.00 |
| 08/11/22 | A. G. Mahfood | Revise joint statement of material facts per comments and revisions from R. Moynihan and B. funari; discuss and correspond re same w/ B. Funari and R. Moynihan; finalize and file same; discuss ▉ w/ J. Manning | 1.60 | 400.00 | 640.00 |
| 08/15/22 | B.A. Funari | Receipt and analysis of PPTT and Sweet's motion for summary judgment, supporting statement of facts, brief and exhibits; confer with A. Mahfood regarding same. | 2.20 | 600.00 | 1,320.00 |
| 08/15/22 | A. G. Mahfood | Review motion to dismiss, brief in support, and statement of facts in support; | 0.50 | 400.00 | 200.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | conduct legal research re ███████████ | | | |
| 08/16/22 | A. G. Mahfood | Discuss PPTT's summary judgment filings and next steps re same w/ B. Funari; correspond w/ J. Manning and D. Steele re ████; substantive review of same | 0.70 | 400.00 | 280.00 |
| 08/16/22 | B.A. Funari | Receipt of order referring sanctions motion to special master; emails with client ████████. | 0.30 | 600.00 | 180.00 |
| 08/17/22 | A. G. Mahfood | Review reply in support of motion for sanctions and entry of default judgment; discuss same w/ B. Funari; discuss and correspond re research and drafting assignment re PPTT's motion for summary judgment on counterclaims w/ R. Richman | 1.20 | 400.00 | 480.00 |
| 08/17/22 | B.A. Funari | Receipt and analysis of reply brief filed by PPTT in support of motion for sanctions; confer with A. Mahfood regarding same. | 1.50 | 600.00 | 900.00 |
| 08/18/22 | B.A. Funari | Meeting with A. Mahfood to discuss reply brief and arguments for potential sur-reply brief; emails with clients regarding ████. | 0.50 | 600.00 | 300.00 |
| 08/18/22 | R. Richman | Legal research re ████████████ | 3.00 | 150.00 | 450.00 |
| 08/18/22 | A. G. Mahfood | Discuss reply in support of motion for sanctions and default judgment w/ B. Funari; | 0.50 | 400.00 | 200.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | correspond re ███████ ███ w/ J. Manning and D. Steele | | | |
| 08/19/22 | A. G. Mahfood | Correspond w/ D. Steele re sur-reply on motion for sanctions; discuss same w/ B. Funari; draft sur-reply in opposition to motion for sanctions and entry of default judgment | 2.10 | 400.00 | 840.00 |
| 08/19/22 | R. Richman | Continue legal research re ███████████████ | 4.50 | 150.00 | 675.00 |
| 08/22/22 | R. Richman | Continue researching/drafting memorandum | 2.00 | 150.00 | 300.00 |
| 08/22/22 | B.A. Funari | Review and analysis of authorities cited in sur-reply; revise same | 1.80 | 600.00 | 1,080.00 |
| 08/22/22 | A. G. Mahfood | Revise sur-reply in opposition to motion for sanctions and default judgment per comments and revisions from B. Funari; correspond w/ J. Manning, D. Steele, and internally re ████ | 0.40 | 400.00 | 160.00 |
| 08/23/22 | R. Richman | Continue legal research re ███████████ | 7.00 | 150.00 | 1,050.00 |
| 08/24/22 | R. Richman | Continue research/writing memorandum | 7.00 | 150.00 | 1,050.00 |
| 08/26/22 | B.A. Funari | Receipt and analysis of plaintiffs motion to file shrewdly brief. | 0.30 | 600.00 | 180.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 08/26/22 | A. G. Mahfood | Review motion for leave to file rebuttal memorandum to sur-reply | 0.40 | 400.00 | 160.00 |
| 08/29/22 | B.A. Funari | Receipt and analysis of PPTT's sur-reply brief; confer with A. Mahfood regarding same. | 0.90 | 600.00 | 540.00 |
| **Totals** | | | **66.80** | | **24,045.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Brad A. Funari | 16.80 hrs @ $ | 600.00 / hr | 10,080.00 |
| Alex G. Mahfood | 25.70 hrs @ $ | 400.00 / hr | 10,280.00 |
| Michael Mihalich | 0.80 hrs @ $ | 200.00 / hr | 160.00 |
| Rob Richman | 23.50 hrs @ $ | 150.00 / hr | 3,525.00 |
| **Total Professional Services** | | | **24,045.00** |

**DISBURSEMENTS AND OTHER CHARGES**

| Date | Description | | Amount |
|------|-------------|--|--------|
| | Data Hosting Fee | | 2,502.64 |
| | Duplicating/Printing/Scanning | 3,979.00 @ 0.15 | 596.85 |
| 08/01/2022 | JUSTUS ADR SERVICES - LEGAL SERVICES Mediator | | 2,000.00 |
| | **Total Expenses and Other Charges** | | **5,099.49** |

**INVOICE SUMMARY**

| | | |
|--|--|--|
| Total Fees | $ | 24,045.00 |
| Total Expenses and Other Charges | $ | 5,099.49 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

**TOTAL CURRENT INVOICE DUE**          $      29,144.49

**Total Amount Due**          $      29,144.49



File No. 394378.60001          Invoice No. 3541045          Page 8



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| DPAD Group, LLP | Invoice Number: **3546740** |
| 10421 Wine Palm Road | Invoice Date: **10/8/2022** |
| Suite 4926 | Client Number: **394378** |
| Fort Myers, FL 33966 | Matter Number: **394378.60001** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees................................................................................$     9,640.00

Total Current Expenses and Other Charges .....................................$          74.85

**Total Due This Invoice:**                                          **$      9,714.85**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLP
10421 Wine Palm Road
Suite 4926
Fort Myers, FL 33966

| | |
|---|---|
| Invoice Number: | **3546740** |
| Invoice Date: | **10/8/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance |
|---|---|---|---|---|
| 07/19/22 | 3522947 | 15,274.90 | 0.00 | 15,274.90 |
| 08/22/22 | 3533083 | 27,592.00 | 0.00 | 27,592.00 |
| 09/21/22 | 3541045 | 36,026.75 | 0.00 | 36,026.75 |

**Total Unpaid Balance Previously Billed** $ 78,893.65

According to our records, the above invoices previously billed on this matter, remain unpaid. Please review your records and remit payment for any of these previously submitted invoices, which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLP
10421 Wine Palm Road
Suite 4926
Fort Myers, FL 33966

| | |
|---|---|
| Invoice Number: | **3546740** |
| Invoice Date: | **10/8/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees.............................................................................$      9,640.00

Total Current Expenses and Other Charges ....................................$            74.85

**Total Due This Invoice:**                                    **$      9,714.85**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLP
10421 Wine Palm Road
Suite 4926
Fort Myers, FL 33966

| | |
|---|---|
| Invoice Number: | **3546740** |
| Invoice Date: | **10/8/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH September 30, 2022**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/05/22 | A. G. Mahfood | Draft response to PPTT and Sweet's statement of material facts in support of motion for summary judgment; draft brief in opposition to PPTT and Sweet's motion for summary judgment; review an revise same; confer with B. Funari re: same. | 7.50 | 400.00 | 3,000.00 |
| 09/23/22 | A. G. Mahfood | Revise brief in opposition to motion for summary judgment per revisions from B. Funari; transmit same and response to statement of facts to J. Manning and D. Steele; correspond re ▮▮▮ w/ J. Manning and D. Steele | 0.70 | 400.00 | 280.00 |
| 09/23/22 | B.A. Funari | Revise reply brief; meet with A. Mahfood regarding same. | 1.20 | 600.00 | 720.00 |
| 09/26/22 | A. G. Mahfood | Final review and revisions to response to statement of facts and brief in opposition to motion for summary judgment; correspond and discuss ▮▮▮ w/ B. Funari, J. Manning, and internally; preliminary review of PPTT's responses in opposition to motions for summary judgment and supporting materials; correspond w/ B. | 0.90 | 400.00 | 360.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | Funari, J. Manning, D. Steele, and internally re same | | | |
| 09/27/22 | A. G. Mahfood | Substantive review of PPTT and Sweet's filings in opposition to motions for summary judgment | 1.50 | 400.00 | 600.00 |
| 09/27/22 | B.A. Funari | Receipt and analysis of PPTT's summary judgment opposition briefs; confer with A. Mahfood regarding same. | 1.60 | 600.00 | 960.00 |
| 09/28/22 | A. G. Mahfood | Begin drafting reply in support of motion for summary judgment on PPTT's claims | 1.80 | 400.00 | 720.00 |
| 09/29/22 | A. G. Mahfood | Continue drafting reply in support of motion for summary judgment on PPTT's claims | 2.70 | 400.00 | 1,080.00 |
| 09/30/22 | A. G. Mahfood | Continue drafting reply in support of motion for summary judgment on PPTT's claims; draft reply in support of motion for summary judgment on counterclaims; final review and revisions to all of same. | 4.80 | 400.00 | 1,920.00 |
| **Totals** | | | **22.70** | | **9,640.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|-----------|-------|------|-------|
| Brad A. Funari | 2.80 hrs @ $ | 600.00 / hr | 1,680.00 |
| Alex G. Mahfood | 19.90 hrs @ $ | 400.00 / hr | 7,960.00 |
| **Total Professional Services** | | | **9,640.00** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Duplicating/Printing/Scanning | 499.00 @ 0.15 | 74.85 |
| | **Total Expenses and Other Charges** | | **74.85** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 9,640.00 |
| Total Expenses and Other Charges | $ | 74.85 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **9,714.85** |
| **Total Amount Due** | **$** | **9,714.85** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLP
10421 Wine Palm Road
Suite 4926
Fort Myers, FL 33966

| | |
|---|---|
| Invoice Number: | **3560300** |
| Invoice Date: | **11/14/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees.................................................................................$    4,720.00

Total Current Expenses and Other Charges .....................................$          12.90

**Total Due This Invoice:**                                          **$       4,732.90**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLP
10421 Wine Palm Road
Suite 4926
Fort Myers, FL 33966

| | |
|---|---|
| Invoice Number: | **3560300** |
| Invoice Date: | **11/14/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/Credits | Balance |
|---|---|---|---|---|
| 07/19/22 | 3522947 | 15,274.90 | 0.00 | 15,274.90 |
| 08/22/22 | 3533083 | 27,592.00 | 0.00 | 27,592.00 |
| 10/08/22 | 3546740 | 9,714.85 | 0.00 | 9,714.85 |
| 11/02/22 | 3541045 | 29,144.49 | 0.00 | 29,144.49 |

**Total Unpaid Balance Previously Billed**          $          81,726.24

According to our records, the above invoices previously billed on this matter, remain unpaid.
Please review your records and remit payment for any of these previously submitted invoices,
which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



ReedSmith
Driving progress
through partnership

Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLP
10421 Wine Palm Road
Suite 4926
Fort Myers, FL 33966

| | |
|---|---|
| Invoice Number: | **3560300** |
| Invoice Date: | **11/14/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

### INVOICE SUMMARY

Total Current Fees.................................................................................$      4,720.00

Total Current Expenses and Other Charges .....................................$          12.90

           **Total Due This Invoice:**                        **$       4,732.90**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLP
10421 Wine Palm Road
Suite 4926
Fort Myers, FL 33966

| | |
|---|---|
| Invoice Number: | **3560300** |
| Invoice Date: | **11/14/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH October 31, 2022**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/04/22 | A. G. Mahfood | Review sealed exhibits to PPTT's summary judgment opposition filings | 0.20 | 400.00 | 80.00 |
| 10/05/22 | B.A. Funari | Receipt and analysis of PPTT's Concise Statement of Material Facts; revise reply briefs in support of DPAD's motions for summary judgment. | 1.80 | 600.00 | 1,080.00 |
| 10/07/22 | A. G. Mahfood | Discuss replies in support of motions for summary judgment w/ B. Funari | 0.10 | 400.00 | 40.00 |
| 10/10/22 | A. G. Mahfood | Correspond w/ B. Funari, J. Manning, and D. Steele re ██████████████; revise per comments and revisions from B. Funari and J. Manning; finalize and file same; review PPTT's reply in support of motion for summary judgment on counterclaims; correspond w/ J. Manning and D. Steele re ███████ | 1.50 | 400.00 | 600.00 |
| 10/13/22 | A. G. Mahfood | Draft sur-reply in opposition to PPTT's motion for summary judgment on counterclaims; transmit same to B. Funari | 4.20 | 400.00 | 1,680.00 |
| 10/19/22 | A. G. Mahfood | Review and revise sur-reply | 0.50 | 400.00 | 200.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | in opposition to PPTT/Sweet's motion for summary judgment on counterclaims; correspond w/ B. Funari, J. Manning, and D. Steele re ███ | | | |
| 10/20/22 | A. G. Mahfood | Discuss revisions to sur-rely in opposition to PPTT/Sweet's motion for summary judgment w/ B. Funari; revise per same; internal correspondence re finalizing; file same; correspond w/ J. Manning and D. Steele re ███; review PPTT's sur-replies in opposition to motions for summary judgment; correspond w/ J. Manning and D. Steele re ███ | 1.00 | 400.00 | 400.00 |
| 10/21/22 | A. G. Mahfood | Correspond w/ J. Manning and D. Steele re ███ ███; draft table cataloging summary judgment filings and categorizing them by motion; correspond w/ B. Funari re same | 0.10 | 400.00 | 40.00 |
| 10/21/22 | B.A. Funari | Receipt and analysis of PPTT's sur-replies; confer with A. Mahfood regarding same. | 1.00 | 600.00 | 600.00 |
| **Totals** | | | **10.40** | | **4,720.00** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|-----------|-------|------|-------|
| Brad A. Funari | 2.80 hrs @ $ | 600.00 / hr | 1,680.00 |
| Alex G. Mahfood | 7.60 hrs @ $ | 400.00 / hr | 3,040.00 |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| **Total Professional Services** | | | **4,720.00** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | | Amount |
|---|---|---|---|
| | Duplicating/Printing/Scanning | 86.00 @ 0.15 | 12.90 |
| | **Total Expenses and Other Charges** | | **12.90** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 4,720.00 |
| Total Expenses and Other Charges | $ | 12.90 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **4,732.90** |
| **Total Amount Due** | **$** | **4,732.90** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLP
10421 Wine Palm Road
Suite 4926
Fort Myers, FL 33966

| | |
|---|---|
| Invoice Number: | **3564910** |
| Invoice Date: | **12/6/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Expenses and Other Charges ......................................................$ 550.00

**Total Due This Invoice:** **$ 550.00**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLP
10421 Wine Palm Road
Suite 4926
Fort Myers, FL 33966

| | |
|---|---|
| Invoice Number: | **3564910** |
| Invoice Date: | **12/6/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

### STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/<br>Credits | Balance |
|---|---|---:|---:|---:|
| 11/02/22 | 3541045 | 29,144.49 | 0.00 | 29,144.49 |
| 11/14/22 | 3560300 | 4,732.90 | 0.00 | 4,732.90 |
| **Total Unpaid Balance Previously Billed** | | | $ | 33,877.39 |

According to our records, the above invoices previously billed on this matter, remain unpaid. Please review your records and remit payment for any of these previously submitted invoices, which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| DPAD Group, LLP | Invoice Number: **3564910** |
| 10421 Wine Palm Road | Invoice Date: **12/6/2022** |
| Suite 4926 | Client Number: **394378** |
| Fort Myers, FL 33966 | Matter Number: **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Expenses and Other Charges ......................................................$          550.00

**Total Due This Invoice:** **$          550.00**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLP
10421 Wine Palm Road
Suite 4926
Fort Myers, FL 33966

| | |
|---|---|
| Invoice Number: | **3564910** |
| Invoice Date: | **12/6/2022** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|---|---|---|
| | Archive Costs | 550.00 |
| | **Total Expenses and Other Charges** | **550.00** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Expenses and Other Charges | $ | 550.00 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **550.00** |
| **Total Amount Due** | **$** | **550.00** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| DPAD Group, LLP | **Invoice Number:** **3577041** |
| 10421 Wine Palm Road | **Invoice Date:** **1/17/2023** |
| Suite 4926 | **Client Number:** **394378** |
| Fort Myers, FL 33966 | **Matter Number:** **394378.60001** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees.................................................................................$ 200.00

**Total Due This Invoice:** **$ 200.00**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLP
10421 Wine Palm Road
Suite 4926
Fort Myers, FL 33966

| | |
|---|---|
| Invoice Number: | **3577041** |
| Invoice Date: | **1/17/2023** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

### INVOICE SUMMARY

Total Current Fees.............................................................................................$_____200.00

**Total Due This Invoice:** **$_____200.00**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| DPAD Group, LLP | Invoice Number: **3577041** |
| 10421 Wine Palm Road | Invoice Date: **1/17/2023** |
| Suite 4926 | Client Number: **394378** |
| Fort Myers, FL 33966 | Matter Number: **394378.60001** |

### DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH December 31, 2022

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/06/22 | A. G. Mahfood | Correspond w/ Court, B. Funari, and opposing counsel re summary judgment exhibit | 0.10 | 400.00 | 40.00 |
| 12/07/22 | A. G. Mahfood | Review motion for leave to amend PPTT/Sweet's responsive statement of facts; correspond w/ Court and opposing counsel re confidentiality of exhibit to same | 0.40 | 400.00 | 160.00 |
| **Totals** | | | **0.50** | | **200.00** |

### SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Alex G. Mahfood | 0.50 hrs @ $ | 400.00 / hr | 200.00 |
| **Total Professional Services** | | | **200.00** |

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $ 200.00 |
| **TOTAL CURRENT INVOICE DUE** | **$ 200.00** |
| **Total Amount Due** | **$ 200.00** |



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON





Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLP
10421 Wine Palm Road
Suite 4926
Fort Myers, FL 33966

| | |
|---|---|
| Invoice Number: | **3586948** |
| Invoice Date: | **2/16/2023** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Profit Point Tax Technologies, Inc.**

---

Total Current Fees.................................................................................$     1,280.00

Total Current Expenses and Other Charges ......................................$_____5,005.28

**Total Due This Invoice:**                                    **$_____6,285.28**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLP
10421 Wine Palm Road
Suite 4926
Fort Myers, FL 33966

| | |
|---|---|
| Invoice Number: | **3586948** |
| Invoice Date: | **2/16/2023** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | | Payment/ Credits | Balance |
|---|---|---|---|---|---|
| 01/17/23 | 3577041 | 200.00 | | 0.00 | 200.00 |
| **Total Unpaid Balance Previously Billed** | | | | $ | 200.00 |

According to our records, the above invoices previously billed on this matter, remain unpaid. Please review your records and remit payment for any of these previously submitted invoices, which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

DPAD Group, LLP
10421 Wine Palm Road
Suite 4926
Fort Myers, FL 33966

| | |
|---|---|
| Invoice Number: | **3586948** |
| Invoice Date: | **2/16/2023** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**RE: Profit Point Tax Technologies, Inc.**

---

## INVOICE SUMMARY

Total Current Fees.............................................................................$      1,280.00

Total Current Expenses and Other Charges .....................................$      5,005.28

**Total Due This Invoice:**                    **$      6,285.28**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 360074M*
*Pittsburgh, PA 15251-6074*

*Wire Instructions:*



**(Please Reference Invoice Number)**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

DPAD Group, LLP
10421 Wine Palm Road
Suite 4926
Fort Myers, FL 33966

| | |
|---|---|
| Invoice Number: | **3586948** |
| Invoice Date: | **2/16/2023** |
| Client Number: | **394378** |
| Matter Number: | **394378.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH January 31, 2023**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/23/23 | A. G. Mahfood | Review reports and recommendations on all pending motions for summary judgment; discuss same w/ B. Funari; draft correspondence to J. Manning and D. Steele re ▮▮ ; conduct legal research re ▮▮▮ | 1.70 | 400.00 | 680.00 |
| 01/24/23 | A. G. Mahfood | Discuss research re ▮▮▮ w/ B. Funari; conduct legal research re ▮▮ ; draft summary of same and transmit to B. Funari | 1.00 | 400.00 | 400.00 |
| 01/25/23 | A. G. Mahfood | Participate in conference call w/ B. Funari, J. Manning, and D. Steele re ▮▮▮ ; correspond w/ J. Manning and D. Steele re ▮▮▮ | 0.50 | 400.00 | 200.00 |
| **Totals** | | | **3.20** | | **1,280.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**



Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: -+1 412 288 3131
Fax: -+1 412 288 3063
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Alex G. Mahfood | 3.20 hrs @ $ | 400.00 / hr | 1,280.00 |
| **Total Professional Services** | | | **1,280.00** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|---|---|---|
| | Data Hosting Fee | 5,005.28 |
| | **Total Expenses and Other Charges** | **5,005.28** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 1,280.00 |
| Total Expenses and Other Charges | $ | 5,005.28 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **6,285.28** |
| **Total Amount Due** | **$** | **6,285.28** |