# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PROFIT POINT TAX TECHNOLOGIES, INC., | Case No. 2:19-cv-00698-WSS-MPK |
| Plaintiff, | Filed Electronically |
| v. | |
| DPAD GROUP, LLP, JOHN MANNING and DANIEL STEELE, | |
| Defendants. | |
| DPAD GROUP, LLP, JOHN MANNING and DANIEL STEELE, | |
| Counter-Plaintiffs, | |
| v. | |
| PROFIT POINT TAX TECHNOLOGIES, INC. and PATRICK J. SWEET, | |
| Counter-Defendants. | |

## DECLARATION OF JOHN MANNING

I, John Manning, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.     I am a Defendant/Counter-Plaintiff in the matter captioned above.

2.     I submit this Declaration in support of Defendants DPAD Group, LLP ("DPAD"), John Manning ("Manning"), and Daniel Steele's ("Steele") (collectively, "Defendants") Motion for Attorneys' Fees and Costs.

3.     Defendants incurred $88,486.50 in costs from Charles River Associates ("CRA"), the consultant requested by PPTT and selected by the Court, over Defendants' objections, to forensically image Defendants' devices.

4.      CRA's invoices, which reflect all of the costs charged to Defendants, are attached to this Declaration.

5.      Defendants have paid CRA 100 percent of these costs.

Dated: March 13, 2022

/s/ John Manning
John Manning



CRA No. D34383

September 10, 2021

Brad Funari
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222-2716

bfunari@reedsmith.com

**Re**:      <u>**Professional Services on behalf of Profit Point Tax Technologies**</u>

Dear Brad,

Enclosed is our billing for professional services rendered in connection with the above referenced matter for the period through August 31, 2021.

If you have any questions, please do not hesitate to contact me at 617-425-3000 or jmueller@crai.com.

Sincerely,

Julie Mueller
Billing Analyst

Enclosure



CRA No. D34383

September 10, 2021

Brad Funari
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222-2716

bfunari@reedsmith.com

**CRA Invoice Number:** **1066632**

**Re:** **Professional Services on behalf of Profit Point Tax Technologies**

Activity Dates: through August 31, 2021

| | |
|---|---|
| Professional Fees | 54,769.75 |
| Expenses | 8,056.48 |
| **Total Invoice:** | **USD 62,826.23** |

**Please remit payment via:**

**Wire:**

**ACH:**

**Lockbox:**

NOTE:     CRA International's United States Federal Taxpayer Identification Number is ▮▮▮▮▮▮
              CRA International's Canadian Business Number is ▮▮▮▮▮▮

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

CRA No. D34383

September 10, 2021

Brad Funari
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222-2716

bfunari@reedsmith.com

**CRA Invoice Number:** **1066632**

**Re:** **Professional Services on behalf of Profit Point Tax Technologies**

PROFESSIONAL SERVICES FOR THE PERIOD  THROUGH AUGUST 31, 2021

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Roffman, Dan | 19.60 | 830.00 | 16,268.00 |
| Hunter, Rob | 35.25 | 545.00 | 19,211.25 |
| Havidic, Jim | 27.95 | 490.00 | 13,695.50 |
| Stavroplos, Peter | 1.10 | 450.00 | 495.00 |
| Joshi, Ajinkya | 15.00 | 340.00 | 5,100.00 |
| TOTAL PROFESSIONAL FEES | 98.90 | | USD 54,769.75 |

| EXPENSES | | |
|---|---|---|
| Data Processing | | 5,746.12 |
| Digital Forensics Platform | | 500.00 |
| Evidence Storage  - per GB | | 693.20 |
| Supplies | | 620.03 |
| Travel & Meals | | 497.13 |
| TOTAL EXPENSES | | USD 8,056.48 |

| | | |
|---|---|---|
| **TOTAL INVOICE** | | **USD 62,826.23** |

| Date | Name | Hours | Work Description |
|---|---|---|---|
| 8-Jun-21 | Dan Roffman | 1.20 | Emails with the parties related to conference call to discuss the project. Review materials. Forward correspondence to CRA legal for direction. |
| 9-Jun-21 | Dan Roffman | 1.70 | Discuss matter with CRA legal. Research Judge Stickman's clerk and call her. Draft email to Judge Stickman's clerk. |
| 11-Jun-21 | Dan Roffman | 0.50 | Send additional email to Judge Stickman's clerk regarding conflicts |
| 22-Jun-21 | Dan Roffman | 0.50 | Emails with the parties re CRA engagement. |
| 24-Jun-21 | Dan Roffman | 0.70 | Call with Judge Stickman. Coordinate times with CRA's GC. Email to Judge Stickman's clerk. |
| 28-Jun-21 | Dan Roffman | 1.50 | Call with Michael Swiatkowksi. Call with Judge Stickman. Call with the parties. |
| 23-Jul-21 | Dan Roffman | 0.50 | Review order. Contact CRA GC re: next steps. |
| 27-Jul-21 | Dan Roffman | 1.10 | Correspond with parties re: documents. Correspond with Michael Swiatkowski re: engagement letter. Correspond with CRA team re: next steps. |
| 29-Jul-21 | Dan Roffman | 0.50 | Download files. Notify team not to use previous files. Email parties. |
| 30-Jul-21 | Dan Roffman | 0.50 | Emails with Brad Funari and team re: logistics of imaging devices. |
| 5-Aug-21 | Dan Roffman | 0.60 | Email and call with Reed Smith regarding rescheduling the imaging. |
| 9-Aug-21 | Dan Roffman | 0.90 | Discuss collection methodology with team. Email to Brad Funari. |
| 11-Aug-21 | Dan Roffman | 0.50 | Discuss deduplication and search with Miri Davidson. |
| 12-Aug-21 | Dan Roffman | 0.50 | Provide court ordered search terms to Miri Davidson. |
| 16-Aug-21 | Dan Roffman | 1.20 | Follow up with team on status. Provide update to counsel. Respond to email from Brad Funari |
| 18-Aug-21 | Dan Roffman | 0.50 | Emails with team re: search terms. |
| 23-Aug-21 | Dan Roffman | 0.50 | Communicate with CRA team re: search. |
| 25-Aug-21 | Dan Roffman | 0.50 | Meet with CRA team re: keywords. |
| 26-Aug-21 | Dan Roffman | 0.50 | Email parties re: keywords. |
| 27-Aug-21 | Dan Roffman | 1.40 | Reach out to Judge Stickman's clerk. Reach out to parties. Review keywords. Emails to CRA team re: keywords. |
| 30-Aug-21 | Dan Roffman | 3.80 | Meet with Jim Havidic to prepare for call with parties. Review keyword hits. Call with Parties. Follow up. |
|  | Total | 19.60 |  |
|  |  |  |  |
| 2-Aug-21 | Rob Hunter | 4.00 | Researched methods for obtaining forensic images of specified devices for Custodian STEELE. Consulted with various CRA-FS Practice employees for obtaining required equipment for imaging on-site. |
| 10-Aug-21 | Rob Hunter | 8.00 | Imaged devices from custodian in CRA DC offices. Obtained needed resources for imaging second custodian's devices in Pittsburgh. |
| 11-Aug-21 | Rob Hunter | 8.00 | Imaged devices at second custodian's house in Pittsburgh, PA. |

| Date | Name | Hours | Work Description |
|---|---|---|---|
| 13-Aug-21 | Rob Hunter | 6.00 | Troubleshooting with fellow CRA employee regarding transfer of images to FCI network. Successfully resolved, and transferred remaining images. Coordinated with additional CRA employees to do remote collection of email. |
| 16-Aug-21 | Rob Hunter | 5.00 | Performed remote collection of custodian email. Coordinated with CRA e-Discovery personnel regarding ingest of forensic images. Converted Cellebrite UFDX files to UFDR files for ingest into Nuix for e-Discovery. |
| 19-Aug-21 | Rob Hunter | 1.00 | Discussed keyword searching with CRA e-Discovery personnel, and attempted to devise a method to report results and identify the requested documents. |
| 20-Aug-21 | Rob Hunter | 2.00 | Reviewed keyword search results and specified documents with CRA e-Discovery employee. Worked to develop a way to report the results, and improve keyword search terms. |
| 24-Aug-21 | Rob Hunter | 0.25 | Reviewed search results with CRA e-Discovery employee. Verified results were what client had requested. Recommended review of results with VP Roffman to determine report format for client. |
| 25-Aug-21 | Rob Hunter | 1.00 | Attended call and discussed search term and document search results with VP and Jim H. Discussed options for presenting results to attorneys involved. |
|  | Total | 35.25 |  |
|  |  |  |  |
| 16-Aug-21 | Jim Havidic | 2.50 | D34383 - X-Profit Point Tax Tech Processing data and OCR management |
| 17-Aug-21 | Jim Havidic | 2.50 | Processing data and OCR management |
| 18-Aug-21 | Jim Havidic | 2.00 | Processing data and OCR management |
| 19-Aug-21 | Jim Havidic | 2.50 | Processing data and OCR management |
| 20-Aug-21 | Jim Havidic | 3.50 | Processing data and OCR management Generating searches and reports |
| 24-Aug-21 | Jim Havidic | 4.75 | Generating searches and reports Searching for Boston and GTM documents |
| 25-Aug-21 | Jim Havidic | 5.25 | Generating searches and reports Searching for Boston and GTM documents Setting up productions |
| 30-Aug-21 | Jim Havidic | 1.40 | Client Call Generating searches, reports, and productions |
| 31-Aug-21 | Jim Havidic | 3.55 | Generating searches, reports, and productions |
|  | Total | 27.95 |  |
|  |  |  |  |
| 13-Aug-21 | Peter Stavroplos | 1.10 | Collected gmail account with google takeout |
|  | Total | 1.10 |  |
|  |  |  |  |
| 10-Aug-21 | Ajinkya Joshi | 6.50 | DF01 Evidence preservation, collection, & documentation pptt_v_dpad |
| 11-Aug-21 | Ajinkya Joshi | 3.50 | DF01 Evidence preservation, collection, & documentation pptt_v_dpad |
| 13-Aug-21 | Ajinkya Joshi | 3.50 | DF01 Evidence preservation, collection, & documentation pptt_v_dpad |

X-Profit Point Tax Tech
BREAKDOWN OF HOURS
Number: D34383-1

| Date | Name | Hours | Work Description |
|---|---|---|---|
| 20-Aug-21 | Ajinkya Joshi | 1.50 | DF02 Digital forensic analysis (i.e. computer systems, mobile devices, etc.) |
| | Total | 15.00 | |
| | | | |
| | Total Hours | 98.90 | |



CRA No. D34383

October 7, 2021

Brad Funari
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222-2716

bfunari@reedsmith.com

**Re**:     **Professional Services on behalf of Profit Point Tax Technologies**

Dear Brad,

Enclosed is our billing for professional services rendered in connection with the above referenced matter for the period September 1, 2021 through September 30, 2021.

If you have any questions, please do not hesitate to contact me at 617-425-3000 or jmueller@crai.com.

Sincerely,

Julie Mueller
Billing Analyst

Enclosure



CRA No. D34383

October 7, 2021

Brad Funari
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222-2716

bfunari@reedsmith.com

**CRA Invoice Number:**     **1067481R**

**Re:**     **Professional Services on behalf of Profit Point Tax Technologies**

Activity Dates: September 1, 2021 through September 30, 2021

| | |
|---|---:|
| Professional Fees | 38,276.00 |
| Expenses | 693.20 |
| Sub Total | 38,969.20 |
| Agreed Upon discount | (21,795.43) |
| **Total Invoice:** | **USD 17,173.77** |

**Please remit payment via:**



**Wire:**           **ACH:**           **Lockbox:**

NOTE:     CRA International's United States Federal Taxpayer Identification Number is ▉▉▉▉▉
             CRA International's Canadian Business Number is ▉▉▉▉▉

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

CRA No. D34383

October 7, 2021

Brad Funari
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222-2716

bfunari@reedsmith.com

**CRA Invoice Number:** **1067481R**

**Re:** **Professional Services on behalf of Profit Point Tax Technologies**

PROFESSIONAL SERVICES FOR THE PERIOD SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Roffman, Dan | 27.40 | 830.00 | 22,742.00 |
| Havidic, Jim | 29.10 | 490.00 | 14,259.00 |
| Wage, Joey | 3.75 | 340.00 | 1,275.00 |
| TOTAL PROFESSIONAL FEES | 60.25 | | USD 38,276.00 |

| EXPENSES | |
|---|---|
| Evidence Storage  - per GB | 693.20 |
| TOTAL EXPENSES | USD 693.20 |

| Agreed Upon discount | (21,795.43) |
|---|---|

| **TOTAL INVOICE** | **USD 17,173.77** |
|---|---|

X-Profit Point Tax Tech
BREAKDOWN OF HOURS
Number: D34383-4

| Date | Name | Hours | Task | Work Description |
|---|---|---|---|---|
| 1-Sep-21 | Dan Roffman | 4.6 | 0 | QC production. Calls with Jim Havidic re: data. Emails to parties re outstanding items. |
| 2-Sep-21 | Dan Roffman | 3.5 | 0 | Call with parties. Email to Judge's clerk. Emails with parties. Review data with Jim Havidic. |
| 9-Sep-21 | Dan Roffman | 2.5 | 0 | Call with Judge Stickman. Meet with CRA team. Emails to parties. |
| 10-Sep-21 | Dan Roffman | 1.9 | 0 | Correspondence with Jim Havidic re: production. Begin QC of production. |
| 13-Sep-21 | Dan Roffman | 1.5 | 0 | Review production. Check in with Jim Havidic re: production. |
| 15-Sep-21 | Dan Roffman | 1.2 | 0 | Emails with the parties. |
| 16-Sep-21 | Dan Roffman | 3.9 | 0 | production and correspond with Jim Havidic re: production. |
| 20-Sep-21 | Dan Roffman | 1.3 | 0 | Respond to emails from parties. |
| 22-Sep-21 | Dan Roffman | 0.6 | 0 | Respond to email requesting clarification prior to court hearing. |
| 23-Sep-21 | Dan Roffman | 2.1 | 0 | QC production. Correspond with Jim Havidic re: production. |
| 24-Sep-21 | Dan Roffman | 4.3 | 0 | Prepare productions. Perform final QCs. Correspond with Jim Havidic re: production. Send production to parties. |
| 1-Sep-21 | Jim Havidic | 0.5 | 0 | Client call |
| 2-Sep-21 | Jim Havidic | 7.15 | 0 | Client call  Generating searches, reports, and productions  Manual search for production natives |
| 3-Sep-21 | Jim Havidic | 3.6 | 0 | Manual search for production natives |
| 9-Sep-21 | Jim Havidic | 6 | 0 | Manual doc search  Document production |
| 13-Sep-21 | Jim Havidic | 0.5 | 0 | Client Call |
| 14-Sep-21 | Jim Havidic | 3.6 | 0 | Generating reports and productions |
| 15-Sep-21 | Jim Havidic | 0.25 | 0 | Generating report for begdocs found |
| 17-Sep-21 | Jim Havidic | 3.25 | 0 | Updating production with corrected docs from splitting larger PDF production |
| 22-Sep-21 | Jim Havidic | 0.25 | 0 | Responding to questions via email |
| 24-Sep-21 | Jim Havidic | 3.25 | 0 | Finalizing productions for plaintiffs |
| 28-Sep-21 | Jim Havidic | 0.75 | 0 | Client call and production walkthrough |
| 20-Sep-21 | Joey Wage | 3.75 | 0 | Performed quality control on production at the request of Dan Roffman. |
|  | Total Hours | 60.25 |  |  |



CRA No. D34383

November 16, 2021

Brad Funari
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222-2716

bfunari@reedsmith.com

**Re**: __Professional Services on behalf of Profit Point Tax Technologies__

Dear Brad,

Enclosed is our billing for professional services rendered in connection with the above referenced matter for the period September 1, 2021 through October 31, 2021.

If you have any questions, please do not hesitate to contact me at 617-425-3000 or jmueller@crai.com.

Sincerely,

Julie Mueller
Billing Analyst

Enclosure



CRA No. D34383

November 16, 2021

Brad Funari
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222-2716

bfunari@reedsmith.com

**CRA Invoice Number:** **1068877**

**Re:** **Professional Services on behalf of Profit Point Tax Technologies**

Activity Dates: October 1, 2021 through October 31, 2021

| | |
|---|---|
| Professional Fees | 2,828.50 |
| Expenses | 843.20 |
| **Total Invoice:** | **USD 3,671.70** |

**Please remit payment via:**

**Wire:**

**ACH:**

**Lockbox:**

NOTE: CRA International's United States Federal Taxpayer Identification Number is ██████
CRA International's Canadian Business Number is ██████

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

CRA No. D34383

November 16, 2021

Brad Funari
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222-2716

bfunari@reedsmith.com

**CRA Invoice Number:** **1068877**

**Re:** **Professional Services on behalf of Profit Point Tax Technologies**

PROFESSIONAL SERVICES FOR THE PERIOD OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Roffman, Dan | 0.70 | 830.00 | 581.00 |
| Hunter, Rob | 3.00 | 545.00 | 1,635.00 |
| Havidic, Jim | 1.25 | 490.00 | 612.50 |
| TOTAL PROFESSIONAL FEES | 4.95 | | USD 2,828.50 |

| EXPENSES | | | |
|---|---|---|---|
| Evidence Storage  - per GB | | | 693.20 |
| Evidence Storage - Media | | | 150.00 |
| TOTAL EXPENSES | | | USD 843.20 |

**TOTAL INVOICE** **USD 3,671.70**

X-Profit Point Tax Tech

BREAKDOWN OF HOURS

Number: D34383-8

| Date | Name | Hours | Task | Work Description |
|------|------|-------|------|------------------|
| 18-Oct-21 | Dan Roffman | 0.7 | 0 | Re-review court order in advance of discussion with Brad Funari. Call with Brad Funari. Connect CRA team to Reed Smith team. Provide Court order to team. |
| 13-Oct-21 | Rob Hunter | 0.8 | 0 | Revieewd court order. Reviewed email request for collected images to be provided to opposing counsel per court order. Began working on creating a HD that contains all requested images to opposing counsel. |
| 14-Oct-21 | Rob Hunter | 0.7 | 0 | Continued working on HD containing requested images and collected data to provide to opposing counsel, as requested by client. Verify data on hard drives for eventual shipment. |
| 19-Oct-21 | Rob Hunter | 1.5 | 0 | Call with client to get details for transferring processed data via SFTP, and shipment info for hard drive containing images. Followed up with emails to Jim Havidic and client to verify details and gather additional info. Confirm verification hashes of images. Update Dan Roffman on status. |
| 19-Oct-21 | Jim Havidic | 1.25 | 0 | Migration of Nuix Database to counsel via case subset and FTP delivery |
| | Total Hours | 4.95 | | |



CRA No. D34383

March 10, 2022

John Manning
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222-2716

jmanning@dpadgroup.net

**Re**: __Professional Services on behalf of Profit Point Tax Technologies__

Dear John,

Enclosed is our billing for professional services rendered in connection with the above referenced matter for the period February 1, 2022 through February 28, 2022.

If you have any questions, please do not hesitate to contact me at 617-425-3000 or cleblanc@crai.com.

Sincerely,

Chris Leblanc
Billing Analyst

Enclosure



CRA No. D34383

March 10, 2022

John Manning
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222-2716

jmanning@dpadgroup.net

**CRA Invoice Number:** **1072179**

**Re:** **Professional Services on behalf of Profit Point Tax Technologies**

Activity Dates: February 1, 2022 through February 28, 2022

|  |  |
|---|---|
| Expenses | 683.80 |

**Total Invoice:** **USD 683.80**

**Please remit payment via:**

**Wire:**          **ACH:**          **Lockbox:**

NOTE:      CRA International's United States Federal Taxpayer Identification Number is ▮▮▮▮▮▮
            CRA International's Canadian Business Number is ▮▮▮▮▮▮

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

CRA No. D34383

March 10, 2022

John Manning
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222-2716

jmanning@dpadgroup.net

**CRA Invoice Number:**     **1072179**

**Re:**     **Professional Services on behalf of Profit Point Tax Technologies**

PROFESSIONAL SERVICES FOR THE PERIOD FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022

EXPENSES

| | |
|---|---|
| Evidence Storage - per GB | 683.80 |
| TOTAL EXPENSES | USD 683.80 |

**TOTAL INVOICE**     **USD 683.80**



CRA No. D34383

June 9, 2022

John Manning
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222-2716

jmanning@dpadgroup.net

**Re**:     **Professional Services on behalf of Profit Point Tax Technologies**

Dear John,

Enclosed is our billing for professional services rendered in connection with the above referenced matter for the period May 1, 2022 through May 31, 2022.

If you have any questions, please do not hesitate to contact me at 617-425-3000 or cleblanc@crai.com.

Sincerely,

Chris Leblanc
Billing Analyst

Enclosure



CRA No. D34383

June 9, 2022

John Manning
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222-2716

jmanning@dpadgroup.net

**CRA Invoice Number:**        **1075045**

**Re:**        **Professional Services on behalf of Profit Point Tax Technologies**

Activity Dates: May 1, 2022 through May 31, 2022

|  |  |
|---|---|
| Expenses | 683.80 |

**Total Invoice:**        **USD 683.80**

**Please remit payment via:**

| **Wire:** | **ACH:** | **Lockbox:** |
|---|---|---|
| ██████ | ██████ | ██████ |
| ████████ | ████████ | █████ ███ |
| ███████ | ███████ | ████████ |
| ██████ | █████ | |
| ██████ | █████ | |

NOTE:        CRA International's United States Federal Taxpayer Identification Number is ██████
             CRA International's Canadian Business Number is ██████

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

CRA No. D34383

June 9, 2022

John Manning
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222-2716

jmanning@dpadgroup.net

**CRA Invoice Number:**      **1075045**

**Re:**      **Professional Services on behalf of Profit Point Tax Technologies**

PROFESSIONAL SERVICES FOR THE PERIOD MAY 1, 2022 THROUGH MAY 31, 2022

EXPENSES

| | |
|---|---|
| Evidence Storage - per GB | 683.80 |
| TOTAL EXPENSES | USD 683.80 |

**TOTAL INVOICE**      **USD 683.80**

Charles River Associates
200 Clarendon Street
Boston, MA 02116-5092



John Manning
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222-2716

**Reminder Notice of Outstanding Account as of   02/01/2022**

*RE:* **Project #D34383 -Professional Services on behalf of Profit Point Tax Technologies**

| Date | Document Type | Reference Number | Days Outstanding | Original Amount | Payments / Credits | Amount Outstanding |
|------|---------------|------------------|------------------|-----------------|--------------------|--------------------|
| 12/10/2021 | Invoice | 1069632 | 53 | 693.20 | 0.00 | 693.20 |
| 01/11/2022 | Invoice | 1070647 | 21 | 693.20 | 0.00 | 693.20 |

**Total Due Excluding Retainer:**     **1,386.40**     USD

If payment has already been sent, please disregard this notice.  If not, please remit payment, emailing your remittance information to CRA_Remittances@crai.com or for general invoice inquiries, email CRA_AR@crai.com. You may also contact Accounts Receivable at (617) 425-3000. Please note project number and/or reference number on any payments or correspondence.

*Invoices are due and payable upon receipt.  CRA reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5 percent per month or the maximum rate permitted under applicable law.*

*Charles River Associates is not subject to backup withholding.  Our Federal Taxpayer Identification Number is* ▮▮▮▮▮



**Please remit payment referencing the project and invoice reference numbers to:**

**Wire:**

**ACH:**

**Lockbox:**

**Charles River Associates**          **200 Clarendon Street**          **Boston, MA 02116-5092**

Charles River Associates
200 Clarendon Street
Boston, MA 02116-5092



John Manning
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222-2716

**Reminder Notice of Outstanding Account as of   03/01/2022**

*RE:* **Project #D34383 -Professional Services on behalf of Profit Point Tax Technologies**

| Date | Document Type | Reference Number | Days Outstanding | Original Amount | Payments / Credits | Amount Outstanding |
|------|------|------|------|------|------|------|
| 12/10/2021 | Invoice | 1069632 | 81 | 693.20 | 0.00 | 693.20 |
| 01/11/2022 | Invoice | 1070647 | 49 | 693.20 | 0.00 | 693.20 |
| 02/10/2022 | Invoice | 1071430 | 19 | 693.20 | 0.00 | 693.20 |

| | | |
|---|---|---|
| **Total Due Excluding Retainer:** | **2,079.60** | **USD** |

If payment has already been sent, please disregard this notice.  If not, please remit payment, emailing your remittance information to CRA_Remittances@crai.com or for general invoice inquiries, email CRA_AR@crai.com. You may also contact Accounts Receivable at (617) 425-3000. Please note project number and/or reference number on any payments or correspondence.

*Invoices are due and payable upon receipt.  CRA reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5 percent per month or the maximum rate permitted under applicable law.*

*Charles River Associates is not subject to backup withholding.  Our Federal Taxpayer Identification Number is* ██████



**Charles River Associates**          **200 Clarendon Street**          **Boston, MA 02116-5092**

Charles River Associates
200 Clarendon Street
Boston, MA 02116-5092



John Manning
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222-2716

**Reminder Notice of Outstanding Account as of   05/02/2022**

*RE:* **Project #D34383 -Professional Services on behalf of Profit Point Tax Technologies**

| Date | Document Type | Reference Number | Days Outstanding | Original Amount | Payments / Credits | Amount Outstanding |
|------|---------------|------------------|------------------|-----------------|--------------------|--------------------|
| 03/10/2022 | Invoice | 1072179 | 53 | 683.80 | 0.00 | 683.80 |
| 04/07/2022 | Invoice | 1073041 | 25 | 683.80 | 0.00 | 683.80 |

| | | | | **Total Due Excluding Retainer:** | **1,367.60** | **USD** |

If payment has already been sent, please disregard this notice.  If not, please remit payment, emailing your remittance information to CRA_Remittances@crai.com or for general invoice inquiries, email CRA_AR@crai.com. You may also contact Accounts Receivable at (617) 425-3000. Please note project number and/or reference number on any payments or correspondence.

*Invoices are due and payable upon receipt.  CRA reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5 percent per month or the maximum rate permitted under applicable law.*

*Charles River Associates is not subject to backup withholding.  Our Federal Taxpayer Identification Number is* ▮▮▮▮▮▮▮



**Please remit payment referencing the project and invoice reference numbers to:**

Wire:

ACH:

Lockbox:

**Charles River Associates**          **200 Clarendon Street**          **Boston, MA 02116-5092**

Charles River Associates
200 Clarendon Street
Boston, MA 02116-5092



John Manning
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222-2716

**Reminder Notice of Outstanding Account as of   06/01/2022**

*RE:* **Project #D34383 -Professional Services on behalf of Profit Point Tax Technologies**

| Date | Document Type | Reference Number | Days Outstanding | Original Amount | Payments / Credits | Amount Outstanding |
|---|---|---|---|---|---|---|
| 03/10/2022 | Invoice | 1072179 | 83 | 683.80 | 0.00 | 683.80 |
| 04/07/2022 | Invoice | 1073041 | 55 | 683.80 | 0.00 | 683.80 |
| 05/13/2022 | Invoice | 1074302 | 19 | 683.80 | 0.00 | 683.80 |

| | | |
|---|---|---|
| **Total Due Excluding Retainer:** | **2,051.40** | **USD** |

If payment has already been sent, please disregard this notice.  If not, please remit payment, emailing your remittance information to CRA_Remittances@crai.com or for general invoice inquiries, email CRA_AR@crai.com. You may also contact Accounts Receivable at (617) 425-3000. Please note project number and/or reference number on any payments or correspondence.

*Invoices are due and payable upon receipt.  CRA reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5 percent per month or the maximum rate permitted under applicable law.*

*Charles River Associates is not subject to backup withholding.  Our Federal Taxpayer Identification Number is* ▮▮▮▮▮



**Charles River Associates**          **200 Clarendon Street**          **Boston, MA 02116-5092**